# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK 10001-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3902
DIRECT FAX
(917) 777-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

*The conference is canceled and defendant's time to answer is enlarged to 20 days after lead counsel files a consolidated amended complaint.*

*/s/ Hon. Alvin K. Hellerstein*
*August 27, 2021*

August 18, 2021

**VIA ECF & FAX**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *Balderas v. 360 DigiTech, Inc.*, 21-cv-6013

Dear Judge Hellerstein:

On behalf of Defendant 360 DigiTech, Inc. ("360 DigiTech") in the above-referenced putative securities class action, we write to respectfully request adjournments *sine die* of (i) the initial teleconference currently scheduled for September 10, 2021 at 10:30 a.m.; and (ii) 360 DigiTech's deadline to answer, move against or otherwise respond to the complaint, which is currently August 23, 2021. This is the first request to adjourn these dates and Plaintiff consents.

This action asserts claims under the Securities Exchange Act of 1934, 15 U.S.C. § 78a et seq., and thus is subject to the requirements of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Pursuant to the PSLRA, motions for appointment as lead plaintiff in this action are due on or before September 13, 2021. 15 U.S.C. § 77u-4(a)(3). Once a lead plaintiff is appointed, the parties can confer regarding the filing of an amended complaint, if any, and a briefing schedule for 360 DigiTech's anticipated motion to dismiss. The PSLRA also provides an automatic stay of all discovery and other proceedings pending resolution of any motions to dismiss. 15 U.S.C. § 77u-4(b)(3)(B). Accordingly, the parties agree that the initial conference should be adjourned pending resolution of any motions to dismiss.

Respectfully,

/s/ Robert A. Fumerton

Robert A. Fumerton

cc: All counsel of record (via ECF).