UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
                                                               :
                                                               :      **ORDER REGULATING**
                                                               :      **PROCEEDINGS**
                                                               :
In re 360 DigiTech, Inc. Securities Litigation                 :      21 Civ. 6013 (AKH)
                                                               :
                                                               :
                                                               :
                                                               :
                                                               :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 26, 2021 I issued an order appointing Gad Sorek as lead plaintiff and approving selection of counsel. In approving that motion, I denied the motion to appoint Ricardo Schammas as lead plaintiff (ECF No. 16), but that motion was not marked closed. The Clerk shall terminate ECF No. 16.

        SO ORDERED.

Dated:     February 16, 2022                        /s/ Alvin K. Hellerstein
             New York, New York               ALVIN K. HELLERSTEIN
                                                          United States District Judge