UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
: No. 1:21-cv-06013-AKH
:
:
In re 360 DigiTech, Inc. Securities Litigation   :   **ECF CASE**
: **Electronically Filed**
:
: **Oral Argument Requested**
:
:
---------------------------------- x

### NOTICE OF DEFENDANT 360 DIGITECH, INC.'S MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the Amended Consolidated Class Action Complaint, filed January 19, 2022 (ECF No. 41); the accompanying Memorandum of Law, dated March 15, 2022; the accompanying Declaration of Robert A. Fumerton, dated March 15, 2022, and exhibits thereto; and upon all prior papers and proceedings herein, Defendant 360 DigiTech, Inc. will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and Section 101(b) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(2), for an Order dismissing the Amended Consolidated Class Action Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
March 15, 2022

/s/ Robert A. Fumerton
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Attorneys for Defendant 360 DigiTech, Inc.*