UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                  :   No. 1:21-cv-06013-AKH
                                                                  :
                                                                  :   **ECF CASE**
In re 360 DigiTech, Inc. Securities Litigation                    :   **Electronically Filed**
                                                                  :
                                                                  :
                                                                  :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x


## DECLARATION OF ROBERT A. FUMERTON
## IN SUPPORT OF DEFENDANT 360 DIGITECH, INC.'S MOTION TO
## DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate,

Meagher & Flom LLP, counsel for Defendant 360 DigiTech, Inc. ("360 DigiTech") in this action.

2.      I respectfully submit this declaration in support of 360 DigiTech's Motion to

Dismiss the Amended Consolidated Class Action Complaint, filed concurrently herewith, and to

transmit true and correct copies of the following documents:

Exhibit A ..................... 360 Digitech's 2020 Annual Report, filed on Form 20-F (Apr. 21, 2021)

Exhibit B ..................... 360 Digitech's 2019 Annual Report, filed on Form 20-F (Apr. 30, 2020)

Exhibit C ..................... Provisions on Standardizing the Internet Information Service Market (Dec. 29, 2011)

Exhibit D ..................... Cybersecurity Law of the People's Republic of China (Nov. 7, 2016)

Exhibit E ..................... *China's Internet Controls Will Get Stricter, to Dismay of Foreign Business*, The New York Times (Nov. 7, 2016)

Exhibit F ..................... Announcement of Launching Special Crackdown Against Illegal Collection and Use of Personal Information by Apps (Jan. 23, 2019)

Exhibit G....................Definition of Apps' Illegal and Irregular Collection and Use of Personal Information (Nov. 28, 2019)

Exhibit H....................Notice on Promulgation of the Rules on the Scope of Necessary Personal Information for Common Types of Mobile Internet Applications (Mar. 12, 2021)

Exhibit I .....................Transcript of 360 Digitech's Q2 2021 Earnings Call (Aug. 20, 2021)

Exhibit J .....................*Chinese Regulators Tell Fintech Groups to Fix "Problems,"* Financial Times (Apr. 30, 2021)

Exhibit K....................*Beijing Warns Fintech Firms Against Anti-Monopoly Behavior*, ABC News (Apr. 30, 2021)

Exhibit L ....................*China Reins In Tech Giants' Finance Arms After Hobbling Ant*, Bloomberg (Apr. 29, 2021)

Exhibit M ...................Transcript of 360 Digitech's Q1 2021 Earnings Call (May 28, 2021)

Exhibit N....................Announcement on the Illegal Collection and Use of Personal Information by 84 Apps Including Tencent Mobile Manager (May 10, 2021) (certified translation)

Exhibit O....................360 Digitech's Historical Stock Price (Apr. 30, 2020 to Nov. 15, 2021)

Exhibit P....................360 Digitech's Announcement that 360 Jietiao Returned to App Stores, filed on Form 6-K (Aug. 9, 2021)

Exhibit Q...................Public Announcement from Cybersecurity Review Office Regarding Activation of Cybersecurity Review of "Didi Travel" (July 2, 2021) (certified translation)

Exhibit R ...................*China Tech Crackdown Drives Plunge in Didi Global*, Reuters (July 7, 2021)

Exhibit S....................Report on Removal of the "Didi Travel" App (July 4, 2021) (certified translation)

Exhibit T ...................Public Announcement from Cybersecurity Review Office Regarding Activation of Cybersecurity Review of "Yunmanman," "Full Truck Alliance," and "BOSS Zhipin" (July 5, 2021) (certified translation)

Exhibit U...................Report on Removal of the 25 Apps Including "Didi Enterprise Edition" App (July 9, 2021) (certified translation)

Exhibit V ....................360 Digitech's Q3 2021 Earnings Results, filed on Form 6-K (Nov. 16, 2021)

Exhibit W ...................360 Digitech's Q2 2021 Earnings Results, filed on Form 6-K (Aug. 20, 2021)

Exhibit X ....................*Individual Network Platform Finance Apps Subjected to Interviews Removed from App Stores*, 21st Century Business Herald (July 8, 2021) (certified translation)

Exhibit Y ....................*360 Jietiao APP was Removed From [App Stores] as Rectification Plan for the Illegal Collection and Use of Personal Information was Not Completed on Time*, Sohu Finance (July 8, 2021) (certified translation)

Exhibit Z ....................Amended Consolidated Class Action Complaint (ECF No. 41) (Jan. 19, 2022)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2022, in New York, New York

/s/ Robert A. Fumerton
Robert A. Fumerton