# Exhibit C



## 规范互联网信息服务市场秩序若干规定
## Several Provisions on Regulating the Order of the Internet Information Service Market

| | | | |
|---|---|---|---|
| 发文机关： | 工业和信息化部 | Promulgation Authorities: | Ministry of Industry and Information Technology |
| 发布日期： | 2011.12.29 | Promulgation Date: | 2011.12.29 |
| 生效日期： | 2012.03.15 | Effective Date: | 2012.03.15 |
| 时效性： | 现行有效 | Validity Status: | valid |
| 文号： | 工业和信息化部令第20号 | Document Number: | Decree No. 20 of the Ministry of Industry and Information Technology |

规范互联网信息服务市场秩序若干规定

Several Provisions on Regulating the Order of the Internet Information Service Market

工业和信息化部令第20号

Decree No. 20 of the Ministry of Industry and Information Technology

《规范互联网信息服务市场秩序若干规定》已经2011年12月7日中华人民共和国工业和信息化部第22次部务会议审议通过，现予公布，自2012年3月15日起施行。

The Several Provisions on Regulating the Order of the Internet Information Service Market, adopted upon deliberation at the 22nd executive meeting of the Ministry of Industry and Information Technology of the People's Republic of China on December 7, 2011, are hereby promulgated, effective March 15, 2012.

部长：苗圩

Miao Wei, Minister

二〇一一年十二月二十九日

December 29, 2011

规范互联网信息服务市场秩序若干规定

Several Provisions on Regulating the Order of the Internet Information Service Market

第一条　为了规范互联网信息服务市场秩序，保护互联网信息服务提供者和用户的合法权益，促进互联网行业的健康发展，根据《中华人民共和国电信条例》、《互联网信息服务管理办法》等法律、行政法规的规定，制定本规定。

Article 1 With a view to regulating the order of the Internet information service market, protecting the legitimate rights and interests of the Internet information service providers and users, and promoting the healthy development of the Internet industry, these Provisions are enacted in accordance with the Telecommunications Regulation of the People's Republic of China, the Administrative Measures on Internet-based Information Services and other laws and administrative regulations.

第二条　在中华人民共和国境内从事互联网信息服务及与互联网信息服务有关的

Article 2 Whoever engages in the Internet information services and the activities related to Internet information services within the territory of the People's Republic of China shall abide by these Provisions.

活动，应当遵守本规定。

第三条　　工业和信息化部和各省、自治区、直辖市通信管理局（以下统称"电信管理机构"）依法对互联网信息服务活动实施监督管理。

Article 3 The Ministry of Industry and Information Technology and the communications administrations of all provinces, autonomous regions and municipalities directly under the Central Government (hereinafter collectively referred to as "telecommunications authorities") shall supervise and administer Internet information service activities in accordance with the law.

第四条　　互联网信息服务提供者应当遵循平等、自愿、公平、诚信的原则提供服务。

Article 4 Internet information service providers shall follow the principles of equality, voluntariness, fairness and good faith in providing services.

第五条　　互联网信息服务提供者不得实施下列侵犯其他互联网信息服务提供者合法权益的行为：

Article 5 An Internet information service provider shall not commit any of the following acts infringing upon the legitimate rights and interests of other internet information service providers:   (1) maliciously interfering with the services of other internet information service providers on the user terminals or maliciously interfering with the downloading, installation, running and upgrading of the software and other products related to Internet information services ("software and other products related to Internet information services" are hereinafter referred to as "products");

（一）恶意干扰用户终端上其他互联网信息服务提供者的服务，或者恶意干扰与互联网信息服务相关的软件等产品（"与互联网信息服务相关的软件等产品"以下简称"产品"）的下载、安装、运行和升级；

(2) fabricating and spreading false facts to damage the legitimate rights and interests of other internet information service providers or slandering the services or products of other internet information service providers;

（二）捏造、散布虚假事实损害其他互联网信息服务提供者的合法权益，或者诋毁其他互联网信息服务提供者的服务或者产品；

(3) maliciously implementing incompatibility with the services or products of other internet information service providers;

（三）恶意对其他互联网信息服务提供者的服务或者产品实施不兼容；

(4) cheating, misleading or compelling users to use or not to use the services or products of other internet information service providers;

（四）欺骗、误导或者强迫用户使用或者不使用其他互联网信息服务提供者的服务或者产品；

(5) maliciously modifying or cheating, misleading or compelling users to modify the parameters of the services or products of other internet information service providers; or

（五）恶意修改或者欺骗、误导、强迫用户修改其他互联网信息服务提供者的服务或者产品参数；

(6) other acts infringing upon the legitimate rights and interests of other internet information service providers in violation of the provisions of the State laws.

