# Exhibit D



# 中华人民共和国网络安全法
# Cybersecurity Law of the People's Republic of China

| | | | |
|---|---|---|---|
| 发文机关： | 全国人民代表大会常务委员会 | Promulgation Authorities: | Standing Committee of the National People's Congress |
| 发布日期： | 2016.11.07 | Promulgation Date: | 2016.11.07 |
| 生效日期： | 2017.06.01 | Effective Date: | 2017.06.01 |
| 时效性： | 现行有效 | Validity Status: | valid |
| 文号： | 主席令第五十三号 | Document Number: | Presidential Decree No. 53 |

中华人民共和国网络安全法

Cybersecurity Law of the People's Republic of China

主席令第五十三号

Presidential Decree No. 53

《中华人民共和国网络安全法》已由中华人民共和国第十二届全国人民代表大会常务委员会第二十四次会议于2016年11月7日通过，现予公布，自2017年6月1日起施行。

Having been adopted at the 24th Session of the Standing Committee of the 12th National People's Congress of the People's Republic of China on 7 November 2016, the Cybersecurity Law of the People's Republic of China is hereby promulgated, effective on 1 June2017.

中华人民共和国主席 习近平

Xi Jinping

President of the People's Republic of China

2016年11月7日

7 November 2016

中华人民共和国网络安全法

Cybersecurity Law of the People's Republic of China

（2016年11月7日第十二届全国人民代表大会常务委员会第二十四次会议通过）

(Adopted at the 24th Session of the Standing Committee of the 12th People's Congress on 7 November 2016)

第一章 总 则

Chapter I General provisions

第一条 为了保障网络安全，维护网络空间主权和国家安全、社会公共利益，保护公民、法人和其他组织的合法权益，促进经济社会信息化健康发展，制定本法。

Article 1 The Cybersecurity Law of the People's Republic of China (hereinafter referred to as the present Law) is enacted for the purposes of ensuring cybersecurity, secure guarding cyberspace sovereignty, national security and public interests, protecting the legitimate rights and interests of citizens, legal persons and other organizations, and promoting the healthy development of information technology in economic and social sectors.

第二条 在中华人民共和国境内建设、运营、维护和使用网络，以及网络安全的监督管理，适用本法。

Article 2 The present Law shall apply to the construction, operation, maintenance and use of the network as well as the supervision and administration of cybersecurity within the territory of the People's Republic of China.

第三条 国家坚持网络安全与信息化发展并重，遵循积极利用、科学发展、依法管理、确保安全的方针，推进网络基础设施建设和互联互

Article 3 The State attaches equal importance to cybersecurity and the development of information technology, promotes the development of network infrastructures and its interconnectivity, encourages innovation in and application of network technology, supports the cultivation of

通，鼓励网络技术创新和应用，支持培养网络安全人才，建立健全网络安全保障体系，提高网络安全保护能力。

talents specialized in cybersecurity, establishes and optimizes cybersecurity system, and improve the protection of cybersecurity under the principles of positive use, scientific development, lawful administration and security assurance.

第四条　　国家制定并不断完善网络安全战略，明确保障网络安全的基本要求和主要目标，提出重点领域的网络安全政策、工作任务和措施。

Article 4 The State shall develop and constantly improve cybersecurity strategies, specify primary requirements and objectives for ensuring cybersecurity, and propose cybersecurity policies, tasks and measures for key areas.

第五条　　国家采取措施，监测、防御、处置来源于中华人民共和国境内外的网络安全风险和威胁，保护关键信息基础设施免受攻击、侵入、干扰和破坏，依法惩治网络违法犯罪活动，维护网络空间安全和秩序。

Article 5 The State shall take necessary measures to monitor, prevent and deal with cybersecurity risks and threats from both within and outside of the territory of the People's Republic of China, to protect critical information infrastructure from attacks, intrusions, interference and damage, to impose punishments on unlawful and criminal network activities according to the laws, and to maintain the security and order of cyberspace.

第六条　　国家倡导诚实守信、健康文明的网络行为，推动传播社会主义核心价值观，采取措施提高全社会的网络安全意识和水平，形成全社会共同参与促进网络安全的良好环境。

Article 6 The State advocates network practices in a good-faith, trustworthy and civilized manner, promotes dissemination of core socialist values, and adopts measures to raise social awareness of cybersecurity in order to create a sound environment for the promotion of cybersecurity with the participation of the public.

第七条　　国家积极开展网络空间治理、网络技术研发和标准制定、打击网络违法犯罪等方面的国际交流与合作，推动构建和平、安全、开放、合作的网络空间，建立多边、民主、透明的网络治理体系。

Article 7 The State shall actively carry out international exchange and cooperation in cyberspace governance, network technology R&D and development of standards thereof and network crime crackdown, in order to shape a peaceful, secure, open and cooperative cyberspace and establish a multilateral, democratic and transparent system for network governance.

第八条　　国家网信部门负责统筹协调网络安全工作和相关监督管理工作。国务院电信主管部门、公安部门和其他有关机关依照本法和有关法律、行政法规的规定，在各自职责范围内负责网络安全保护和监督管理工作。

县级以上地方人民政府有关

部门的网络安全保护和监督管理

职责，按照国家有关规定确定。

Article 8 The Cyberspace administration of China (CAC) is responsible for the overall planning and coordination of cybersecurity work and the relevant supervision and administration. The authority in charge of telecommunication, the public security authority and other relevant authorities of the State Council shall, ex officio, take charge of protection, supervision and administration of cybersecurity pursuant to the present Law and applicable laws and administrative regulations.  Competent authorities of local people's governments at county level or above shall take the responsibilities for cybersecurity protection and regulation as stipulated in the relevant regulations of the State.

第九条　　网络运营者开展经营和服务活动，必须遵守法律、行政法规，尊重社会公德，遵守商业道德，诚实信用，履行网络安全保护义务，接受政府和社会的监督，承担社会责任。

Article 9 When carrying out business operation and service activities, network operators shall abide by laws and administrative regulations, show respect for social moralities, follow business ethics, and act in good faith. They shall also fulfill the obligation of cybersecurity protection, accept governmental and public supervision, and undertake social responsibilities.

第十条　　建设、运营网络或者通过网络提供服务，应当依照法律、行政法规的规定和国家标准的强制性要求，采取技术措施和其他必要措施，保障网络安全、稳定运行，有效应对网络安全事件，防范网络违法犯罪活动，维护网络数据的完整性、保密性和可用性。

Article 10 To construct and operate a network, or to provide services through a network, technical measures and other necessary measures shall be taken in accordance with laws, administrative regulations and the compulsory requirements set forth in national standards to ensure the secure and stable operation of the network, to effectively cope with cybersecurity events, to prevent criminal activities committed on the network, and to protect the integrity, confidentiality and availability of network data.

第十一条　　网络相关行业组织按照章程，加强行业自律，制定网络安全行为规范，指导会员加强网络安全保护，提高网络安全保护水平，促进行业健康发展。

Article 11 Cyber-related industry organizations shall intensify self-discipline pursuant to their articles of association. They shall develop codes of conduct to guide their members to strengthen cybersecurity protection, improve cybersecurity protection level and boost the healthy development of relevant industries.

