# Exhibit F



## 关于开展App违法违规收集使用个人信息专项治理的公告
## Announcement of Launching Special Crackdown Against Illegal Collection and Use of Personal Information by Apps

| | | | |
|---|---|---|---|
| 发文机关： | 中共中央网络安全和信息化委员会办公室,工业和信息化部,公安部,国家市场监督管理总局 | Promulgation Authorities: | Ministry of Industry and Information Technology,The Ministry of Public Security |
| 发布日期： | 2019.01.23 | Promulgation Date: | 2019.01.23 |
| 生效日期： | 2019.01.23 | Effective Date: | 2019.01.23 |
| 时效性： | 现行有效 | Validity Status: | valid |

关于开展App违法违规收集使用个人信息专项治理的公告

Announcement of Launching Special Crackdown Against Illegal Collection and Use of Personal Information by Apps

近年来，移动互联网应用程序(App)得到广泛应用，在促进经济社会发展、服务民生等方面发挥了不可替代的作用。同时，App强制授权、过度索权、超范围收集个人信息的现象大量存在，违法违规使用个人信息的问题十分突出，广大网民对此反应强烈。落实《网络安全法》《消费者权益保护法》的要求，为保障个人信息安全，维护广大网民合法权益，中央网信办、工业和信息化部、公安部、市场监管总局决定，自2019年1月至12月，在全国范围组织开展App违法违规收集使用个人信息专项治理。现将有关事项公告如下：

In recent years, mobile Internet applications (Apps) have been widely used, playing an irreplaceable role in promoting economic and social development as well as serving people's livelihood. At the same time, however, a lot of problems such as the compulsory authorization, excessive claims of rights and excessive collection of personal information by Apps still exist, and the problem of illegal use of personal information was very prominent; the netizens have reacted strongly to such problem. For the purpose of implementing the requirements of the Cybersecurity Law and the Law on the Protection of Consumer Rights and Interests, in order to protect the security of personal information and safeguard the legitimate rights and interests of netizens, the Cyberspace Administration of China, the Ministry of Industry and Information Technology, the Ministry of Public Security and the State Administration for Market Regulation have decided that from January to December 2019, we shall organize special crackdown against the illegal collection and use of personal information all over the country. The relevant matters are hereby announced as follows:

一、App运营者收集使用个人信息时要严格履行《网络安全法》规定的责任义务，对获取的

1. App operators shall strictly fulfill their obligations regulated in the Cybersecurity Law when collecting and using personal information, and they shall be responsible for the security of

个人信息安全负责，采取有效措施加强个人信息保护。遵循合法、正当、必要的原则，不收集与所提供服务无关的个人信息；收集个人信息时要以通俗易懂、简单明了的方式展示个人信息收集使用规则，并经个人信息主体自主选择同意；不以默认、捆绑、停止安装使用等手段变相强迫用户授权，不得违反法律法规和与用户的约定收集使用个人信息。倡导App运营者在定向推送新闻、时政、广告时，为用户提供拒绝接收定向推送的选项。

二、全国信息安全标准化技术委员会、中国消费者协会、中国互联网协会、中国网络空间安全协会，依据法律法规和国家相关标准，编制大众化应用基本业务功能及必要信息规范、App违法违规收集使用个人信息治理评估要点，组织相关专业机构，对用户数量大、与民众生活密切相关的App隐私政策和个人信息收集使用情况进行评估。

三、有关主管部门加强对违法违规收集使用个人信息行为的监管和处罚，对强制、过度收集个人信息，未经消费者同意、违反法律法规规定和双方约定收集、使用个人信息，发生或可能发生信息泄露、丢失而未采取补救措施，非法出售、非法向他人提供个人信息等行为，按照《网络安全法》《消费者权益保护法》等依法予以处罚，包括责令

personal information obtained and take effective measures to strengthen personal information protection. The App operators shall, by following the principles of lawfulness, legitimacy and necessity, not collect personal information that is not related to the services provided; when collecting personal information, they shall display the rules for the collection and use of personal information in an easy-to-understand, simple and clear manner, and personal information subjects shall independently choose consents; they shall not force the users to make authorization in the forms of default, bundling, stopping installation and use, etc., and may not collect personal information in violation of laws and regulations or against the agreements with users. It is advocated for App operators to provide users with the options to refuse to receive targeted pushes when they push news, current affairs and advertisements to targeted users.

2. The National Information Security Standardization Technical Committee, the China Consumers Association, the Internet Society of China and the Cybersecurity Association of China shall, in accordance with laws and regulations as well as relevant national standards, prepare basic functions and the necessary information standards of the popular applications as well as the essential points for the evaluation of the crackdown against illegal collection and use of personal information by Apps. They shall organize relevant professional organizations to evaluate the privacy policies and personal information collection and use for the Apps with a large number of users and that are closely related to people's lives.

3. The relevant competent authorities shall strengthen the regulation and punishment of the illegal collection and use of personal information, and for the compulsory and excessive collection of personal information, the collection and use of personal information without the consent of consumers, in violation of laws and regulations or against the agreements of both parties, the occurrence or potential occurrence of information leakage or information losses but without remedial measures, as well as the illegal sale or illegal provision of personal information to others, etc., it shall be required to be punished in accordance with the law in accordance with the

App运营者限期整改；逾期不改的，公开曝光；情节严重的，依法暂停相关业务、停业整顿、吊销相关业务许可证或者吊销营业执照。

Cybersecurity Law and the Law on the Protection of Consumer Rights and Interests, including ordering App operators to rectify within a time limit; and those that refuse to rectify within the time limit shall be disclosed to the public. If the circumstances are serious, the relevant business shall be suspended, or the business operation shall be terminated for rectification, or the relevant business permits or the business licenses shall be revoked in accordance with the law.

四、公安机关开展打击整治网络侵犯公民个人信息违法犯罪专项工作，依法严厉打击针对和利用个人信息的违法犯罪行为。

4. The public security organs shall launch special crackdown against the illegal collection and use of citizens' personal information online, and strictly crack down on the crimes concerning targeting and using personal information in accordance with the law.

五、开展App个人信息安全认证，鼓励App运营者自愿通过App个人信息安全认证，鼓励搜索引擎、应用商店等明确标识并优先推荐通过认证的App。

5. App personal information security certification shall be carried out and the App operators are encouraged to voluntarily pass the App personal information security certification. We also encourage search engines and application stores to make clear indications of the Apps that pass the certification and give priority to recommend such Apps.

特此公告。

This Announcement is hereby given.

中央网信办 工业和信息化部 公安部 市场监管总局

Cyberspace Administration of China

Ministry of Industry and Information Technology

Ministry of Public Security

State Administration for Market Regulation

2019年1月23日

January 23, 2019



扫一扫，手机阅读更方便