# Exhibit G



## 关于印发《App违法违规收集使用个人信息行为认定方法》的通知
## Notice on Promulgation of the Method for Identifying the Illegal Collection and Use of Personal Information by Apps

| | | | |
|---|---|---|---|
| 发文机关： | 国家互联网信息办公室,工业和信息化部,公安部,国家市场监督管理总局 | Promulgation Authorities: | Ministry of Industry and Information Technology,The Ministry of Public Security |
| 发布日期： | 2019.11.28 | Promulgation Date: | 2019.11.28 |
| 生效日期： | 2019.11.28 | Effective Date: | 2019.11.28 |
| 时效性： | 现行有效 | Validity Status: | valid |
| 文号： | 国信办秘字〔2019〕191号 | Document Number: | Guo Xin Ban Mi Zi [2019] No. 191 |

关于印发《App违法违规收集使用个人信息行为认定方法》的通知

国信办秘字〔2019〕191号

各省、自治区、直辖市及新疆生产建设兵团网信办、通信管理局、公安厅(局)、市场监管局(厅、委)：

根据《关于开展App违法违规收集使用个人信息专项治理的公告》，为认定App违法违规收集使用个人信息行为提供参考，落实《网络安全法》等法律法规，国家互联网信息办公室、工业和信息化部、公安部、市场监管总局联合制定了《App违法违规收集使用个人信息行为认定方法》。现印发你们，请结合监管和执法工作实际参考执行。

国家互联网信息办公室秘书局

工业和信息化部办公厅

Notice on Promulgation of the Method for Identifying the Illegal Collection and Use of Personal Information by Apps

Guo Xin Ban Mi Zi [2019] No. 191

The cyberspace administrations, communications administrations, public security departments (bureaus) and market regulation bureaus (departments and commissions) of all provinces, autonomous regions, municipalities directly under the Central Government and the Xinjiang Production and Construction Corps,

According to the Announcement on Special Governance of the Illegal Collection and Use of Personal Information by Apps, the Cyberspace Administration of China, the Ministry of Industry and Information Technology, the Ministry of Public Security and the State Administration for Market Regulation have jointly formulated the Method for Identifying the Illegal Collection and Use of Personal Information by Apps to provide reference for the identification of illegal collection and use of personal information by Apps and implementing the Cybersecurity Law and other laws and regulations. The present Method is hereby promulgated for your implementation in light of actual regulatory and law enforcement practices.

Secretariat of Cyberspace Administration of China

公安部办公厅

市场监管总局办公厅

2019年11月28日

   App违法违规收集使用个人信息行为认定方法

   根据《关于开展App违法违规收集使用个人信息专项治理的公告》，为监督管理部门认定App违法违规收集使用个人信息行为提供参考，为App运营者自查自纠和网民社会监督提供指引，落实《网络安全法》等法律法规，制定本方法。

   一、以下行为可被认定为"未公开收集使用规则"

   1.在App中没有隐私政策，或者隐私政策中没有收集使用个人信息规则；

   2.在App首次运行时未通过弹窗等明显方式提示用户阅读隐私政策等收集使用规则；

   3.隐私政策等收集使用规则难以访问，如进入App主界面后，需多于4次点击等操作才能访问到；

   4.隐私政策等收集使用规则难以阅读，如文字过小过密、颜色过淡、模糊不清，或未提供简体中文版等。

   二、以下行为可被认定为

Ministry of Industry and Information Technology

General Office of the Ministry of Public Security

General Office of the State Administration of Market Regulation

28 November 2019

Method for Identifying the Illegal Collection and Use of Personal Information by Apps

The present Method is formulated in accordance with the Announcement on Special Governance of the Illegal Collection and Use of Personal Information by Apps, with a view to providing reference for supervision and administration departments to identify the illegal collection and use of personal information by Apps, offering guidance for App operators' self-examination and self-correction and social supervision of netizens, and implementing the Cybersecurity Law and other laws and regulations.

