# Exhibit H



## 关于印发《常见类型移动互联网应用程序必要个人信息范围规定》的通知
## Notice on Promulgation of the Rules on the Scope of Necessary Personal Information for Common Types of Mobile Internet Applications

| | | | |
|---|---|---|---|
| 发文机关： | 国家互联网信息办公室,工业和信息化部,公安部,国家市场监督管理总局 | Promulgation Authorities: | Ministry of Industry and Information Technology,The Ministry of Public Security |
| 发布日期： | 2021.03.12 | Promulgation Date: | 2021.03.12 |
| 生效日期： | 2021.05.01 | Effective Date: | 2021.05.01 |
| 时效性： | 现行有效 | Validity Status: | valid |
| 文号： | 国信办秘字〔2021〕14号 | Document Number: | Guo Xin Ban Mi Zi [2021] No. 14 |

关于印发《常见类型移动互联网应用程序必要个人信息范围规定》的通知

国信办秘字〔2021〕14号

各省、自治区、直辖市及新疆生产建设兵团网信办、通信管理局、公安厅（局）、市场监管局（厅、委）：

为贯彻落实《中华人民共和国网络安全法》关于"网络运营者收集、使用个人信息，应当遵循合法、正当、必要的原则""网络运营者不得收集与其提供的服务无关的个人信息"等规定，国家互联网信息办公室、工业和信息化部、公安部、国家市场监督管理总局联合制定了《常见类型移动互联网应用程序必要个人信息范围规定》，明确移动互联网应用程序（App）运营者不得因用户不同意收集非必要个人信息，而拒绝用户使用App基本功能服务。

现将《常见类型移动互联网应

Notice on Promulgation of the Rules on the Scope of Necessary Personal Information for Common Types of Mobile Internet Applications

Guo Xin Ban Mi Zi [2021] No. 14

Cyberspace administrations, communications administrations, public security departments (bureaus) and market regulators (departments or commissions) of all provinces, autonomous regions, centrally administered municipalities and the Finance Bureau of the Xinjiang Production and Construction Corps,

In order to implement the provisions of the Cybersecurity Law of the People's Republic of China that "Network operators shall follow the principle of lawfulness, rightfulness and necessity when collecting and using personal information" and "Network operators shall not collect personal information irrelevant to the services they provide", the Cyberspace Administration of China, the Ministry of Industry and Information Technology, the Ministry of Public Security and the State Administration for Market Regulation have jointly enacted the Rules on the Scope of Necessary Personal Information for Common Types of Mobile Internet Applications, specifying that the operator of an internet application ("App") shall not refuse an user to use the App's basic functional services on the ground that the user disagree

with the collection of unnecessary personal information.

用程序必要个人信息范围规定》印发给你们，请指导督促本地区App运营者抓紧落实，并加强监督检查，及时调查、处理违法违规收集使用个人信息行为，切实维护公民在网络空间的合法权益。

It is hereby notified that the Rules on the Scope of Necessary Personal Information for Common Types of Mobile Internet Applications are promulgated. You are required to guide and urge local App operators to promptly implement the Rules , to strengthen supervision and inspection, to timely investigate and handle cases of collection and use of personal information in violation of laws and regulations, and to effectively safeguard the legitimate rights and interests of citizens in cyberspace.

特此通知。

国家互联网信息办公室秘书局

工业和信息化部办公厅

公安部办公厅

国家市场监督管理总局办公厅

2021年3月12日

Secretary of the Cyberspace Administration of China

General Office of the Ministry of Industry and Information Technology

General Office of the Ministry of Public Security

General Office of the State Administration for Market Regulation

12 March 2021

常见类型移动互联网应用程序必要个人信息范围规定

Rules on the Scope of Necessary Personal Information for Common Types of Mobile Internet Applications

第一条　　为了规范移动互联网应用程序（App）收集个人信息行为，保障公民个人信息安全，根据《中华人民共和国网络安全法》，制定本规定。

Article 1 In order to regulate the collection of personal information by Apps and protect the security of citizens' personal information, these Rules are enacted in accordance with the Cybersecurity Law of the People's Republic of China.

第二条　　移动智能终端上运行的App存在收集用户个人信息行为的，应当遵守本规定。法律、行政法规、部门规章和规范性文件另有规定的，依照其规定。

App包括移动智能终端预置、下载安装的应用软件，基于应用软件开放平台接口开发的、用户无需安装即可使用的小程序。

Article 2 These Rules apply to the Apps running on mobile smart terminals that collect users' personal information. Where laws, administrative regulations, departmental rules and normative documents provide otherwise, such provisions shall prevail.　Apps include application software pre-set, downloaded and installed on mobile smart terminals, and applets developed based on the open platform interface of application software, which can be used by users without installation.

