# Exhibit K

2/26/22, 4:23 PM
Beijing warns fintech firms against anti-monopoly behavior - ABC News
Case 1:21-cv-06013-AKH   Document 47-11   Filed 03/15/22   Page 2 of 4

# Beijing warns fintech firms against anti-monopoly behavior

*Chinese financial regulators have summoned 13 companies engaged in online finance services, including Tencent and Bytedance, and told them to strengthen anti-monopoly measures*

By   ZEN SOO AP Technology Writer
April 30, 2021, 1:19 PM • 2 min read



The Associated Press

*In this Sept. 5, 2020, photo, visitors gather at a display booth for Chinese technology fir...* **Read More**

HONG KONG -- Chinese financial regulators have summoned 13 companies engaged in online finance services, including Tencent and Bytedance, and told them to strengthen anti-monopoly measures.

The regulators, which include the People's Bank of China (PBOC) and China's securities and banking regulators, said in a statement Thursday that they had summoned companies including Xiaomi's fintech arm; Tencent; Bytedance; e-commerce platform JD.com's JD Finance, and the finance arm of food delivery platform Meituan.

## Top Stories

**Russia-Ukraine live updates: Zelenskyy warns Russia will try to 'storm' Kyiv tonight**
9 minutes ago


**Russian troops close in on Ukrainian capital of Kyiv**
Feb 26, 8:51 AM


**CDC eases masking recommendations for 70% of country, including inside schools**
Feb 26, 6:24 AM


**As 'stealth omicron' advances, scientists are learning more**
Feb 25, 4:30 AM


**Biden to order personal sanctions on Putin as Russian forces close in on Kyiv**
Feb 26, 5:59 AM




ABC News Live



*24/7 coverage of breaking news and live events*

VIDEO      LIVE      SHOWS      CORONAVIRUS      JAN. 6 RIOT

Regulators warned against the "disorderly expansion" of capital, part of the government's increased scrutiny of technology and internet companies that have branched into the lucrative financial services sector, offering services such as digital wallets, wealth management services and loans.

To help curb risks to China's financial system, Beijing has in recent months ramped up scrutiny of technology companies and tightened antitrust regulations. It is drafting new laws to ensure large firms do not squeeze out competition, abuse their market positions or hurt consumer rights.

As part of their crackdown on online financial services, last year authorities abruptly halted a $34.5 billion initial public offering by Ant Group, which is affiliated with e-commerce giant Alibaba.

The statement by regulators acknowledged that online companies have contributed to improving financial services and making them more inclusive. But it said some companies are unlicensed and some engage in unfair competition and damage consumers' legal rights.

"The online platform companies being summoned run integrated businesses on a large-scale and are influential in the sector and face typical problems. They must take the lead in seriously correcting these problems," the statement said.

The companies were told to carry out self-inspections and rectify any problems in line with financial regulations. Financial businesses must have licenses to operate, and the expansion of payment accounts not linked to banks must be strictly controlled, the statement said.

Companies were ordered to break the information monopoly. Personal credit reporting should be done only by licensed credit reporting agencies, it said.

In April, e-commerce platform Alibaba was fined a record $2.8 billion by market regulators for breaching China's anti-monopoly law. Earlier this week, the regulator also said it had launched an investigation into Meituan, the country's largest food delivery platform, over suspected monopolistic behavior.

The $59-Million Lakefront House Mark Zuckerberg
Home
*sponsored by: lonny.com*

💬 Comments (0)                                              f   🐦   ✉

---

**abc** NEWS

Cancel Culture May Cost You Your Job.
Fire

It's Time for a Long-Haul Mask Like This Israeli Mask
Sonovia

Banksy's Painting Sold Out in 3 Hours on This $1 Billion Dollar Art Investment App
Masterworks

Ukraine invasion: What to know as Russian forces target Kyiv

Russia-Ukraine live updates: Zelenskyy warns Russia will try to 'storm' Kyiv tonight

Live updates: Zelenskyy declines US offer to evacuate Kyiv

Nissan's Gorgeous New Lineup Has Arrived
Auto Savings Center

New York: Unsold Cars Now Almost Being Given Away: See Prices
Luxury SUVs | Search Ads

Unsold 2021 SUVs Now Almost Being Given Away: See Prices
SUV Deals | Search Ads

Promoted Links by Taboola

ABC News Network | Privacy Policy | Your CA Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | About Nielsen Measurement | Terms of Use

Do Not Sell My Personal Information | Contact Us

Copyright © 2022 ABC News Internet Ventures. All rights reserved.