# Exhibit N

# LIONBRIDGE

STATE OF NEW YORK   )
           )
           )  ss
           )
COUNTY OF NEW YORK  )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached Announcement of the Office of

the Central Cyberspace Affairs Commission.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this __7__ day of __march__ , 20 _22_ .

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

1/20/22, 8:18 PM

Announcement on the Unlawful Collection and Use of Personal Information by 84 Apps Including Tencent Mobile Manager – Office of the Central Cyberspace Affairs Commission

 Office of the Central Cyberspace Affairs Commission

# Announcement on the Illegal Collection and Use of Personal Information by 84 Apps Including Tencent Mobile Manager

May 10, 2021 12:00          Source: CAC

Announcement on the Illegal Collection and Use of Personal Information by 84 Apps Including Tencent Mobile Manager

Recently, in response to the strong complaints from the public regarding illegal collection, out-of-scope collection, excessive claims, and other instances of the infringement of personal information by apps, in accordance with the *Cybersecurity Law of the People's Republic of China* and the *Definition of Apps' Illegal and Irregular Collection and Use of Personal Information*, *Provisions on the Scope of Necessary Personal Information for Common Types of Mobile Internet Applications*, and other laws and relevant regulations, the Cyberspace Administration of China has tested the collection and use of personal information of some apps that are widely used by the public, such as security management and online lending apps. The relevant information is hereby notified as follows:

1. Overview of security management apps

| No. | App name | Version | Operator | Main Existing Issues |
|---|---|---|---|---|
| 1 | Tencent Mobile Manager – QQ WeChat Protection | 8.11.0 | Shenzhen Tencent Computer System Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application*, collecting personal information irrelevant to its services and collecting and using personal information without user consent, etc. |
| 2 | Cheetah Clean Master | 6.19.7 | Beijing Cheetah Mobile Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application*, collecting personal information irrelevant to its services; collecting personal information irrelevant to its services and collecting and using personal information without user consent, etc. |
| 3 | 360 Mobile Safe | 8.8.0 | Beijing Qiyuan Technology Co., Ltd. | Violating the principle of necessity, collecting personal information irrelevant to its services and collecting and using personal information without user consent, etc. |
| 4 | Green Clean Master | 3.5.0 | Shanghai Mengce Network Technology Co., Ltd. | Collecting and using personal information without user consent, etc. |
| 5 | 360 Clean Master | 7.6.0 | Beijing Qiyuan Technology Co., Ltd. | Collecting and using personal information without user consent, etc.; violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 6 | Cheetah Security Master | 5.2.3.1066 | Beijing Cheetah Mobile Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application*, collecting personal information irrelevant to its services and collecting and using personal information without user consent, etc. |
| 7 | Clean Master – Mobile Manager | 3.0.601 | Shanghai Yizhuo Network Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services, etc. |
| 8 | Baidu Mobile Guard | 9.23.1 | Baidu Cloud Computing Technology (Beijing) Co., Ltd. | Collecting and using personal information without user consent; violating the principle of necessity and collecting personal information irrelevant to its services, etc. |

1/20/22, 8:18 PM

Announcement on the Unlawful Collection and Use of Personal Information by 84 Apps Including Tencent Mobile Manager – Office of the Central Cyberspace Affairs Commission