（六）其他违反国家法律规定，侵犯其他互联网信息服务提供者合法权益的行为。

第六条　　对互联网信息服务提供者的服务或者产品进行评测，应当客观公正。

评测方公开或者向用户提供评测结果的，应当同时提供评测实施者、评测方法、数据来源、用户原始评价、评测手段和评测环境等与评测活动相关的信息。评测结果应当真实准确，与评测活动相关的信息应当完整全面。被评测的服务或者产品与评测方的服务或者产品相同或者功能类似的，评测结果中不得含有评测方的主观评价。

被评测方对评测结果有异议的，可以自行或者委托第三方就评测结果进行再评测，评测方应当予以配合。

评测方不得利用评测结果，欺骗、误导、强迫用户对被评测方的服务或者产品作出处置。

本规定所称评测，是指提供平台供用户评价，或者以其他方式对互联网信息服务或者产品的性能等进行评价和测试。

第七条　　互联网信息服务提供者不得实施下列侵犯用户合法权益的行为：

Article 6 The evaluation of the services or products of internet information service providers shall be objective and fair.　Where the evaluating party makes public or provides the evaluation results to users, it shall simultaneously provide the evaluation executor, evaluation method, data source, original evaluation of users, evaluation measures, evaluation environment and other information relating to evaluation activities. The evaluation results shall be true and accurate, and the information relating to evaluation activities shall be complete and comprehensive. Where the services or products under evaluation are identical with or functionally similar to the services or products of the evaluating party, the evaluation results shall not include the evaluating party's subjective evaluation.

Where the evaluated party has any objection to the evaluation results, it may re-evaluate the evaluation results by itself or entrust a third party to do so, and the evaluating party shall provide cooperation.

The evaluating party shall not, by taking advantage of the evaluation results, cheat, mislead or coerce users to dispose of the services or products of the evaluated party.

For the purpose of these Provisions, the term "evaluation" shall refer to providing a platform for users to make evaluation or making evaluation and testing on the performance of internet information services or products by other means.

Article 7 Internet information service providers shall not commit any of the following acts that infringe upon the lawful rights and interests of users:　(1) refusing, delaying or suspending the provision of internet information services

or products to users without justifiable reasons;

（一）无正当理由拒绝、拖延或者中止向用户提供互联网信息服务或者产品；

（二）无正当理由限定用户使用或者不使用其指定的互联网信息服务或者产品；

（三）以欺骗、误导或者强迫等方式向用户提供互联网信息服务或者产品；

（四）提供的互联网信息服务或者产品与其向用户所作的宣传或者承诺不符；

（五）擅自改变服务协议或者业务规程，降低服务质量或者加重用户责任；

（六）与其他互联网信息服务提供者的服务或者产品不兼容时，未主动向用户提示和说明；

（七）未经提示并由用户主动选择同意，修改用户浏览器配置或者其他设置；

（八）其他违反国家法律规定，侵犯用户合法权益的行为。

第八条　　互联网信息服务提供者在用户终端上进行软件下载、安装、运行、升级、卸载等操作的，应当提供

(2) restricting users to use or not to use the internet information services or products designated by them without justifiable reasons;

(3) providing internet information services or products to users by fraudulent, misleading, coercive or other means;

(4) providing internet information services or products not consistent with the publicity or commitment made to the users;

(5) changing the service agreement or business procedures without authorization or lowering the service quality or increasing the liability of users;

(6) failing to initiatively give warnings and explanations to users when their services or products are not compatible with the services or products of other internet information service providers;

(7) modifying the browser configuration or other settings of users without tips and voluntary choice of consent by users; or

(8) other acts that infringe upon the legitimate rights and interests of users in violation of the provisions of state laws.