第十二条　　国家保护公民、法人和其他组织依法使用网络的权利，促进网络接入普及，提升网络服务水平，为社会提供安全、便利的网络服务，保障网络信息依法有序自由流动。

任何个人和组织使用网络应

Article 12 The State protects the rights of citizens, legal persons and other organizations to lawfully access network, promotes the popularity of network access, and improves network services, so as to provide the public with secure and convenient network services, and ensure free flow of network information in a lawful and orderly manner.  Individuals and organizations using the network shall comply with the Constitution and laws, follow the public order, and show respect for social moralities, and shall neither impair cybersecurity nor engage in activities, by making use of the network, that endanger national security, honor and interests,

当遵守宪法法律，遵守公共秩序，尊重社会公德，不得危害网络安全，不得利用网络从事危害国家安全、荣誉和利益，煽动颠覆国家政权、推翻社会主义制度，煽动分裂国家、破坏国家统一，宣扬恐怖主义、极端主义，宣扬民族仇恨、民族歧视，传播暴力、淫秽色情信息，编造、传播虚假信息扰乱经济秩序和社会秩序，以及侵害他人名誉、隐私、知识产权和其他合法权益等活动。

incite subversion of the state power or overthrow of the socialist system, incite splitting of the country, undermine national unity, advocate terrorism and extremism, ethnic hatred and discrimination, spread violent and pornographic information, fabricate and disseminate false information to disrupt economic and social orders, or infringe upon the reputation, privacy, intellectual property and other legitimate rights and interests of others.

第十三条　　国家支持研究开发有利于未成年人健康成长的网络产品和服务，依法惩治利用网络从事危害未成年人身心健康的活动，为未成年人提供安全、健康的网络环境。

Article 13 The State supports research and development of network products and services conductive to the healthy growth of minors, and punishes activities endangering physical and psychological health of minors pursuant to laws in order to create a safe and healthy network environment for minors.

第十四条　　任何个人和组织有权对危害网络安全的行为向网信、电信、公安等部门举报。收到举报的部门应当及时依法作出处理；不属于本部门职责的，应当及时移送有权处理的部门。

有关部门应当对举报人的相关信息予以保密，保护举报人的合法权益。

Article 14 Any individual or organization may blow the whistle on activities that endanger cybersecurity to the Cyberspace administration, telecommunication authority and public security authority, etc. Any such authority that receives a whistleblowing shall handle the case in a timely manner in accordance with the law or, if such whistleblowing is beyond its jurisdiction, promptly refer the case to the authority having jurisdiction.   The authority concerned shall keep information on the whistleblower in confidence and protect the legitimate rights and interest of the whistleblower.

第二章 网络安全支持与促进

Chapter II Support for and Promotion of Cyber Security

第十五条　　国家建立和完善网络安全标准体系。国务院标准化行政主管部门和国务院其他有关部门根据各自的职责，组织制定并适时修订有关网络安全管理以及网络产品、服务和运行安全的国家标准、行业标准。

国家支持企业、研究机构、高等学校、网络相关行业组织参与网络安全国家标准、行业标准的制定。

Article 15 The State establishes and perfects the system for cybersecurity standards. The competent administrative department of the State Council for standardization and other relevant departments of the State Council shall, ex officio, organize development and make revisions at appropriate time of national and industrial standards regarding cybersecurity administration and network products, services and operation security.   The State encourages businesses, research institutes, institutions of higher learning, network-related industry organizations to participate in the formulation of national and industrial standards for cybersecurity.

第十六条　　国务院和省、自治区、直辖市人民政府应当统筹规划，加大投入，扶持重点网络安全技术产业和项目，支持网络安全技术的研究开发和应用，推广安全可信的网络产品和服务，保护网络技术知识产权，支持企业、研究机构和高等学校等参与国家网络安全技术创新项目。

Article 16 The State Council and the governments of provinces, autonomous regions and the centrally-administered municipalities shall make overall planning and increase inputs to support key industries and projects of cybersecurity technologies, support R&D and application of cybersecurity technologies, promote secure and reliable network products and services, protect the intellectual property right of network technologies, and encourage businesses, research institutes and colleges to engage in national projects of innovation in cybersecurity technologies.

第十七条　　国家推进网络安全社会化服务体系建设，鼓励有关企业、机构开展网络安全认证、检测和

Article 17 The State shall boost the development of a socialized service system for cybersecurity, and encourage related businesses and institutions to provide services such as certification, testing and risk

风险评估等安全服务。 | assessment for cybersecurity.

第十八条　　国家鼓励开发网络数据安全保护和利用技术，促进公共数据资源开放，推动技术创新和经济社会发展。 | Article 18 The State encourages the development of technologies for network data protection and use, improves the availability of public data resources, and boosts technological innovation and economic and social development.   The State supports innovation in cybersecurity administration mode and the use of new network technologies to improve the level of cybersecurity protection.

国家支持创新网络安全管理方式，运用网络新技术，提升网络安全保护水平。

第十九条　　各级人民政府及其有关部门应当组织开展经常性的网络安全宣传教育，并指导、督促有关单位做好网络安全宣传教育工作。 | Article 19 People's governments at all levels and their departments concerned shall organize regular publicity and education on cybersecurity, and guide and urge organizations concerned to effectively carry out such activities on cybersecurity.   The mass media shall carry out publicity and education on cybersecurity targeting at the public.

大众传播媒介应当有针对性地面向社会进行网络安全宣传教育。

第二十条　　国家支持企业和高等学校、职业学校等教育培训机构开展网络安全相关教育与培训，采取多种方式培养网络安全人才，促进网络安全人才交流。 | Article 20 The State encourages businesses, institutions of higher learning, vocational schools and related education and training bodies to carry out educational and training activities regarding cybersecurity, to foster cybersecurity professionals in various means, and to promote the exchange among those professionals.

第三章 网络运行安全 | Chapter III Security of Network Operation

第一节 一般规定 | Section 1 General provisions

第二十一条　　国家实行网络安全等级保护制度。网络运营者应当按照网络安全等级保护制度的要求，履行下列安全保护义务，保障网络免受干扰、破坏或者未经授权的访问，防止网络数据泄露或者被窃取、篡改： | Article 21 The State adopts graded system for cybersecurity protection, under which network operators are required to perform the following obligations of security protection to ensure that the network is free from interference, disruption or unauthorized access, and provent network data from being disclosed, stolen or tampered:   1. Formulating internal security management systems and operation instructions to determine the person in charge of cybersecurity and define accountabilities for cybersecurity;

（一）制定内部安全管理制度和操作规程，确定网络安全负责人，落实网络安全保护责任；

（二）采取防范计算机病毒和网络攻击、网络侵入等危害网络安全行为的技术措施； | 2. Taking technical measures to prevent computer virus, network attacks, network intrusions and other activities that endanger cybersecurity;

（三）采取监测、记录网络运行状态、网络安全事件的技术措施，并按照规定留存相关的网络日志不少于六个月； | 3. Taking technical measures to monitor and record network operation and cybersecurity events, and maintaining the cyber-related logs for no less than six months as required;

（四）采取数据分类、重要数据备份和加密等措施； | 4. Taking such measures as data classification, and backup and encryption of important data, etc.; and

（五）法律、行政法规规定的其他义务。 | 5. Performing other obligations provided for in relevant laws and administrative regulations.