I. The following practices may be identified as "non-disclosure of collection and use rules":

1. there is no privacy policy in Apps or no rules for the collection and use of personal information in the privacy policy;

2. failing to prompt users to read privacy policies and other collection and use rules, through pop-up windows or other noticeable ways, when an App is put into operation for the first time;

3. it is difficult for users to access the privacy policies and other collection and use rules. For instance, users cannot access the privacy policies and other collection and use rules of an APP before entering the main interface of the App for more than four clicks; and

4. it is difficult for users to read the privacy policies and other collection and use rules, For instance, the text is too small or too dense, and unclear, with too light color, or there is no simplified Chinese version, etc.

II. The following practices can be identified as "failing to

"未明示收集使用个人信息的目的、方式和范围"

1.未逐一列出App(包括委托的第三方或嵌入的第三方代码、插件)收集使用个人信息的目的、方式、范围等；

2.收集使用个人信息的目的、方式、范围发生变化时，未以适当方式通知用户，适当方式包括更新隐私政策等收集使用规则并提醒用户阅读等；

3.在申请打开可收集个人信息的权限，或申请收集用户身份证号、银行账号、行踪轨迹等个人敏感信息时，未同步告知用户其目的，或者目的不明确、难以理解；

4.有关收集使用规则的内容晦涩难懂、冗长繁琐，用户难以理解，如使用大量专业术语等。

三、以下行为可被认定为"未经用户同意收集使用个人信息"

1.征得用户同意前就开始收集个人信息或打开可收集个人信息的权限；

2.用户明确表示不同意后，仍收集个人信息或打开可收集个人信息的权限，或频繁征求用户同意、干扰用户正常使用；

3.实际收集的个人信息或打开的可收集个人信息权限超出用户授权范围；

4.以默认选择同意隐私政策等非明示方式征求用户同意；

5.未经用户同意更改其设置的可收集个人信息权限状态，如App更新时自动将用户设置的权

---

expressly state the purpose, method and scope of collecting and using personal information":

1. does not specify one by one the purpose, method or scope of personal information collection or use by Apps (including third parties entrusted or embedded third parties' codes or plug-ins);

2. failing to notify users in an appropriate manner of any change to the purpose, method or scope of personal information collection or use; appropriate manners include updating the privacy policy and other collection and use rules and reminding users to read the same;

3. failing to synchronously inform users of their purposes, or the purposes are unclear and difficult for users to understand, when applying for the permission to collect personal information, or applying for the collection of user identity card number, bank account number, whereabouts and tracks and other personal sensitive information; and

4. the content of collection and use rules is obscure, lengthy and tedious, and difficult for users to understand, for example, the use of a large number of terminologies.

III. The following practices may be identified as "collecting or using personal information without the consent of users":

1. commencing the collection of personal information or opening the authority to collect personal information before obtaining the consent of users;

2. after a user clearly expresses disagreement, still collecting personal information or opening the authority to collect personal information, frequently asking for the user's consent and interfering with the normal use of a user;

3. the personal information collected or the authority opened for collectable personal information is beyond the scope of users' authorization;

4. The consent of users is sought by non-express means such as consent to privacy policy by default;

5. change the status of collectable personal information authority set by a user without the user's consent, such as automatically restoring user settings to the default status when

限恢复到默认状态；

the App is updated;

6.利用用户个人信息和算法定向推送信息，未提供非定向推送信息的选项；

6. utilizing users' personal information and algorithms to push information from targeted sources, but failing to provide options for non-targeted push information;

7.以欺诈、诱骗等不正当方式误导用户同意收集个人信息或打开可收集个人信息的权限，如故意欺瞒、掩饰收集使用个人信息的真实目的；

7. misleading users into agreeing to collect personal information or opening the authority to collect personal information by fraud, deception or other improper means, such as deliberately deceiving or concealing the true purpose of collecting or using personal information;

8.未向用户提供撤回同意收集个人信息的途径、方式；

8. failing to provide users with channels and methods for withdrawing consent to collect personal information; and

9.违反其所声明的收集使用规则，收集使用个人信息。

9. collect and use personal information in violation of its stated collection and use rules.