第三条　　本规定所称必要个人信息，是指保障App基本功能服务正常运行所必需的个人信息，缺少该信息App即无法实现基本功能服务。具体是指消费侧用户个人信息，不包括服务供给侧用户个人信息。

Article 3 For the purpose of these Rules, "necessary personal information" refers to the personal information necessary for ensuring the normal operation of an App's basic functional services, without which the App cannot achieve its basic functional services. Specifically, it refers to the personal information of the consumption side users, excluding that of the supply-side users of the services.

第四条　　App不得因为用户不同意提供非必要个人信息，而拒绝用户使用其基本功能服务。

Article 4 Any App shall not refuse users to use its basic functional services on the ground that users disagree to provide unnecessary personal information.

第五条　　常见类型App的必要

Article 5 The scope of necessary personal information for common

个人信息范围：

（一）地图导航类，基本功能服务为"定位和导航"，必要个人信息为：位置信息、出发地、到达地。

（二）网络约车类，基本功能服务为"网络预约出租汽车服务、巡游出租汽车电召服务"，必要个人信息包括：

1.注册用户移动电话号码；

2.乘车人出发地、到达地、位置信息、行踪轨迹；

3.支付时间、支付金额、支付渠道等支付信息（网络预约出租汽车服务）。

（三）即时通信类，基本功能服务为"提供文字、图片、语音、视频等网络即时通信服务"，必要个人信息包括：

1.注册用户移动电话号码；

2.账号信息：账号、即时通信联系人账号列表。

（四）网络社区类，基本功能服务为"博客、论坛、社区等话题讨论、信息分享和关注互动"，必要个人信息为：注册用户移动电话号码。

（五）网络支付类，基本功能服务为"网络支付、提现、转账等功能"，必要个人信息包括：

1.注册用户移动电话号码；

types of App as below:   (I) map navigation. The basic functional services are "positioning and navigation", and the necessary personal information is location information, place of departure and place of destination.

(II) ride hailing. The basic functional services are "online taxi booking service, cruise taxi call service", and the necessary personal information includes:

1. mobile phone numbers of registered users;

2. places of departure, place of destination, location information, and whereabouts and tracks of passengers; and

3. payment time, amount and channels of payment and other payment information (for online taxi booking service).

(III) instant messaging. The basic functional services are "providing instant messaging services such as texts, pictures, voice and video", and the necessary personal information includes:

1. mobile phone numbers of registered users; and

2. account information: account number and list of accounts of instant messaging contact persons.

(IV) online communities. The basic functional services are "discussion on topics, information sharing and follow and interaction on blogs, forums and communities", and the necessary personal information is mobile phone numbers of registered users.

(V) online payment. The basic functional services are "online payment, cash withdrawal, fund transfer, etc.", and the necessary personal information includes:

1. mobile phone numbers of registered users; and

2. name of registered users, type and number of identity card, validity period of the identity card and bank card number.

(VI) online shopping. The basic functional services are "purchase of goods", and the necessary personal information

2.注册用户姓名、证件类型和号码、证件有效期限、银行卡号码。

（六）网上购物类，基本功能服务为"购买商品"，必要个人信息包括：

1.注册用户移动电话号码；

2.收货人姓名（名称）、地址、联系电话；

3.支付时间、支付金额、支付渠道等支付信息。

（七）餐饮外卖类，基本功能服务为"餐饮购买及外送"，必要个人信息包括：

1.注册用户移动电话号码；

2.收货人姓名（名称）、地址、联系电话；

3.支付时间、支付金额、支付渠道等支付信息。

（八）邮件快件寄递类，基本功能服务为"信件、包裹、印刷品等物品寄递服务"，必要个人信息包括：

1.寄件人姓名、证件类型和号码等身份信息；

2.寄件人地址、联系电话；

3.收件人姓名（名称）、地址、联系电话；

4.寄递物品的名称、性质、数量。

includes:

1. mobile phone numbers of registered users;

2. name, address and contact phone number of consignees; and

3. payment time, amount and channels of payment and other payment information.

(VII) food and beverage takeaway. The basic functional services are "purchase and delivery of food and beverage", and the necessary personal information includes:

1. mobile phone numbers of registered users; and

2. name, address and contact phone number of consignees; and

3. payment time, amount and channels of payment and other payment information.