| 9 | Trash Clean Master | 2.3 | Shenzhen Uranus Interactive Technology Co., Ltd. | Collecting and using personal information without user consent, etc. |
|---|---|---|---|---|
| 10 | Lu Master | 10.4.2 | Chengdu Anyixun Technology Co., Ltd. | Collecting and using personal information without user consent, etc. |
| 11 | Storage Space Cleanup | 4.9.7 | Xiamen Yiye Qingfeng Software Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services, etc. |
| 12 | 360 Clean Master Speed Version | 101.5.2 | Beijing Qiyuan Technology Co., Ltd. | Collecting and using personal information without user consent, etc. |
| 13 | Quick One-click Cleanup | 17.6.0 | Hebei Guai Network Technology Co., Ltd. | Collecting and using personal information without user consent; violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 14 | Speed Cleanup | 24.9 | Nanjing Yunliheng Network Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services, etc. |
| 15 | Qiandun | 5.9.0.4 | Taobao (China) Software Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services; collecting and using personal information without user consent, etc. |
| 16 | Le Safety | 6.2.2.3572 | Lenovo (Beijing) Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 17 | Lightning Cleanup | 1.7.4 | Zhengzhou Apas Data Cloud Information Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 18 | Quick Cleanup Manager Lite Version | 1.8.2 | Beijing Yiju Lightyear Technology Co., Ltd. | Collecting and using personal information without user consent; violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 19 | Immediate Cleanup | 2.17.1 | Fuzhou Xiwang Network Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 20 | Le Assistant | 3.5.1.0427 | Beijing Shenqi Gongchang Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 21 | Lightning Clean Master | 1.0.7 | Hangzhou Juyi Network Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 22 | Quick Cleanup Assistant – One-click Intensive and Quick (Version) | 1.0.75 | Beijing Aipu Century Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application*, collecting personal information irrelevant to its services and collecting and using personal information without user consent, etc. |
| 23 | Safety Clean Master | 2.3.6 | Beijing Qiyuan Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 24 | Easy Cleanup | 1.0.0 | Shenzhen Liuding Network Information Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 25 | Clean Manager Speed Version | 4.3.5 | Hainan Snail Information Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |

1/20/22, 8:18 PM                    Announcement on the Unlawful Collection and Use of Personal Information by 84 Apps Including Tencent Mobile Manager – Office of the Central Cyberspace Affairs Commission

| 26 | 91 Clean Master | 6.2.2.699 | Fujian Zhidu Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
|----|-----------------|-----------|-----------------------------------|----------------------------------------------------------------------------------------------------------|
| 27 | Super Cleanup Safe | 2.9.3 | Guangzhou Tongwan Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 28 | Mobile One-click Cleanup | 7.41 | Nanjing Minyi Information Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 29 | One-click Clean Master | 1.7.2 | Unlimited Communication (Guangzhou) Network Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 30 | One-click Clean Master | 6.1.5 | Hangzhou Damiao Network Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services, etc. |
| 31 | WiFi Safety Guard | 2.4.5 | Guangzhou Micai Information Technology Co., Ltd. | Collecting and using personal information without user consent, etc. |
| 32 | Cleaner | 1.6 | Shenhainan (Beijing) Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services, etc. |
| 33 | Youyou Cleanup | 3.2.6.r622 | Guangzhou Rapid Feichi Network Co., Ltd., Beijing Branch | Collecting and using personal information without user consent, etc. |
| 34 | Quick Clean Master – Ads-free Version | 2.5.5 | Guangzhou Hanyin Network Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 35 | Quick Intensive Cleanup for Internal Storage | 1049 | Shanghai Xinyao Information Technology Co., Ltd. | Collecting and using personal information without user consent; violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 36 | Cleanup Weapon | 1.1.5.2 | Shenzhen Xindu Bowang Technology Co., Ltd. | Collecting and using personal information without user consent; violating the principle of necessity and collecting personal information irrelevant to its services, etc. |

2. Overview of online lending-type apps

| No. | App name | Version | Operator | Main Existing Issues |
|-----|----------|---------|----------|----------------------|
| 1 | 360 Jietiao | 1.8.50 | Shanghai Qiyu Information Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services; collecting and using personal information without user consent, etc. |
| 2 | Ping An Easy Loans | 2.3.4 | Shenzhen Ping An Comprehensive Financial Services Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services; collecting and using personal information without user consent, etc. |
| 3 | 51 Provident Fund Loan | 4.7.8.0323 | Hangzhou Jianbing Network Technology Co., Ltd. | Collecting and using personal information without user consent; violating the principle of necessity and collecting personal information irrelevant to its services, etc. |

www.cac.gov.cn/2021-05/10/c_1622225924090817.htm                                                                3/6