Article 8 Where internet information service providers download, install, run, upgrade and uninstall software and conduct other operations on user terminals, they shall provide clear and complete software functions and other information and obtain the consent of users in advance.   Internet information

明确、完整的软件功能等信息，并事先征得用户同意。

互联网信息服务提供者不得实施下列行为：

（一）欺骗、误导或者强迫用户下载、安装、运行、升级、卸载软件；

（二）未提供与软件安装方式同等或者更便捷的卸载方式；

（三）在未受其他软件影响和人为破坏的情况下，未经用户主动选择同意，软件卸载后有可执行代码或者其他不必要的文件驻留在用户终端。

service providers shall not commit any of the following acts:

(1) deceiving, misleading or coercing users to download, install, run, upgrade or uninstall software;

(2) failing to provide the uninstallation methods same or more convenient as the software installation methods; or

(3) without the influence of other software or vandalism and without voluntary choice of consent by users, leaving the executable code or other unnecessary documents at the user terminals after software is uninstalled.

第九条　　互联网信息服务终端软件捆绑其他软件的，应当以显著的方式提示用户，由用户主动选择是否安装或者使用，并提供独立的卸载或者关闭方式，不得附加不合理条件。

Article 9 Where the terminal software of internet information service is bundled with other software, users shall be prompted in a noticeable way for them to voluntarily choose whether to install or use such software. Independent uninstallation or closing methods shall be provided without any unreasonable conditions.

第十条　　互联网信息服务提供者在用户终端弹出广告或者其他与终端软件功能无关的信息窗口的，应当以显著的方式向用户提供关闭或者退出窗口的功能标识。

Article 10 Where internet information service providers pop up advertisements or other information windows irrelevant to the functions of the terminal software on the user terminals, they shall provide function marks for closing or exiting windows to users in a noticeable way.

第十一条　　未经用户同意，互联网信息服务提供者不得收集与用户相关、能够单独或者与其他信息结合识别用户的信息（以下简称"用户个人信息"），不得将用户个人信息提供给他人，但是法律、行政法规另有规定的除外。

Article 11 Without the consent of users, internet information service providers shall not collect the information that is related to the users and can be used independently or jointly with other information to identify the users (hereinafter referred to as the "personal information of users") and shall not provide the personal information of users to others, unless otherwise provided by laws and administrative regulations.   Where internet information service providers collect the personal information of users upon the consent of users, they shall explicitly inform the users of the methods, contents and purposes of collection and processing of the personal information of users and shall not collect the information other than those necessary for the provision of services or use the personal information of users for purposes other than the provision of services.

互联网信息服务提供者经用户同意收集用户个人信息的，应当明确告知用户收集和处理用户个人信息的方式、内容和用途，不得收集其提供服务所必需以外的信息，不得将用户个人信息用于其提

供服务之外的目的。

第十二条　互联网信息服务提供者应当妥善保管用户个人信息；保管的用户个人信息泄露或者可能泄露时，应当立即采取补救措施；造成或者可能造成严重后果的，应当立即向准予其互联网信息服务许可或者备案的电信管理机构报告，并配合相关部门进行的调查处理。

Article 12 Internet information service providers shall properly keep the personal information of users; where the kept personal information of users is divulged or may be divulged, remedial measures shall be taken immediately; where serious consequences have been caused or may be caused, they shall report immediately to the telecommunications authorities that granted the license or record-filing for internet information services and cooperate with the relevant authorities in investigation and handling.

第十三条　互联网信息服务提供者应当加强系统安全防护，依法维护用户上载信息的安全，保障用户对上载信息的使用、修改和删除。

Article 13 Internet information service providers shall strengthen system security protection, maintain the security of the information uploaded by users in accordance with the law, and ensure the use, modification and deletion of the uploaded information by users.  Internet information service providers shall not commit any of the following acts:

互联网信息服务提供者不得有下列行为：

（一）无正当理由擅自修改或者删除用户上载信息；

(1) modifying or deleting the information uploaded by users without justifiable reasons;

（二）未经用户同意，向他人提供用户上载信息，但是法律、行政法规另有规定的除外；

(2) providing the information uploaded by users to others without the consent of users, unless otherwise provided by laws and administrative regulations;

（三）擅自或者假借用户名义转移用户上载信息，或者欺骗、误导、强迫用户转移其上载信息；

(3) transferring the information uploaded by users without authorization or in the name of users or cheating, misleading or coercing users to transfer the information uploaded by them; or

（四）其他危害用户上载信息安全的行为。

(4) other acts that endanger the security of the information uploaded by users.