第二十二条　　网络产品、服务应当符合相关国家标准的强制性要 | Article 22 Network products and services shall satisfy the mandatory requirements set forth in applicable national standards. Any provider of

求。网络产品、服务的提供者不得设置恶意程序；发现其网络产品、服务存在安全缺陷、漏洞等风险时，应当立即采取补救措施，按照规定及时告知用户并向有关主管部门报告。

网络产品、服务的提供者应当为其产品、服务持续提供安全维护；在规定或者当事人约定的期限内，不得终止提供安全维护。

网络产品、服务具有收集用户信息功能的，其提供者应当向用户明示并取得同意；涉及用户个人信息的，还应当遵守本法和有关法律、行政法规关于个人信息保护的规定。

network products or services shall not install malwares. For any risk such as security defect or bug that is found, the provider concerned shall, as required, immediately take remedial actions, inform the users of the said risk, and report the case to the competent authority.   A provider of network products or services shall also provide consistent security maintenance for its products or services. Such maintenance shall not be discontinued within the prescribed term or the term agreed upon by the parties thereto.

A provider of network products or services shall expressly notify and obtain consent of the users if the products or services collect user information; and if personal information of users are involved, the provider shall also comply with provisions of the present Law and the relevant laws and administrative regulations governing protection of personal information.

第二十三条　网络关键设备和网络安全专用产品应当按照相关国家标准的强制性要求，由具备资格的机构安全认证合格或者安全检测符合要求后，方可销售或者提供。国家网信部门会同国务院有关部门制定、公布网络关键设备和网络安全专用产品目录，并推动安全认证和安全检测结果互认，避免重复认证、检测。

第二十四条　网络运营者为用户办理网络接入、域名注册服务，办理固定电话、移动电话等入网手续，或者为用户提供信息发布、即时通讯等服务，在与用户签订协议或者确认提供服务时，应当要求用户提供真实身份信息。用户不提供真实身份信息的，网络运营者不得为其提供相关服务。

国家实施网络可信身份战略，支持研究开发安全、方便的电子身份认证技术，推动不同电子身份认证之间的互认。

Article 23 Under the compulsory requirements set forth in national standards, critical network equipment and special-purpose cybersecurity products shall not be sold or supplied until such equipment or product successfully passes security certification or security tests by a qualified organization. CAC shall work with departments concerned of the State Council to formulate and release a catalogue of critical network equipment and special-purpose cybersecurity products, and promote mutual recognition of security certificate and security test results for the avoidance of repeated certification and tests.Article 23 Network operators shall require the users to provide their real identity information when signing agreements or confirmations on the provision of such services as network access, domain name registration, fixed phone and mobile phone network access, or information release and instant communication. In case that a user does not provide his/her real identity information, no network operator may provide related services for the user.   The State implements the strategy of trusted identity in cyberspace, supports R&D of secure and convenient technologies for E-identity authentication, and promotes mutual recognition among various E-identity authentications.

第二十五条　网络运营者应当制定网络安全事件应急预案，及时处置系统漏洞、计算机病毒、网络攻击、网络侵入等安全风险；在发生危害网络安全的事件时，立即启动应急预案，采取相应的补救措施，并按照规定向有关主管部门报告。

Article 25 Network operators shall develop an emergency plan for cybersecurity events to promptly respond to such security risks as system bug, computer virus, network attacks and intrusions. For an event that threatens cybersecurity, the operator concerned shall forthwith initiate the emergency plan, take corresponding remedial actions, and report as required such event to competent authority concerned.

第二十六条　开展网络安全认证、检测、风险评估等活动，向社会发布系统漏洞、计算机病毒、网络攻击、网络侵入等网络安全信息，应当遵守国家有关规定。

Article 26 Activities such as cybersecurity authentication, testing, and risk assessment, and releasing of cybersecurity information such as system bug, computer virus, network attacks and intrusions shall be carried out in compliance with applicable regulations of the State.

第二十七条　任何个人和组织不得从事非法侵入他人网络、干扰他人网络正常功能、窃取网络数据等危害网络安全的活动；不得提供专门

Article 27 No individual or organization may engage in activities that threaten cybersecurity such as unlawful intrusion into others' networks, interfering with the normal functions of others' network and stealing network data, provide programs or tools for such intrusions, interference

用于从事侵入网络、干扰网络正常功能及防护措施、窃取网络数据等危害网络安全活动的程序、工具；明知他人从事危害网络安全的活动的，不得为其提供技术支持、广告推广、支付结算等帮助。

or stealing, or provide any assistance such as technical support, advertisement, payment or settlement for any other person if the individual or organization is fully aware that such person engages in an activity endangering cybersecurity.

第二十八条　　网络运营者应当为公安机关、国家安全机关依法维护国家安全和侦查犯罪的活动提供技术支持和协助。

Article 28 Network operators shall provide public security organs and national security authorities with technical support and assistance in their attempts to safeguard national security and investigate into crimes.

第二十九条　　国家支持网络运营者之间在网络安全信息收集、分析、通报和应急处置等方面进行合作，提高网络运营者的安全保障能力。

Article 29 The State supports the cooperation among network operators in collection, analysis and notification of cybersecurity information and emergency response, in order to improve their capability for cybersecurity protection.   The relevant industry organizations shall establish and perfect respective cybersecurity rules and coordination mechanisms, intensify the analysis and assessment on cybersecurity risks, regularly give risk warnings to their members, and support and assist their members in coping with cybersecurity risks.

有关行业组织建立健全本行业的网络安全保护规范和协作机制，加强对网络安全风险的分析评估，定期向会员进行风险警示，支持、协助会员应对网络安全风险。

第三十条　　网信部门和有关部门在履行网络安全保护职责中获取的信息，只能用于维护网络安全的需要，不得用于其他用途。

Article 30 The cyberspace administration and authorities concerned shall use the information accessed in performance of their duties for cybersecurity protection only and not for any other purpose.

第二节 关键信息基础设施的运行安全

Section 2 Operation Security of Critical information infrastructure

第三十一条　　国家对公共通信和信息服务、能源、交通、水利、金融、公共服务、电子政务等重要行业和领域，以及其他一旦遭到破坏、丧失功能或者数据泄露，可能严重危害国家安全、国计民生、公共利益的关键信息基础设施，在网络安全等级保护制度的基础上，实行重点保护。关键信息基础设施的具体范围和安全保护办法由国务院制定。

Article 31 For critical information infrastructure in important industries and sectors such as public communications, information service, energy, transport, water conservancy, finance, public service and e-government, and other critical information infrastructure that, once damaged, disabled or data disclosed, may severely threaten the national security, national economy, people's livelihood and public interests, the State shall give them extra protection on the basis of the graded system for cybersecurity protection. The specific scope and security measures for critical information infrastructure hall be developed by the State Council.   The State encourages network operators not engaged in critical information infrastructure to voluntarily participate in the protection system for critical information infrastructure.

国家鼓励关键信息基础设施以外的网络运营者自愿参与关键信息基础设施保护体系。

第三十二条　　按照国务院规定的职责分工，负责关键信息基础设施安全保护工作的部门分别编制并组织实施本行业、本领域的关键信息基础设施安全规划，指导和监督关键信息基础设施运行安全保护工作。

Article 32 In conformity with respective duties assigned by the State Council, the authorities in charge of the security protection of critical information infrastructure shall formulate and organize to implement the plans for the critical information infrastructure of specific industries/sectors within their respective jurisdiction, and guide and oversee the operation security protection of such critical information infrastructure.