四、以下行为可被认定为"违反必要原则，收集与其提供的服务无关的个人信息"

IV. The following practices may be identified as "collecting personal information unrelated to the services they provide in violation of the principle of necessity"

1.收集的个人信息类型或打开的可收集个人信息权限与现有业务功能无关；

1. the type of personal information collected or the authority for collectible personal information opened is irrelevant to existing business functions;

2.因用户不同意收集非必要个人信息或打开非必要权限，拒绝提供业务功能；

2. refusing to provide business functions because users do not agree to collect unnecessary personal information or open unnecessary authority;

3.App新增业务功能申请收集的个人信息超出用户原有同意范围，若用户不同意，则拒绝提供原有业务功能，新增业务功能取代原有业务功能的除外；

3. The personal information collected by an App under the application for new business functions exceeds the scope originally approved by a user. If the user disagrees, the App will refuse to provide the user with the original business functions, except that the new business functions replace the original ones;

4.收集个人信息的频度等超出业务功能实际需要；

4. the frequency of collecting personal information is beyond the actual needs of business functions;

5.仅以改善服务质量、提升用户体验、定向推送信息、研发新产品等为由，强制要求用户同意收集个人信息；

5. forcing users to agree to collect personal information for the sole reason of improving service quality, boosting user experience, pushing targeted information, researching and developing new products, etc.; and

6.要求用户一次性同意打开多个可收集个人信息的权限，用户不同意则无法使用。

6. Requiring a user to consent to open multiple authority to collect personal information at one time, and the user cannot use the App without consent.

五、以下行为可被认定为

V. The following practices may be identified as "providing

| | |
|---|---|
| "未经同意向他人提供个人信息" | others with personal information without the consent": |
| 1.既未经用户同意，也未做匿名化处理，App客户端直接向第三方提供个人信息，包括通过客户端嵌入的第三方代码、插件等方式向第三方提供个人信息； | 1. without the consent of a user and without anonymization, an App client directly provides personal information for a third party, including the provision of personal information to a third party through a third party's code embedded in the client, plug-ins or otherwise; |
| 2.既未经用户同意，也未做匿名化处理，数据传输至App后台服务器后，向第三方提供其收集的个人信息； | 2. without the consent of a user and without anonymization, an App provides a third party with the personal information it has collected after the data is transmitted to the background server of the App; and |
| 3.App接入第三方应用，未经用户同意，向第三方应用提供个人信息。 | 3. without the consent of users, an App that is linked with a third-party application provides personal information to the third-party application. |
| 六、以下行为可被认定为"未按法律规定提供删除或更正个人信息功能"或"未公布投诉、举报方式等信息" | VI. The following practices may be identified as "failure to provide the function of deleting or correcting personal information in accordance with the law" or "failure to disclose the information on complaints and whistleblowing reports" |
| 1.未提供有效的更正、删除个人信息及注销用户账号功能； | 1. failing to provide functions for effective correction and deletion of personal information and deregistration of users' accounts; |
| 2.为更正、删除个人信息或注销用户账号设置不必要或不合理条件； | 2. setting unnecessary or unreasonable conditions for correcting or deleting personal information or deregistration of users' accounts; and |
| 3.虽提供了更正、删除个人信息及注销用户账号功能，但未及时响应用户相应操作，需人工处理的，未在承诺时限内（承诺时限不得超过15个工作日，无承诺时限的，以15个工作日为限）完成核查和处理； | 3. having provided functions of correcting or deleting personal information or deregistration of users' accounts but failing to timely respond to the corresponding operations of users or to complete the examination and handling the operations subject to manual handling within the committed time limit (such committed time limit shall not exceed 15 working days, and if there is no committed time limit, the time limit shall be 15 working days); and |
| 4.更正、删除个人信息或注销用户账号等用户操作已执行完毕，但App后台并未完成的； | 4. where users have finished operations such as correction and deletion of personal information or deregistration of users' accounts, but App background has not completed the said operations; and |
| 5.未建立并公布个人信息安全投诉、举报渠道，或未在承诺 | 5. failing to establish and publicize channels for complaints and whistleblowing reports about personal information security, or |

时限内（承诺时限不得超过15个 工作日，无承诺时限的，以15个 工作日为限）受理并处理的。

failing to accept and handle complaints and whistleblowing reports within the committed time limit (which shall not exceed 15 working days; in the absence of committed time limit, 15 working days shall apply).



扫一扫，手机阅读更方便