(VIII) mails and courier delivery. The basic functional services are "delivery services of articles such as correspondence, parcels and printed matters", and the necessary personal information includes:

1. name, type and number of identity document and other identity information of senders;

2. address and contact phone number of senders;

3. name, address and contact phone number of recipients; and

4. name, nature and quantity of articles to be delivered.

(IX) transport ticketing. The basic functional services are "transport-related ticket services and itinerary management (such as purchase, change and refund of tickets and itinerary management)", and the necessary personal information includes:

1. mobile phone numbers of registered users;

（九）交通票务类，基本功能服务为"交通相关的票务服务及行程管理（如票务购买、改签、退票、行程管理等）"，必要个人信息包括：

1.注册用户移动电话号码；

2.旅客姓名、证件类型和号码、旅客类型。旅客类型通常包括儿童、成人、学生等；

3.旅客出发地、目的地、出发时间、车次/船次/航班号、席别/舱位等级、座位号（如有）、车牌号及车牌颜色（ETC服务）；

4.支付时间、支付金额、支付渠道等支付信息。

（十）婚恋相亲类，基本功能服务为"婚恋相亲"，必要个人信息包括：

1.注册用户移动电话号码；

2.婚恋相亲人的性别、年龄、婚姻状况。

（十一）求职招聘类，基本功能服务为"求职招聘信息交换"，必要个人信息包括：

1.注册用户移动电话号码；

2.求职者提供的简历。

（十二）网络借贷类，基本功能服务为"通过互联网平台实现的用于消费、日常生产经营周转等的个人申贷服务"，必要个人信息包括：

2. name of passengers, and number of identity document, and type of passengers. Types of passengers generally include children, adults, students, etc.;

3. place of departure, destination, departure time, train number/vessel number/flight number, seat/cabin class, seat number (if any), license plate number and license plate color (ETC service); and

4. payment time, amount and channel of payment and other payment information.

(X) blind dating. The basic functional services are "marriage and blind date", and the necessary personal information includes:

1. mobile phone numbers of registered users; and

2. Sex, age and marital status of the person for blind date.

(XI) job hunting and recruitment. The basic functional services are "exchange of job hunting and recruitment information", and the necessary personal information includes:

1. mobile phone numbers of registered users; and

2. resume provided by job seekers.

(XII) online lending. The basic functional services are "personal loan application services provided through Internet platforms for consumption and daily production and operation turnover", and the necessary personal information includes:

1. mobile phone numbers of registered users; and

2. name of the borrower, type and number of identification document, validity period of the identification document and bank card number.

(XIII) property lease and sales. The basic functional services are "release of personal property resources information, and property lease or trading", and the necessary personal

1.注册用户移动电话号码；

2.借款人姓名、证件类型和号码、证件有效期限、银行卡号码。

（十三）房屋租售类，基本功能服务为"个人房源信息发布、房屋出租或买卖"，必要个人信息包括：

1.注册用户移动电话号码；

2.房源基本信息：房屋地址、面积/户型、期望售价或租金。

（十四）二手车交易类，基本功能服务为"二手车买卖信息交换"，必要个人信息包括：

1.注册用户移动电话号码；

2.购买方姓名、证件类型和号码；

3.出售方姓名、证件类型和号码、车辆行驶证号、车辆识别号码。

（十五）问诊挂号类，基本功能服务为"在线咨询问诊、预约挂号"，必要个人信息包括：

1.注册用户移动电话号码；

2.挂号时需提供患者姓名、证件类型和号码、预约挂号的医院和科室；

3.问诊时需提供病情描述。

（十六）旅游服务类，基本功能服务为"旅游服务产品信息的发

information includes:

1. mobile numbers of registered users; and

2. basic information of property resources: address, area/type of property, and expected sale price or rent.

(XIV) second-hand vehicle trading. The basic functional services are "exchange of second-hand vehicle trading information", and the necessary personal information includes:

1. mobile numbers of registered users;

2. name of the purchaser, and type and number of identification document; and

3. name of the seller, type and number of identification document, driving license number, identification number of the vehicle.

(XV) out-patient registration. The basic functional services are "online medical consultation and diagnosis through interrogation, and appointment registration ", and the necessary personal information includes:

1. mobile phone numbers of registered users;

2. for registration, the name of the patient, type and number of identification document, and the hospital and department where the appointment has been made; and

3. a description of the patient's condition shall be provided at the time of diagnosis through interrogation.