1/20/22, 8:18 PM

Announcement on the Unlawful Collection and Use of Personal Information by 84 Apps Including Tencent Mobile Manager – Office of the Central Cyberspace Affairs Commission

| 4 | Fenqile | 6.2.1 | Shenzhen Fenqile Network Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
|---|---|---|---|---|
| 5 | Repayment | 5.9.5 | Chongqing Focus Microloans Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 6 | Anyihua | 3.4.36 | Immediate Consumer Finance Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 7 | Borrow Some Money Loans | 9.995 | Xinyong Suanli Information (Shanghai) Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services; collecting and using personal information without user consent, etc. |
| 8 | Ping An Consumer Finance | 2.3.0 | Ping An Consumer Finance Co., Ltd. | Collecting and using personal information without user consent, etc. |
| 9 | You and Me Loans | 6.3.0 | Jiayin (Shanghai) Finance Information Service Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 10 | Money Station | 3.4.3 | Fanpujin Technology Enterprise Development (Shanghai) Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 11 | Easy Loans | 2.6.3 | Shanghai Quanqi Finance Information Service Co., Ltd. | Collecting and using personal information without user consent, etc. |
| 12 | Borrow Money to Spend | 2.7.9 | Shanghai Rongyi Network Technology Co., Ltd. | Collecting and using personal information without user consent, etc. |
| 13 | Small Winning Card Loans | 4.1.3 | Shenzhen Yingzhongtong Finance Information Service Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 14 | Banyan Tree Loans – Cash Lending | 3.25.5 | Guangzhou Shuronghu Network Microloans Co., Ltd. | Collecting and using personal information without user consent; violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 15 | Micro Loans Wallet | 2.6.9 | Quanqi (Hainan) Credit Service Co., Ltd. | Collecting and using personal information without user consent, etc. |
| 16 | Trust and Get Rich | 5.3.6 | Shanghai Xinyifu Enterprise Management Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 17 | Baihuabao – Loans Wallet | 1.6.2 | Beijing Jianguo Credit Management Co., Ltd. | Collecting and using personal information without user consent, etc. |
| 18 | Flower Loans | 2.4.1 | Xuzhou Runchengde Network Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services; collecting and using personal information without user consent, etc. |
| 19 | Zhongyuan Consumer Finance – Loans Wallet | 3.8.1 | Henan Zhongyuan Consumer Finance Co., Ltd. | Collecting and using personal information without user consent; violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 20 | Wanda Puhui | 4.0.5 | Guangzhou Wanda Puhui Network Microloans Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |

| 21 | Shanyin – Loans and Borrowings | 5.2.4 | Beijing Shanyin Qiyi Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
|---|---|---|---|---|
| 22 | Loans Knight – Borrowings and Loans | 2.2.1 | Chongqing Zongqing Xiangqian Technology Co., Ltd. | Failing to disclose collection and use regulations; failing to provide functions to delete or correct personal information in accordance with legal requirements, etc. |
| 23 | Ququanghua | 4.0.5 | Shanghai Fengxuan Digital Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 24 | China Merchants Union Haoqi Loans | 5.5.2 | China Merchants Union Consumer Finance Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services, etc. |
| 25 | Worry-free IOU | 3.66 | Beijing Youxinbao Network Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services; collecting and using personal information without user consent, etc. |
| 26 | Borrow Money to Use | 4.0.7 | Chongqing Houhan Technology Co., Ltd. | Failing to disclose collection and use regulations; failing to provide functions to delete or correct personal information in accordance with legal requirements, etc. |
| 27 | Minsheng Zhuli | 2.3.5 | Wuhan Minshanghui Microloans Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 28 | Quick Loans | 1.1.6 | Chongqing Warring Technology Co., Ltd. | Failing to disclose collection and use regulations; failing to provide functions to delete or correct personal information in accordance with legal requirements, etc. |
| 29 | Lele Microloans | 3.1.3 | Beijing Shennan Power Finance Information Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services, etc. |
| 30 | Microfinance Online | 2.6.3 | Quanqi (Hainan) Credit Service Co., Ltd. | Failing to disclose collection and use regulations; failing to provide functions to delete or correct personal information in accordance with legal requirements, etc. |
| 31 | Diantu Loans | 4.0.4 | Beijing Shouxin Jinsheng Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 32 | Wanda Loans | 2.5.6 | Chongqing Wanda Microloans Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 33 | Hengyi IOU – Easy Borrowing | 1.5.3 | Guangzhou Oushi Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 34 | Papa Loans and Borrowings | 2.2.8 | Beihai Jiaheng Network Technology Co., Ltd. | Violating the principle of necessity and the *Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application* and collecting personal information irrelevant to its services, etc. |
| 35 | Huanxianghua | 2.4.0 | Chongqing Focus Microloans Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 36 | Borrowing 360 | 1.5.1 | Jinan Fangyue Network Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 37 | Qianpen.com | 3.3.8 | Guangxi Qianpen Technology Co., Ltd. | Collecting and using personal information without user consent, etc. |
| 38 | Birong | 6.4.2 | Chongqing Melon Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |

1/20/22, 8:18 PM

Announcement on the Unlawful Collection and Use of Personal Information by 84 Apps Including Tencent Mobile Manager – Office of the Central Cyberspace Affairs Commission

| 39 | Easy and Quick to Borrow | 3.0.38 | Hebei Yijin Information Service Technology Co., Ltd. | Collecting and using personal information without user consent; violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
|---|---|---|---|---|
| 40 | Zanfenqi | 3.0.4 | Hangzhou Zanfenqi Business Information Consulting Service Co., Ltd. | Failing to disclose collection and use regulations; failing to indicate purpose, method, and scope of collection and usage of personal information. |
| 41 | Minsheng Easy Loans | 5.5.5 | Minsheng Easy Loans (Zhuhai) Internet Finance Information Service Co., Ltd. | Collecting and using personal information without user consent; violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 42 | Didi Finance | 1.7.8 | Didi Jinke (Beijing) Credit Service Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 43 | Zhong An Xinyi | 2.5.2 | Shenzhen Zhong An Xinyi Microloans Co., Ltd. | Collecting and using personal information without user consent, etc. |
| 44 | Loan King | 2.4.14 | Guangzhou Lisheng Internet Finance Credit Service Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 45 | Microloans | 2.6.7 | Shanghai Quanqi Online Information Technology Co., Ltd. | Collecting and using personal information without user consent, etc. |
| 46 | Ping An Loans | 1.8.0 | Ping An Bank Corporation | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 47 | Zhao Loans | 1.0.20 | China Merchants Bank Corporation | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |
| 48 | Haoqian Loans | 2.0.1 | Hangzhou Haoji Technology Co., Ltd. | Violating the principle of necessity and collecting personal information irrelevant to its services, etc. |

### 3. Work Requirements

In order to address the problems found in the testing, the relevant app operators must complete rectification within 15 business days of the issuance of this notice, and report the rectification performance to our office. Our office will handle any late or failure to complete the rectification pursuant to the law.

Contact: 010-55635853

Email: Appzhili@cac.gov.cn

Office of the Central Cyberspace Affairs Commission

May 10, 2021

2022年1月20日 星期四

设为首页　　加入收藏　　手机版　　繁體



中共中央网络安全和信息化委员会办公室

Office of the Central Cyberspace Affairs Commission

请输入检索关键词

首页　　权威发布　　办公室工作　　网络安全　　信息化　　网络传播　　国际交流　　地方网信　　执法督查　　政策法规　　互动中心　　教育培训　　业界动态　　工作专题

当前位置：首页 > 正文

# 关于腾讯手机管家等84款App违法违规收集使用个人信息情况的通报

2021年05月10日 12:00　　来源：中国网信网　　　　　　　　　　【打印】【纠错】

关于腾讯手机管家等84款App违法违规收集使用个人信息情况的通报

近期，针对人民群众反映强烈的App非法获取、超范围收集、过度索权等侵害个人信息的现象，国家互联网信息办公室依据《中华人民共和国网络安全法》《App违法违规收集使用个人信息行为认定方法》《常见类型移动互联网应用程序必要个人信息范围规定》等法律和有关规定，组织对安全管理、网络借贷等常见类型公众大量使用的部分App的个人信息收集使用情况进行了检测。现将有关情况通报如下：