第十四条　互联网信息服务提供者应当以显著的方式公布有效联系方式，接受用户及其他互联网信息服务提供者的投诉，并自接到投诉之日起十五日内作出答复。

Article 14 Internet information service providers shall publicize their effective contact information in an eye-catching way to accept the complaints from users and other Internet information service providers and shall give a reply within 15 days from the date of receipt of the complaint.

第十五条　互联网信息服务提供者认为其他互联网信息服务提供者实施违反本规定的行为，侵犯其合法权益并对用户权益造成或者可能造成重大影响的，应当立即向准予该其他互联网信息服务提供者互联网信息服务许可或者备案的电信管理机构报告。

电信管理机构应当对报告或者发现的可能违反

Article 15 Where an Internet information service provider considers that any other Internet information service provider has committed an act in violation of these Provisions, infringed upon its legitimate rights and interests and has caused or may cause serious impact on the rights and interests of users, it shall immediately report to the telecommunications authorities that granted the license or record-filing for internet information services of such other Internet information service provider.  The telecommunications authorities shall assess the impact of the reported or discovered acts that may violate these Provisions; where the impact is extremely significant, the communications administration of the relevant province, autonomous region or municipality directly under the Central Government shall report to the Ministry of Industry and Information Technology. Before making a handling decision in accordance with these Provisions, the telecommunications authorities may require the Internet information service provider to suspend the relevant act, and the Internet

本规定的行为的影响进行评估；影响特别重大的，相关省、自治区、直辖市通信管理局应当向工业和信息化部报告。电信管理机构在依据本规定作出处理决定前，可以要求互联网信息服务提供者暂停有关行为，互联网信息服务提供者应当执行。

Information service provider shall comply with such requirement.

第十六条　互联网信息服务提供者违反本规定第五条、第七条或者第十三条的规定，由电信管理机构依据职权责令改正，处以警告，可以并处一万元以上三万元以下的罚款，向社会公告；其中，《中华人民共和国电信条例》或者《互联网信息服务管理办法》规定法律责任的，依照其规定处理。

Article 16 Where any Internet information service provider violates the provisions of Article 5, 7 or 13 hereof, the telecommunications authorities shall, ex officio, order it to make correction, give it a warning and may concurrently impose a fine of not less than 10,000 yuan but not more than 30,000 yuan on it and announce the same to the public; where the Telecommunications Regulation of the People's Republic of China or the Administrative Measures on Internet-based Information Services stipulate legal liability, the Internet information service provider shall be punished in accordance with such provisions.

第十七条　评测方违反本规定第六条的规定的，由电信管理机构依据职权处以警告，可以并处一万元以上三万元以下的罚款，向社会公告。

Article 17 Where any evaluating party violates the provisions of Article 6 hereof, the telecommunications authorities shall, ex officio, give it a warning and may concurrently impose a fine of not less than 10,000 yuan but not more than 30,000 yuan on it and announce the same to the public.

第十八条　互联网信息服务提供者违反本规定第八条、第九条、第十条、第十一条、第十二条或者第十四条的规定的，由电信管理机构依据职权处以警告，可以并处一万元以上三万元以下的罚款，向社会公告。

Article 18 Where any Internet information service provider violates the provisions of Article 8, 9, 10, 11, 12 or 14 hereof, the telecommunications authorities shall, ex officio, give it a warning and may concurrently impose a fine of not less than 10,000 yuan but not more than 30,000 yuan upon it and announce the same to the public.

第十九条　互联网信息服务提供者违反本规定第十五条规定，不执行电信管理机构暂停有关行为的要求的，由电信管理机构依据职权处以警告，向社会公告。

Article 19 Where any Internet information service provider violates the provisions of Article 15 hereof and fails to implement the requirements of the telecommunications authorities for suspending the relevant act, the telecommunications authorities shall, ex officio, give it a warning and announce the same to the public.

第二十条　互联网信息服务提供者违反其他法律、行政法规规定的，依照其规定处理。

Article 20 Where an Internet information service provider violates the provisions of other laws and administrative regulations, it shall be punished in accordance with such laws and administrative regulations.

第二十一条　本规定自2012年3月15日起施行。

Article 21 These Provisions shall come into force as of March 15, 2012.



扫一扫，手机阅读更方便