第三十三条　　建设关键信息基础设施应当确保其具有支持业务稳定、持续运行的性能，并保证安全技术措施同步规划、同步建设、同步使用。

Article 33 A critical information infrastructure shall be developed with the capacity to support the steady and continuous business operation, and technical security measures shall be planned, established and put into use simultaneously.

第三十四条　　除本法第二十一条的规定外，关键信息基础设施的运营者还应当履行下列安全保护义务：

Article 34 In addition to those provided in Article 20 hereof, the operator of a critical information infrastructure shall also fulfill obligations of security protection as follows:   1. Set up a dedicated security management body and designate a person in charge, and review the security backgrounds of the said person and those in key positions;

（一）设置专门安全管理机

2. Provide practitioners with regular cybersecurity education,

构和安全管理负责人，并对该负
责人和关键岗位的人员进行安全
背景审查；

technical training and skill assessment;

3. Make disaster recovery backup of important systems and databases;

（二）定期对从业人员进行
网络安全教育、技术培训和技能
考核；

4. Work out an emergency plan for cybersecurity events and carry out drills regularly; and

（三）对重要系统和数据库
进行容灾备份；

5. Perform other obligations provided for in relevant laws and administrative regulations.

（四）制定网络安全事件应
急预案，并定期进行演练；

（五）法律、行政法规规定
的其他义务。

第三十五条　　关键信息基础设施的运营者采购网络产品和服务，可能影响国家安全的，应当通过国家网信部门会同国务院有关部门组织的国家安全审查。

Article 35 Any purchase of network products and services by the operator of critical information infrastructure that may threaten the national security is subject to the national security review conducted by the CAC together with competent departments of the State Council.

第三十六条　　关键信息基础设施的运营者采购网络产品和服务，应当按照规定与提供者签订安全保密协议，明确安全和保密义务与责任。

Article 36 The operator of a critical information infrastructure shall, in purchase of network products and services, enter into an agreement with the product/service provider in which obligations and responsibilities of security and confidentiality shall be specified.

第三十七条　　关键信息基础设施的运营者在中华人民共和国境内运营中收集和产生的个人信息和重要数据应当在境内存储。因业务需要，确需向境外提供的，应当按照国家网信部门会同国务院有关部门制定的办法进行安全评估；法律、行政法规另有规定的，依照其规定。

Article 37 The operator of a critical information infrastructure shall store within the territory of the People's Republic of China personal information and important data collected and generated during its operation within the territory of the People's Republic of China. Where such information and data have to be provided abroad for business purpose, security assessment shall be conducted pursuant to the measures developed by the CAC together with competent departments of the State Council, unless otherwise provided for in laws and administrative regulations, in which such laws and administrative regulations shall prevail.

第三十八条　　关键信息基础设施的运营者应当自行或者委托网络安全服务机构对其网络的安全性和可能存在的风险每年至少进行一次检测评估，并将检测评估情况和改进措施报送相关负责关键信息基础设施安全保护工作的部门。

Article 38 The operator of a critical information infrastructure shall conduct, by itself or entrusting a cybersecurity service provider, examination and assessment of its cybersecurity and potential risks at least once a year, and submit the examination and assessment results as well as improvement measures to the competent authorities in charge of the security of the critical information infrastructure .

第三十九条　　国家网信部门应当统筹协调有关部门对关键信息基础设施的安全保护采取下列措施：

Article 39 The CAC shall make an overall plan and coordinate competent authorities to take the following measures for the security of a critical information infrastructure:   1. Carrying out random security risk examination of the critical information infrastructure followed by improvement measures and, if necessary, authorizing a cybersecurity service provider to conduct examination and assessment on cybersecurity risks;

（一）对关键信息基础设施
的安全风险进行抽查检测，提出
改进措施，必要时可以委托网络
安全服务机构对网络存在的安全
风险进行检测评估；

2. Regularly organizing cybersecurity emergency response drills for the operator of the critical information infrastructure to improve its abilities to cope with cybersecurity events and coordinate with each other;

（二）定期组织关键信息基
础设施的运营者进行网络安全应

3. Promoting cybersecurity information sharing among the

急演练，提高应对网络安全事件的水平和协同配合能力；

（三）促进有关部门、关键信息基础设施的运营者以及有关研究机构、网络安全服务机构等之间的网络安全信息共享；

（四）对网络安全事件的应急处置与网络功能的恢复等，提供技术支持和协助。

competent authorities, the operator of the critical information infrastructure , relevant research institutes and the cybersecurity service providers; and

4. Providing technical support and assistance regarding emergency response to cybersecurity events and recovery of network functions.

| | |
|---|---|
| 第四章 网络信息安全 | Chapter IV Network Information Security |
| 第四十条　　网络运营者应当对其收集的用户信息严格保密，并建立健全用户信息保护制度。 | Article 40 Network operators shall keep the user information that they have collected in strict confidence, and shall establish and improve the system for user information protection. |
| 第四十一条　　网络运营者收集、使用个人信息，应当遵循合法、正当、必要的原则，公开收集、使用规则，明示收集、使用信息的目的、方式和范围，并经被收集者同意。<br><br>网络运营者不得收集与其提供的服务无关的个人信息，不得违反法律、行政法规的规定和双方的约定收集、使用个人信息，并应当依照法律、行政法规的规定和与用户的约定，处理其保存的个人信息。 | Article 41 Network operators shall abide by the "lawful, justifiable and necessary" principles to collect and use personal information by announcing rules for collection and use, expressly notifying the purpose, methods and scope of such collection and use, and obtain the consent of the person whose personal information is to be collected.　No network operator may collect any personal information that is not related to the services it provides. It shall collect and use, and process and store personal the information in the light of laws and administrative regulations and agreement with the users. |
| 第四十二条　　网络运营者不得泄露、篡改、毁损其收集的个人信息；未经被收集者同意，不得向他人提供个人信息。但是，经过处理无法识别特定个人且不能复原的除外。<br><br>网络运营者应当采取技术措施和其他必要措施，确保其收集的个人信息安全，防止信息泄露、毁损、丢失。在发生或者可能发生个人信息泄露、毁损、丢失的情况时，应当立即采取补救措施，按照规定及时告知用户并向有关主管部门报告。 | Article 42 No network operator may disclose, tamper with or destroy personal information that it has collected, or disclose such information to others without prior consent of the person whose personal information has been collected, unless such information has been processed to prevent specific person from being identified and such information from being restored. .　A network operator shall take technical and other necessary measures to ensure the security of personal information it collects, and to protect such information from disclosure, damage or loss. In case of disclosure, damage or loss of, or possible disclosure, damage or loss of such information, the network operator shall take immediate remedies, notify the users in accordance with the relevant provisions, and report to competent authority. |
| 第四十三条　　个人发现网络运营者违反法律、行政法规的规定或者双方的约定收集、使用其个人信息的，有权要求网络运营者删除其个人信息；发现网络运营者收集、存储的其个人信息有错误的，有权要求网络运营者予以更正。网络运营者应当采 | Article 43 Each individual is entitled to require a network operator to delete his or her personal information if he or she founds that collection and use of such information by such operator violate the laws, administrative regulations or the agreement by and between such operator and him or her; and is entitled to require any network operator to make corrections if he or she founds errors in such information collected and stored by such operator. Such operator shall take measures |

取措施予以删除或者更正。 | to delete the information or correct the error.