(XVI) tourism services. The basic functional services are "release of information of tourism service products and subscription of such products", and the necessary personal information includes:

1. mobile numbers of registered users;

2. destination and time of travelers; and

布与订购"，必要个人信息包括：

1.注册用户移动电话号码；

2.出行人旅游目的地、旅游时间；

3.出行人姓名、证件类型和号码、联系方式。

（十七）酒店服务类，基本功能服务为"酒店预订"，必要个人信息包括：

1.注册用户移动电话号码；

2.住宿人姓名和联系方式、入住和退房时间、入住酒店名称。

（十八）网络游戏类，基本功能服务为"提供网络游戏产品和服务"，必要个人信息为：注册用户移动电话号码。

（十九）学习教育类，基本功能服务为"在线辅导、网络课堂等"，必要个人信息为：注册用户移动电话号码。

（二十）本地生活类，基本功能服务为"家政维修、家居装修、二手闲置物品交易等日常生活服务"，必要个人信息为：注册用户移动电话号码。

（二十一）女性健康类，基本功能服务为"女性经期管理、备孕育儿、美容美体等健康管理服务"，无须个人信息，即可使用基本功能服务。

（二十二）用车服务类，基本

3. name of traveler, and type and number of identification document, and contact information.

(XVII) hotel services. The basic functional service is "hotel reservation", and the necessary personal information includes:

1. mobile numbers of registered users; and

2. name and contact information of the lodger, check-in and check-out time, and name of the hotel where the lodger stays.

(XVIII) online games. The basic functional service is "providing online game products and services", and the necessary personal information includes mobile phone numbers of registered users.

(XIX) learning and education. The basic functional services are "online tutoring, online classes, etc.", and the necessary personal information includes mobile phone numbers of registered users.

(XX) Local life. The basic functional services are "housekeeping and maintenance, home decoration, trading of idle second-hand goods and other daily life services; the necessary personal information includes mobile phone numbers of registered users.

(XXI) female health. The basic functional services include "female menstrual management, preparation for pregnancy and child-rearing, beauty and other health management services", and basic functional services can be used without any personal information.

(XXII) car services. The basic functional services are "bike sharing, car sharing, car leasing, etc.", and the necessary personal information includes:

1. mobile phone numbers of registered users;

2. type and number of identification document of users of shared cars or leased cars; driver's license information;

功能服务为"共享单车、共享汽车、租赁汽车等服务",必要个人信息包括:

1.注册用户移动电话号码;

2.使用共享汽车、租赁汽车服务用户的证件类型和号码,驾驶证件信息;

3.支付时间、支付金额、支付渠道等支付信息;

4.使用共享单车、分时租赁汽车服务用户的位置信息。

(二十三)投资理财类,基本功能服务为"股票、期货、基金、债券等相关投资理财服务",必要个人信息包括:

1.注册用户移动电话号码;

2.投资理财用户姓名、证件类型和号码、证件有效期限、证件影印件;

3.投资理财用户资金账户、银行卡号码或支付账号。

(二十四)手机银行类,基本功能服务为"通过手机等移动智能终端设备进行银行账户管理、信息查询、转账汇款等服务",必要个人信息包括:

1.注册用户移动电话号码;

2.用户姓名、证件类型和号码、证件有效期限、证件影印件、银行卡号码、银行预留移动电话号码;

3. payment time, amount and channel of payment and other payment information; and

4. location information of users of bike sharing or timeshare rental services.

(XXIII) investment and wealth management. The basic functional services are investment and wealth management services relating to shares, futures, funds, bonds, etc.", and the necessary personal information includes:

1. mobile phone numbers of registered users;

2. name of the user for investment and wealth management, type and number of identification document, validity period and photocopy of the identification document; and

3. capital account, bank card number or payment account number of the user for investment and wealth management.

(XXIV) mobile phone banking. The basic functional services are bank account management, information enquiry, fund transfer and remittance etc. through cell phones or mobile smart terminal devices ", the necessary personal information includes:

1. mobile phone numbers of registered users; and

2. name of the user, type and number of identification document, validity period of identification document, photocopy of identification document, bank card number, and mobile phone number reserved by the bank; and

3. name, bank card number and account opening bank information of payee shall be provided for fund transfer.

(XXV) mailbox and cloud drive. The basic functional services are "mailbox, cloud drive, etc.", and the necessary personal information is mobile phone numbers of registered users.