一、安全管理类App情况

| 序号 | App名称 | 版本 | 运营者 | 存在的主要问题 |
|---|---|---|---|---|
| 1 | 腾讯手机管家—QQ微信保护 | 8.11.0 | 深圳市腾讯计算机系统有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息等。 |
| 2 | 猎豹清理大师 | 6.19.7 | 北京猎豹移动科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息；未经用户同意收集使用个人信息等。 |
| 3 | 360手机卫士 | 8.8.0 | 北京奇元科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 4 | 绿色清理大师 | 3.5.0 | 上海梦策网络科技有限公司 | 未经用户同意收集使用个人信息等。 |
| 5 | 360清理大师 | 7.6.0 | 北京奇元科技有限公司 | 未经用户同意收集使用个人信息；违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 6 | 猎豹安全大师 | 5.2.3.1066 | 北京猎豹移动科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息；未经用户同意收集使用个人信息等。 |
| 7 | 清理大师-手机管家 | 3.0.601 | 上海移卓网络科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息等。 |
| 8 | 百度手机卫士 | 9.23.1 | 百度云计算技术（北京）有限公司 | 未经用户同意收集使用个人信息；违反必要原则，收集与其提供的服务无关的个人信 |

| 9 | 垃圾清理大师 | 2.3 | 深圳市天王星互娱科技有限公司 | 未经用户同意收集使用个人信息等。 |
|---|---|---|---|---|
| 10 | 鲁大师 | 10.4.2 | 成都安易迅科技有限公司 | 未经用户同意收集使用个人信息等。 |
| 11 | 存储空间清理 | 4.9.7 | 厦门一叶清风软件科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息等。 |
| 12 | 360清理大师极速版 | 101.5.2 | 北京奇元科技有限公司 | 未经用户同意收集使用个人信息等。 |
| 13 | 一键清理加速 | 17.6.0 | 河北古艾网络科技有限公司 | 未经用户同意收集使用个人信息；违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 14 | 极速清理 | 24.9 | 南京韵力恒网络科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息等。 |
| 15 | 钱盾 | 5.9.0.4 | 淘宝（中国）软件有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息；未经用户同意收集使用个人信息等。 |
| 16 | 乐安全 | 6.2.2.3572 | 联想（北京）有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 17 | 雷电清理 | 1.7.4 | 郑州阿帕斯数云信息科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 18 | 极速清理管家轻量版 | 1.8.2 | 北京亿玖光年科技有限公司 | 未经用户同意收集使用个人信息；违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 19 | 即刻清理 | 2.17.1 | 福州晞望网络科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 20 | 乐助手 | 3.5.1.0427 | 北京神奇工场科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 21 | 雷达清理大师 | 1.0.7 | 杭州钜奕网络科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 22 | 极速清理助手-一键深度加速 | 1.0.75 | 北京艾普世纪科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息；未经用户同意收集使用个人信息等。 |
| 23 | 安全清理专家 | 2.3.6 | 北京奇元科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 24 | 易清理 | 1.0.0 | 深圳市柳丁网络信息有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 25 | 清理管家极速版 | 4.3.5 | 海南蜗牛信息科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |

关于腾讯手机管家等84款App违法违规收集使用个人信息情况的通报—中央网络安全和信息化委员会办公室

| 26 | 91 清理大师 | 6.2.2.699 | 福建智度科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 27 | 超级清理卫士 | 2.9.3 | 广州同玩科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 28 | 手机一键清理 | 7.41 | 南京铭翼信息科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 29 | 一键清理大师 | 1.7.2 | 讯通无限（广州）网络技术有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 30 | 一键清理大师 | 6.1.5 | 杭州大猫网络科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息等。 |
| 31 | WiFi 安全卫士 | 2.4.5 | 广州米财信息科技有限公司 | 未经用户同意收集使用个人信息等。 |
| 32 | 清理者 | 1.6 | 深海蓝（北京）科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息等。 |
| 33 | 优优清理 | 3.2.6.r622 | 广州极速飞驰网络有限公司北京分公司 | 未经用户同意收集使用个人信息等。 |
| 34 | 极速清理大师-去广告 | 2.5.5 | 广州市瀚银网络技术有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 35 | 深清理内存加速 | 1049 | 上海心遥信息科技有限公司 | 未经用户同意收集使用个人信息；违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 36 | 清理神器 | 1.1.5.2 | 深圳新度博望科技有限公司 | 未经用户同意收集使用个人信息；违反必要原则，收集与其提供的服务无关的个人信息等。 |