第四十四条　任何个人和组织不得窃取或者以其他非法方式获取个人信息，不得非法出售或者非法向他人提供个人信息。 | Article 44 No individual or organization may steal or otherwise unlawfully obtain any personal information, or sell or unlawfully provide any personal information to others.

第四十五条　依法负有网络安全监督管理职责的部门及其工作人员，必须对在履行职责中知悉的个人信息、隐私和商业秘密严格保密，不得泄露、出售或者非法向他人提供。 | Article 45 Authorities legitimately bearing regulatory responsibilities for cybersecurity and their staff members must carefully keep the strict confidentiality of any and all personal information, privacy and business secrets obtained in their performance of duties. They shall not disclose, sell or unlawfully provide such information to others.

第四十六条　任何个人和组织应当对其使用网络的行为负责，不得设立用于实施诈骗，传授犯罪方法，制作或者销售违禁物品、管制物品等违法犯罪活动的网站、通讯群组，不得利用网络发布涉及实施诈骗，制作或者销售违禁物品、管制物品以及其他违法犯罪活动的信息。 | Article 46 Any individual or organization is responsible for his/its use of network, and shall neither establish any website or online communication group for the purpose of conducting fraud, transmitting criminal methods, making or selling prohibited or controlled items, or conducting other illegal criminal activities nor utilize the network to release information involving implementation of fraud, making or sales of prohibited or controlled items, and any other illegal criminal activity.

第四十七条　网络运营者应当加强对其用户发布的信息的管理，发现法律、行政法规禁止发布或者传输的信息的，应当立即停止传输该信息，采取消除等处置措施，防止信息扩散，保存有关记录，并向有关主管部门报告。 | Article 47 A network operator shall strengthen the management of the information released by its users. If it founds any information that is prohibited by laws and administrative regulations from release or transmission, it shall immediately cease transmission of such information, and take measures such as deletion to prevent dissemination of such information. The operator shall also keep relevant record, and report the case to the competent authority.

第四十八条　任何个人和组织发送的电子信息、提供的应用软件，不得设置恶意程序，不得含有法律、行政法规禁止发布或者传输的信息。

电子信息发送服务提供者和应用软件下载服务提供者，应当履行安全管理义务，知道其用户有前款规定行为的，应当停止提供服务，采取消除等处置措施，保存有关记录，并向有关主管部门报告。 | Article 48 Electronic information sent and applications provided by any individual and organization shall be free of malwares and information that are prohibited by laws and administrative regulations from release or transmission.　Providers of electronic information transmission service and application download service shall assume the obligations of security management. If any such provider becomes aware that its user engages in any act mentioned in the preceding paragraph, such provider shall immediately stop providing such service, take measures such as deletion, keep the record, and report to competent authority.

第四十九条　网络运营者应当建立网络信息安全投诉、举报制度，公布投诉、举报方式等信息，及时受理并处理有关网络信息安全的投诉和举报。

网络运营者对网信部门和有关部门依法实施的监督检查，应当予以配合。 | Article 49 A network operator shall establish network information security complaint and reporting mechanisms, and shall release the complaint and reporting channels to promptly accept and settle complaints and reports concerning network information security.　Network operators shall cooperate with the Cyberspace administration and any other competent authority in their lawful inspections and supervisions.

第五十条　国家网信部门和有关部门依法履行网络信息安全监督管理职责，发现法律、行政法规禁止发布或者传输的信息的，应当要求网络运营者停止传输，采取消除等处置措施，保存有关记录；对来源于中华人民共和国境外的上述信息，应当通知有关机构采取技术措施和其他必要措施阻断传播。 | Article 50 The CAC and competent authorities of the State shall perform their regulatory responsibilities for network information security. If any information prohibited by laws and administrative regulations from release or transmission is found, they shall require the network operator to stop the transmission of such information, take measures such as deletion and keep the records. If any such information is from outside of the territory of the People's Republic of China, they shall notify competent organs to take technical and other necessary measures to block transmission of such information.

第五章 监测预警与应急处置 | Chapter V Monitoring, Early Warning and Emergency Response

第五十一条　国家建立网络安全监测预警和信息通报制度。国家网信部门应当统筹协调有关部门加强网络安全信息收集、分析和通报工 | Article 51 The State shall establish cybersecurity monitoring and early warning mechanism and information reporting mechanism. The CAC shall make overall planning and coordinate competent authorities in strengthening collection, analysis and reporting of cybersecurity

作，按照规定统一发布网络安全监测预警信息。

第五十二条　　负责关键信息基础设施安全保护工作的部门，应当建立健全本行业、本领域的网络安全监测预警和信息通报制度，并按照规定报送网络安全监测预警信息。

第五十三条　　国家网信部门协调有关部门建立健全网络安全风险评估和应急工作机制，制定网络安全事件应急预案，并定期组织演练。

负责关键信息基础设施安全保护工作的部门应当制定本行业、本领域的网络安全事件应急预案，并定期组织演练。

网络安全事件应急预案应当按照事件发生后的危害程度、影响范围等因素对网络安全事件进行分级，并规定相应的应急处置措施。

第五十四条　　网络安全事件发生的风险增大时，省级以上人民政府有关部门应当按照规定的权限和程序，并根据网络安全风险的特点和可能造成的危害，采取下列措施：

（一）要求有关部门、机构和人员及时收集、报告有关信息，加强对网络安全风险的监测；

（二）组织有关部门、机构和专业人员，对网络安全风险信息进行分析评估，预测事件发生的可能性、影响范围和危害程度；

（三）向社会发布网络安全风险预警，发布避免、减轻危害的措施。

第五十五条　　发生网络安全事件，应当立即启动网络安全事件应急预案，对网络安全事件进行调查和评估，要求网络运营者采取技术措施和其他必要措施，消除安全隐患，防止危害扩大，并及时向社会发布与公众有关的警示信息。

第五十六条　　省级以上人民政府有关部门在履行网络安全监督管

information, and release cybersecurity monitoring & warning information pursuant to the relevant regulations.

Article 52 The authorities in charge of protection of critical information infrastructure shall establish and perfect the cybersecurity monitoring and early warning mechanism and information reporting mechanism for specific industries/sectors within their respective jurisdiction, and shall report cybersecurity monitoring and early warning information according to applicable regulations.

Article 53 The CAC shall coordinate competent authorities in establishing and perfecting the mechanisms of cybersecurity risk assessment and emergency response, develop emergency plans for cybersecurity events and carry out drills in a regular manner.　The authorities in charge of the security protection of critical information infrastructure shall develop emergency plans for cybersecurity events for specific industries/sectors within their respective jurisdiction, and organize drills in a regular manner.

Such plans shall classify cybersecurity events based on their possible severity and impact, and shall prescribe corresponding emergency response measures.