(XXVI) remote meetings. The basic functional services are "providing audio or video conferencing through network",

3.转账时需提供收款人姓名、银行卡号码、开户银行信息。

（二十五）邮箱云盘类，基本功能服务为"邮箱、云盘等"，必要个人信息为：注册用户移动电话号码。

（二十六）远程会议类，基本功能服务为"通过网络提供音频或视频会议"，必要个人信息为：注册用户移动电话号码。

（二十七）网络直播类，基本功能服务为"向公众持续提供实时视频、音频、图文等形式信息浏览服务"，无须个人信息，即可使用基本功能服务。

（二十八）在线影音类，基本功能服务为"影视、音乐搜索和播放"，无须个人信息，即可使用基本功能服务。

（二十九）短视频类，基本功能服务为"不超过一定时长的视频搜索、播放"，无须个人信息，即可使用基本功能服务。

（三十）新闻资讯类，基本功能服务为"新闻资讯的浏览、搜索"，无须个人信息，即可使用基本功能服务。

（三十一）运动健身类，基本功能服务为"运动健身训练"，无须个人信息，即可使用基本功能服务。

（三十二）浏览器类，基本功能服务为"浏览互联网信息资

and the necessary personal information is mobile phone numbers of registered users.

(XXVII) online live streaming. The basic functional services are "providing the public with continuous real-time video, audio, graphics, text and other forms of information browsing", and the basic functional services can be used without personal information.

(XXVIII) online film and video. The basic functional services are "search and play of film and television, music", and the basic functional services can be used without personal information.

(XXIX) short videos. The basic functional services are "search and play of video not exceeding a certain length of time", and the basic functional services can be used without personal information.

(XXX) news and information. The basic functional services are "browse and search of news and information", and the basic functional services can be used without personal information.

(XXXI) sports and fitness. The basic functional services are "exercise and fitness training", and the basic functional services can be used without personal information.

(XXXII) browsers. The basic functional services are "browse of Internet information resources", and the basic functional services can be used without personal information.

(XXXIII) input methods. The basic functional services are "input of characters and symbols", and the basic functional services can be used without personal information.

(XXXIV) security management. The basic functional services are to "finding out and kill viruses, sort out malicious plug-ins and patch vulnerabilities, and the basic functional services can be used without personal information.

(XXXV) electronic books. The basic functional services are "search and reading of electronic books", and the basic

源"，无须个人信息，即可使用基本功能服务。

（三十三）输入法类，基本功能服务为"文字、符号等输入"，无须个人信息，即可使用基本功能服务。

（三十四）安全管理类，基本功能服务为"查杀病毒、清理恶意插件、修复漏洞等"，无须个人信息，即可使用基本功能服务。

（三十五）电子图书类，基本功能服务为"电子图书搜索、阅读"，无须个人信息，即可使用基本功能服务。

（三十六）拍摄美化类，基本功能服务为"拍摄、美颜、滤镜等"，无须个人信息，即可使用基本功能服务。

（三十七）应用商店类，基本功能服务为"App搜索、下载"，无须个人信息，即可使用基本功能服务。

（三十八）实用工具类，基本功能服务为"日历、天气、词典翻译、计算器、遥控器、手电筒、指南针、时钟闹钟、文件传输、文件管理、壁纸铃声、截图录屏、录音、文档处理、智能家居助手、星座性格测试等"，无须个人信息，即可使用基本功能服务。

（三十九）演出票务类，基本功能服务为"演出购票"，必要个人信息包括：

functional services can be used without personal information.

(XXXVI) shooting beautification. The basic functional services are "shooting, retouching, filter, etc.", and the basic functional services can be used without personal information.

(XXXVII) App stores. The basic functional services are "search and download of Apps", and the basic functional services can be used without personal information.

(XXXVIII) utility tools. The basic functional services are "calendar, weather, dictionary translation, calculator, remote control, flashlight, compass, clock alarm, file transfer, file management, wallpaper and ringtone, screenshot recording, recording, document processing, smart home assistant, constellation character test, etc.", and the basic functional services can be used without personal information.

(XXXIX) show ticketing. The basic functional services are "purchase of tickets for performance", and the necessary personal information includes:

1. mobile phone numbers of registered users;

2. number of performances and seat numbers (if any); and

3. payment time, amount and channel of payment and other payment information.

1.注册用户移动电话号码；

2.观演场次、座位号（如有）；

3.支付时间、支付金额、支付渠道等支付信息。

| | |
|---|---|
| 第六条　　任何组织和个人发现违反本规定行为的，可以向相关部门举报。 | Article 6 Any organization or individual who finds any act in violation of these Rules may report it to the relevant authorities.　The relevant authorities shall handle the report according to law after receiving it. |
| 相关部门收到举报后，应当依法予以处理。 | |

第七条　　本规定自2021年5月1日起施行。　Article 7 These Rules shall come into force as of May 1, 2021.



扫一扫，手机阅读更方便