二、网络借贷类App情况

| 序号 | App 名称 | 版本 | 运营者 | 存在的主要问题 |
|---|---|---|---|---|
| 1 | 360 借条 | 1.8.50 | 上海淇毓信息科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息；未经用户同意收集使用个人信息等。 |
| 2 | 平安好贷 | 2.3.4 | 深圳平安综合金融服务有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息；未经用户同意收集使用个人信息等。 |
| 3 | 51 公积金借款 | 4.7.8.0323 | 杭州煎饼网络技术有限公司 | 未经用户同意收集使用个人信息；违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 4 | 分期乐 | 3.9.1 | 深圳市分期乐网络科技 | 违反必要原则，收集与其提供 |

关于腾讯手机管家等84款APP违法违规收集使用个人信息情况的通报-中共中央网络安全和信息化委员会办公室

| | | | | |
|---|---|---|---|---|
| 4 | 分期乐 | 6.2.1 | 乐网络科技有限公司 | 的服务无关的个人信息等。 |
| 5 | 还呗 | 5.9.5 | 重庆市分众小额贷款有限公司 | 违反必要原则,收集与其提供的服务无关的个人信息等。 |
| 6 | 安逸花 | 3.4.36 | 马上消费金融股份有限公司 | 违反必要原则,收集与其提供的服务无关的个人信息等。 |
| 7 | 借点钱贷款 | 9.995 | 鑫涌算力信息科技(上海)有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》,收集与其提供的服务无关的个人信息;未经用户同意收集使用个人信息等。 |
| 8 | 平安消费金融 | 2.3.0 | 平安消费金融有限公司 | 未经用户同意收集使用个人信息等。 |
| 9 | 你我贷借款 | 6.3.0 | 嘉银(上海)金融信息服务有限公司 | 违反必要原则,收集与其提供的服务无关的个人信息等。 |
| 10 | 钱站 | 3.4.3 | 凡普金科企业发展(上海)有限公司 | 违反必要原则,收集与其提供的服务无关的个人信息等。 |
| 11 | 容易借款 | 2.6.3 | 上海全旗金融信息服务有限公司 | 未经用户同意收集使用个人信息等。 |
| 12 | 借钱花吧 | 2.7.9 | 上海融宜网络科技有限公司 | 未经用户同意收集使用个人信息等。 |
| 13 | 小赢卡贷贷款借钱 | 4.1.3 | 深圳市赢众通金融信息服务有限责任公司 | 违反必要原则,收集与其提供的服务无关的个人信息等。 |
| 14 | 榕树贷款-现金借款借钱 | 3.25.5 | 广州数融互联网小额贷款有限公司 | 未经用户同意收集使用个人信息;违反必要原则,收集与其提供的服务无关的个人信息等。 |
| 15 | 微贷钱包 | 2.6.9 | 全旗(海南)征信服务有限公司 | 未经用户同意收集使用个人信息等。 |
| 16 | 信而富 | 5.3.6 | 上海信而富企业管理有限公司 | 违反必要原则,收集与其提供的服务无关的个人信息等。 |
| 17 | 百花宝-贷款借钱 | 1.6.2 | 北京坚果信用管理有限公司 | 未经用户同意收集使用个人信息等。 |
| 18 | 花借 | 2.4.1 | 徐州市润成德网络科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》,收集与其提供的服务无关的个人信息;未经用户同意收集使用个人信息等。 |
| 19 | 中原消费金融-贷款借钱 | 3.8.1 | 河南中原消费金融股份有限公司 | 未经用户同意收集使用个人信息;违反必要原则,收集与其提供的服务无关的个人信息等。 |
| 20 | 万达普惠 | 4.0.5 | 广州万达普惠网络小额贷款有限公司 | 违反必要原则,收集与其提供的服务无关的个人信息等。 |