Article 54 In case of increasing risk of cybersecurity events, governments at provincial level and above shall take the following measures according to their jurisdictions and prescribed procedures, and based on the characteristics and possible damages of such risks:　1. Requiring authorities, organs and personnel concerned to promptly collect and report necessary information and intensify monitoring of cybersecurity risks;

2. Organizing authorities, organs and professionals concerned to analyze and evaluate cybersecurity risks, and estimate the possibility, impact and severity of occurrence of event; and

3. Give a warning to the public about cybersecurity risks and release prevention and mitigation measures.

Article 55 For a cybersecurity event, the emergency plan shall be immediately activated to investigate and assess the event, and the network operator concerned is required to take technical and necessary measures to eliminate security risks and prevent spread of hazard. The relevant warning information shall be made available to the public.

Article 56 In the event that a network is found of material security risk or that security event occurs to the network in performance of their duties

理职责中，发现网络存在较大安全风险或者发生安全事件的，可以按照规定的权限和程序对该网络的运营者的法定代表人或者主要负责人进行约谈。网络运营者应当按照要求采取措施，进行整改，消除隐患。

of cybersecurity supervision and administration, competent authorities of the governments at provincial level and above may, pursuant to prescribed jurisdictions and procedures, interview with the legal representative or responsible person of operator of such network. Such operator shall take necessary measures for rectification and elimination of potential risks as required.

第五十七条　　因网络安全事件，发生突发事件或者生产安全事故的，应当依照《中华人民共和国突发事件应对法》、《中华人民共和国安全生产法》等有关法律、行政法规的规定处置。

Article 57 For emergency events or production security accidents resulting from cybersecurity events, the Emergency Response Law of the People's Republic of China, the Law of the People's Republic of China on Work Security and other relevant laws and administrative regulations shall apply.

第五十八条　　因维护国家安全和社会公共秩序，处置重大突发社会安全事件的需要，经国务院决定或者批准，可以在特定区域对网络通信采取限制等临时措施。

Article 58 Such temporary measures as network communication restriction in specific areas may be taken following the decision of or approval by the State Council, for the purpose of secure guarding national security, maintaining public order, and dealing with significant social security emergencies.

第六章 法律责任

Chapter VI Legal Liability

第五十九条　　网络运营者不履行本法第二十一条、第二十五条规定的网络安全保护义务的，由有关主管部门责令改正，给予警告；拒不改正或者导致危害网络安全等后果的，处一万元以上十万元以下罚款，对直接负责的主管人员处五千元以上五万元以下罚款。

关键信息基础设施的运营者不履行本法第三十三条、第三十四条、第三十六条、第三十八条规定的网络安全保护义务的，由有关主管部门责令改正，给予警告；拒不改正或者导致危害网络安全等后果的，处十万元以上一百万元以下罚款，对直接负责的主管人员处一万元以上十万元以下罚款。

Article 59 Where a network operator fails to fulfill obligation of cybersecurity protection set out in Articles 21 and 25 hereof, the competent authority shall warn such operator and order it to make rectifications. A fine ranging from 10,000 yuan to 100,000 yuan shall be imposed on such operator if it refuses to make rectifications or in case of consequential severe damage to the network, and a fine ranging from 5,000 to 50,000 yuan shall be imposed on the supervisor directly in charge.　Where an operator of critical information infrastructure fails to fulfill obligation of cybersecurity protection set out in Articles 33, 34, 36 and 38 hereof, the competent authority shall warn such operator and order it to make rectifications. A fine ranging from 100,000 yuan to 1 million yuan shall be imposed on such operator if it refuses to make rectifications or in case of consequential severe damage to the network, and a fine ranging from 10,000 yuan to 100,000 yuan shall be imposed on the supervisor directly in charge.

第六十条　　违反本法第二十二条第一款、第二款和第四十八条第一款规定，有下列行为之一的，由有关主管部门责令改正，给予警告；拒不改正或者导致危害网络安全等后果的，处五万元以上五十万元以下罚款，对直接负责的主管人员处一万元以上十万元以下罚款：

Article 60 For any of the following activities violating Paragraph 1, Article 22, Paragraph 2, Article 22 or Paragraph 1, Article 48 hereof, the competent authority shall give a warning and an order of rectification. A fine ranging from 50,000 yuan to 500,000 yuan shall be imposed in case of refusal to make rectifications or in case of consequential severe damage to the network, and a fine ranging from 10,000 yuan to 100,000 yuan shall be imposed on the supervisor directly in charge:　1. Providing malicious programs in the network;

（一）设置恶意程序的；

2. Failure to promptly notify the user of risks such as defects or bugs of its products and/or services and to make remedies, or to report to competent authorities pursuant to regulations; and

（二）对其产品、服务存在的安全缺陷、漏洞等风险未立即采取补救措施，或者未按照规定及时告知用户并向有关主管部门报告的；

3. Ceasing provision of security maintenance for its products and/or services without prior consent.

（三）擅自终止为其产品、

page 11 of 16

服务提供安全维护的。

第六十一条　　网络运营者违反本法第二十四条第一款规定，未要求用户提供真实身份信息，或者对不提供真实身份信息的用户提供相关服务的，由有关主管部门责令改正；拒不改正或者情节严重的，处五万元以上五十万元以下罚款，并可以由有关主管部门责令暂停相关业务、停业整顿、关闭网站、吊销相关业务许可证或者吊销营业执照，对直接负责的主管人员和其他直接责任人员处一万元以上十万元以下罚款。

Article 61 Where a network operator, in violation of Paragraph 1, Article 24 hereof, fails to require users to provide true identity information, provide services to users who fail to provide their true identity information, the competent authority shall order such operator to make rectifications. A fine ranging from 50,000 yuan to 500,000 yuan shall be imposed in case of refusal to make rectifications or of severe circumstance, and further penalties such as suspension of related business, winding up for rectification, shutdown of website, and revocation of business license may be imposed by competent authority. A fine ranging from 10,000 yuan to 100,000 yuan shall be imposed on the supervisor directly in charge and other directly liable persons.

第六十二条　　违反本法第二十六条规定，开展网络安全认证、检测、风险评估等活动，或者向社会发布系统漏洞、计算机病毒、网络攻击、网络侵入等网络安全信息的，由有关主管部门责令改正，给予警告；拒不改正或者情节严重的，处一万元以上十万元以下罚款，并可以由有关主管部门责令暂停相关业务、停业整顿、关闭网站、吊销相关业务许可证或者吊销营业执照，对直接负责的主管人员和其他直接责任人员处五千元以上五万元以下罚款。

Article 62 Where a network operator, in violation of Article 26 hereof, fails to conduct cybersecurity authentication, test, risk assessment, and release of cybersecurity information such as system bugs, computer virus, network attack and intrusion, the competent authority shall warn such operator and order it to make rectifications. A fine of ranging from 10,000 yuan to 100,000 yuan shall be imposed in case of refusal to make rectifications or severe circumstance, and further penalties such as suspension of related business, winding up for rectification, close of website, and revocation of business license may be imposed by the competent authority. A fine ranging from 5,000 yuan to 50,000 yuan shall be imposed on the supervisor directly in charge and other directly liable persons.