| 21 | 闪银-贷款借钱 | 5.2.4 | 北京闪银奇异科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
|----|----|----|----|----|
| 22 | 贷款侠-借款贷款 | 2.2.1 | 重庆纵情向前科技有限公司 | 未公开收集使用规则；未按法律规定提供删除或更正个人信息功能等。 |
| 23 | 趣钱花 | 4.0.5 | 上海风璇数据科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 24 | 招联好期贷 | 5.5.2 | 招联消费金融有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息等。 |
| 25 | 无忧借条 | 3.66 | 北京友信宝网络科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息；未经用户同意收集使用个人信息等。 |
| 26 | 借钱用 | 4.0.7 | 重庆后汉科技有限公司 | 未公开收集使用规则；未按法律规定提供删除或更正个人信息功能等。 |
| 27 | 民生助粒 | 2.3.5 | 武汉民商惠小额贷款有限责任公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 28 | 速易贷借款 | 1.1.6 | 重庆战国科技有限公司 | 未公开收集使用规则；未按法律规定提供删除或更正个人信息功能等。 |
| 29 | 亲亲小贷借款 | 3.1.3 | 北京深蓝动力金融信息服务有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息等。 |
| 30 | 微融在线 | 2.6.3 | 全旗（海南）征信服务有限公司 | 未经用户同意收集使用个人信息；违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 31 | 电兔贷款 | 4.0.4 | 北京首信金生科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 32 | 万达贷 | 2.5.6 | 重庆万达小额贷款有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 33 | 恒易借条-借钱容易 | 1.5.3 | 广州欧诗科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 34 | 啪啪借钱贷款 | 2.2.8 | 北海捷恒网络科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息等。 |
| 35 | 还享花 | 2.4.0 | 重庆市分众小额贷款有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 36 | 借钱360 | 1.5.1 | 济南方月网络科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 37 | 钱盆网 | 3.3.8 | 广西钱盆科技股份有限公司 | 未经用户同意收集使用个人信息等。 |
| 38 | 比融 | 6.4.2 | 重庆甜瓜科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |

| 39 | 易快借 | 3.0.38 | 河北易金信息服务科技有限公司 | 未经用户同意收集使用个人信息；违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 40 | 赞分期 | 3.0.4 | 杭州赞分期商务信息咨询服务有限公司 | 未公开收集使用规则；未明示收集使用个人信息的目的、方式和范围等。 |
| 41 | 民生易贷 | 5.5.5 | 民生易贷（珠海）互联网金融信息服务有限公司 | 未经用户同意收集使用个人信息；违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 42 | 滴滴金融 | 1.7.8 | 滴滴金科（北京）信息服务有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 43 | 中安信业 | 2.5.2 | 深圳市中安信业小额贷款有限公司 | 未经用户同意收集使用个人信息等。 |
| 44 | 借贷王 | 2.4.14 | 广州力昇互联网金融信息服务有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 45 | 微借贷 | 2.6.7 | 上海全旗网络信息技术有限公司 | 未经用户同意收集使用个人信息等。 |
| 46 | 平安贷款 | 1.8.0 | 平安银行股份有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 47 | 招贷 | 1.0.20 | 招商银行股份有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |
| 48 | 豪钱贷 | 2.0.1 | 杭州好记科技有限公司 | 违反必要原则，收集与其提供的服务无关的个人信息等。 |

三、工作要求

针对检测发现的问题，相关App运营者应当于本通报发布之日起15个工作日内完成整改，并将整改情况报我办，逾期未完成整改的我办将依法予以处置。

联系电话：010-55635853

电子邮箱：Appzhili@cac.gov.cn

国家互联网信息办公室

2021年5月10日

中共中央网络安全和信息化委员会办公室 中华人民共和国国家互联网信息办公室 © 版权所有 联系我们 站内导航



承办：国家互联网应急中心 技术支持：长安通信科技有限责任公司 京ICP备14042428号