第六十三条　　违反本法第二十七条规定，从事危害网络安全的活动，或者提供专门用于从事危害网络安全活动的程序、工具，或者为他人从事危害网络安全的活动提供技术支持、广告推广、支付结算等帮助，尚不构成犯罪的，由公安机关没收违法所得，处五日以下拘留，可以并处五万元以上五十万元以下罚款；情节较重的，处五日以上十五日以下拘留，可以并处十万元以上一百万元以下罚款。

单位有前款行为的，由公安机关没收违法所得，处十万元以上一百万元以下罚款，并对直接负责的主管人员和其他直接责任人员依照前款规定处罚。

违反本法第二十七条规定，受到治安管理处罚的人员，五年内不得从事网络安全管理和网络运营关键岗位的工作；受到刑事处罚的人员，终身不得从事网络安全管理和网络运营关键岗位的工作。

Article 63 Violation of Article 27 hereof by engaging in any activity that threatens cybersecurity, or providing programs or tools for such activity or providing such assistance in any activity conducted by any other person that endangers cybersecurity as technical support, advertisement, payment or settlement but not constituting a crime shall be subject to confiscation of illegal earnings and detention of less than 5 days by the public security authority and a fine ranging from 50,000 yuan to 500,000 yuan. Severe violation in this regard shall be subject to a detention of above 5 days but below 15 days and a fine ranging from 100,000 yuan to 1 million yuan.  Any organization the conduct mentioned in the preceding paragraph shall be subject to confiscation of illegal earnings by the public security authority and a fine ranging from 100,000 yuan to 1 million yuan. The supervisor directly in charge and other directly liable persons shall be subject to penalty prescribed in the preceding paragraph.

Any person who violates Article 27 hereof and receives public security administrative punishment shall not be allowed to hold key posts of cybersecurity and network operation for 5 years, and any such person who receives criminal punishment shall not be allowed to hold key posts of cybersecurity and network operation for his/her lifetime.

第六十四条　　网络运营者、网络产品或者服务的提供者违反本法第二十二条第三款、第四十一条至第四十三条规定，侵害个人信息依法得到保护的权利的，由有关主管部门责令改正，可以根据情节单处或者并处警告、没收违法所得、处违法所得一

Article 64 For any network operator or provider of network products or services violating the Paragraph 3,Article 22 and Articles 41 through 43 hereof by infringing upon any right in personal information that is legally protected, the competent authority shall order such operator or provider to make rectification and such operator or provider may be subject to one or combination of the following actions, depending on the severity of the circumstance: warning, confiscation of illegal earnings, a fine

倍以上十倍以下罚款，没有违法所得的，处一百万元以下罚款，对直接负责的主管人员和其他直接责任人员处一万元以上十万元以下罚款；情节严重的，并可以责令暂停相关业务、停业整顿、关闭网站、吊销相关业务许可证或者吊销营业执照。

违反本法第四十四条规定，窃取或者以其他非法方式获取、非法出售或者非法向他人提供个人信息，尚不构成犯罪的，由公安机关没收违法所得，并处违法所得一倍以上十倍以下罚款，没有违法所得的，处一百万元以下罚款。

第六十五条　　关键信息基础设施的运营者违反本法第三十五条规定，使用未经安全审查或者安全审查未通过的网络产品或者服务的，由有关主管部门责令停止使用，处采购金额一倍以上十倍以下罚款；对直接负责的主管人员和其他直接责任人员处一万元以上十万元以下罚款。

第六十六条　　关键信息基础设施的运营者违反本法第三十七条规定，在境外存储网络数据，或者向境外提供网络数据的，由有关主管部门责令改正，给予警告，没收违法所得，处五万元以上五十万元以下罚款，并可以责令暂停相关业务、停业整顿、关闭网站、吊销相关业务许可证或者吊销营业执照；对直接负责的主管人员和其他直接责任人员处一万元以上十万元以下罚款。

第六十七条　　违反本法第四十六条规定，设立用于实施违法犯罪活动的网站、通讯群组，或者利用网络发布涉及实施违法犯罪活动的信息，尚不构成犯罪的，由公安机关处五日以下拘留，可以并处一万元以上十万元以下罚款；情节较重的，处五日以上十五日以下拘留，可以并处五万元以上五十万元以下罚款。关闭用于实施违法犯罪活动的网站、通讯群组。

单位有前款行为的，由公安机关处十万元以上五十万元以下罚款，并对直接负责的主管人员和其他直接责任人员依照前款规定处罚。

第六十八条　　网络运营者违反本法第四十七条规定，对法律、行政法规禁止发布或者传输的信息未停止传输、采取消除等处置措施、保存有关记录的，由有关主管部门责令改正，给予警告，没收违法所得；拒不

---

equivalent to more than 1 but less than 10 times the illegal earnings, or a fine less than 1million yuan and the supervisor directly in charge and other directly liable persons subject to a fine ranging from 10,000 yuan to 100,000 yuan if there is no illegal earnings. In case of severe violation, the competent authority may order suspension of related business, winding up for rectification, shutdown of website, and revocation of business license of such operator or provider.   Violation of Article 44 by stealing or otherwise unlawfully obtaining any personal information, or selling or unlawfully providing such information to others but not constituting a crime shall be subject to confiscation of illegal earnings by the public security authority and a concurrent fine equivalent to more than 1 but less than 10 times the illegal earnings or a fine less than 1 million yuan if there is no illegal earnings.

Article 65 An operator of critical information infrastructure violating Article 35 by using products and/or services which have not undergo or have failed in the security review shall be ordered by the competent authority to stop such use and shall be subject to a fine equivalent to more than 1 but less than 10 times the purchase price, and the supervisor directly in charge and other directly liable persons shall be subject to a fine of ranging from 10,000 yuan to 100,000 yuan.

Article 66 An operator of critical information infrastructure violating Article 37 hereof by storing or providing network data out abroad shall be warned and ordered by the competent authority to make rectifications, and shall be subject to confiscation of illegal earnings and a fine ranging from 50,000 yuan to 500,000 yuan, and may be subject to suspension of related business, winding up for rectification, shutdown of website, and revocation of business license, and the supervisor directly in charge and other directly liable persons shall be subject to a fine ranging from 10,000 yuan to 100,000 yuan.

Article 67 In the event that any individual or organization, in violation of Article 46 hereof, establishes a website or online communication group for the purpose of committing unlawful and criminal activities, or utilizes the network to release information involving implementation of such activities, but such violation does not constitute a crime, such individual or organization shall be subject to detention of less than 5 days by the public security authority and a fine ranging from 10,000 yuan to 100,000 yuan. Severe violation in this regard shall be subject to a detention of more than 5 days but less than 15 days and a concurrent fine ranging from 50,000 yuan to 500,000 yuan. The website or online communication group involved in the violation shall be closed.   Those units with the conduct mentioned in the preceding paragraph shall be subject to a fine ranging from 100,000 yuan to 500,000 yuan by the public security authority. The supervisor directly in charge and other directly liable persons shall be subject to penalty prescribed in the preceding paragraph.

Article 68 In the event that a network operator, in violation of Article 47 hereof, fails to take such measures as ceasing transmission or removal of such information prohibited by appropriate laws or administrative regulations, or keep record of relevant information, the competent authority shall warn such operator and order it to make rectifications, and shall confiscate its illegal earnings. A fine of ranging from100, 000

改正或者情节严重的，处十万元以上五十万元以下罚款，并可以责令暂停相关业务、停业整顿、关闭网站、吊销相关业务许可证或者吊销营业执照，对直接负责的主管人员和其他直接责任人员处一万元以上十万元以下罚款。

电子信息发送服务提供者、应用软件下载服务提供者，不履行本法第四十八条第二款规定的安全管理义务的，依照前款规定处罚。

yuan to 500,000 yuan shall be imposed in case of refusal to make rectifications or severe violations, and further penalties such as suspension of related business, winding up for rectification, shutdown of website, and revocation of business license may be concurrently imposed by the competent authority. A fine ranging from 10,000 yuan to 100,000 yuan shall be imposed on the supervisor directly in charge and other directly liable persons.   Providers of electronic information transmission and application download services who fail to perform the obligations prescribed in the Paragraph 2, Article 48 hereof shall be subject to penalty prescribed in the preceding paragraph.

第六十九条　　网络运营者违反本法规定，有下列行为之一的，由有关主管部门责令改正；拒不改正或者情节严重的，处五万元以上五十万元以下罚款，对直接负责的主管人员和其他直接责任人员，处一万元以上十万元以下罚款：

（一）不按照有关部门的要求对法律、行政法规禁止发布或者传输的信息，采取停止传输、消除等处置措施的；

（二）拒绝、阻碍有关部门依法实施的监督检查的；

（三）拒不向公安机关、国家安全机关提供技术支持和协助的。

Article 69 Network operators violating provisions of the present Law by any of the following acts shall be warned and ordered by the competent authority to make rectifications. A fine of ranging from 50,000 yuan to 500,000 yuan shall be imposed in case of refusal to make rectifications or severe violations and a fine ranging from 10,000 yuan to 100,000 yuan shall be imposed on the supervisor directly in charge and other directly liable persons.   1. Failing to, as required by the authority concerned, take such measures as ceasing transmission or removal of such information prohibited by appropriate laws or administrative regulations;

2. Refusing or impeding supervisions and/or inspections conducted by the competent authority pursuant to law; and

3. Refusing to provide technical support and/or assistance to the public security and national security authorities.

第七十条　　发布或者传输本法第十二条第二款和其他法律、行政法规禁止发布或者传输的信息的，依照有关法律、行政法规的规定处罚。

Article 70 Release or transmission of the information prohibited by Paragraph 2, Article 12 hereof and applicable laws and administrative regulations shall be subject to penalties pursuant to applicable laws and administrative regulations.

第七十一条　　有本法规定的违法行为的，依照有关法律、行政法规的规定记入信用档案，并予以公示。

Article 71 Any violation of the present Law shall be recorded in creditability archives and made public pursuant to applicable laws and administrative regulations.

第七十二条　　国家机关政务网络的运营者不履行本法规定的网络安全保护义务的，由其上级机关或者有关机关责令改正；对直接负责的主管人员和其他直接责任人员依法给予处分。

Article 72 The operator of the government network of a state organ who fail to perform its cybersecurity protection obligations prescribed herein shall be ordered by its superior or the authority concerned to make rectifications, and the supervisor directly in charge and other directly liable persons shall be subject to disciplinary actions pursuant to the laws.

第七十三条　　网信部门和有关部门违反本法第三十条规定，将在履行网络安全保护职责中获取的信息用于其他用途的，对直接负责的主管人员和其他直接责任人员依法给予处分。

网信部门和有关部门的工作人员玩忽职守、滥用职权、徇私

Article 73 Where Cyberspace administration or any authority concerned violates Article 30 hereof by using any information accessed in performance of its duty of cybersecurity protection for any other purpose, the supervisor directly in charge and other directly liable persons shall be subject to disciplinary actions pursuant to the laws.   Any staff members of Cyberspace administration and any authority concerned who commits neglect of duty, abuse of authority and malpractices for personal gains which do not constitute crimes shall be subject to disciplinary actions pursuant to the laws.

舞弊，尚不构成犯罪的，依法给予处分。

第七十四条　违反本法规定，给他人造成损害的，依法承担民事责任。

违反本法规定，构成违反治安管理行为的，依法给予治安管理处罚；构成犯罪的，依法追究刑事责任。

Article 74 In case of violation of the present Law and any harm caused to others, the civil liability shall be borne pursuant to the laws. Any violations of the present Law which constitutes violation of public security regulations shall be subject to public security administrative penalties, and violations constituting crimes shall be subject to investigations on criminal liabilities.

第七十五条　境外的机构、组织、个人从事攻击、侵入、干扰、破坏等危害中华人民共和国的关键信息基础设施的活动，造成严重后果的，依法追究法律责任；国务院公安部门和有关部门并可以决定对该机构、组织、个人采取冻结财产或者其他必要的制裁措施。

Article 75 In the event that any overseas establishment, organization or individual engages in any activity that endangers critical information infrastructure of the People's Republic of China by attack, intrusion, interference, or damage, and that such activity causes severe consequence, such establishment, organization or individual shall be investigated for legal liability according to law; and the public security authority and any other authority concerned of the State Council may decide to freeze properties involved and take other necessary sanction actions against such establishment, organization or individual.

第七章 附 则

Chapter VII Supplementary Provisions

第七十六条　本法下列用语的含义：

Article 76 For the purpose of the present Law, the following terms shall have the meaning as follows: 1. Network refers to the system comprising computers or other information terminals and equipment that collects, stores, transmits, exchanges and processes information under specific rules and procedures.

（一）网络，是指由计算机或者其他信息终端及相关设备组成的按照一定的规则和程序对信息进行收集、存储、传输、交换、处理的系统。

（二）网络安全，是指通过采取必要措施，防范对网络的攻击、侵入、干扰、破坏和非法使用以及意外事故，使网络处于稳定可靠运行的状态，以及保障网络数据的完整性、保密性、可用性的能力。

2. Cybersecurity refers to the ability to prevent network from attack, intrusion, interference, damage, unauthorized use and accidents through necessary measures, in order to maintain the stable and reliable operation of network and safeguard the integrity, confidentiality and usability of network data.

（三）网络运营者，是指网络的所有者、管理者和网络服务提供者。

3. A network operator refers to the owner or manager of a network or the provider of a network service.

（四）网络数据，是指通过网络收集、存储、传输、处理和产生的各种电子数据。

4. Network data refer to various electronic data collected, stored, transmitted, processed and generated through network.

（五）个人信息，是指以电子或者其他方式记录的能够单独

5. Personal information refers to various information which is recorded in electronic or any other form and used alone or in combination with other information to recognize the identity of a natural person, including but not limited to name, date of birth, ID number, personal biological identification information, address and telephone number of the natural person.

或者与其他信息结合识别自然人个人身份的各种信息，包括但不限于自然人的姓名、出生日期、身份证件号码、个人生物识别信息、住址、电话号码等。

第七十七条　　存储、处理涉及国家秘密信息的网络的运行安全保护，除应当遵守本法外，还应当遵守保密法律、行政法规的规定。

Article 77 Operation security of networks that store and process confidential information of the State shall comply with, in addition to the present Law, applicable laws and administrative regulations on confidentiality.

第七十八条　　军事网络的安全保护，由中央军事委员会另行规定。

Article 78 Rules for security protection of military networks shall be otherwise developed by the Central Military Commission.

第七十九条　　本法自2017年6月1日起施行。

Article 79 The present Law shall become effective as of 1 June 2017.



扫一扫，手机阅读更方便