# Exhibit O

| 360 DigiTech, Inc. April 30, 2020 – November 15, 2021 Source: Wall Street Journal | | |
|---|---|---|
| Date | Closing Price | Volume |
| April 30, 2020 | $9.00 | 812,479 |
| May 1, 2020 | $9.00 | 1,263,819 |
| May 4, 2020 | $8.42 | 676,083 |
| May 5, 2020 | $8.40 | 526,114 |
| May 6, 2020 | $8.50 | 787,359 |
| May 7, 2020 | $8.30 | 349,632 |
| May 8, 2020 | $8.50 | 247,771 |
| May 11, 2020 | $9.31 | 1,224,094 |
| May 12, 2020 | $9.32 | 841,297 |
| May 13, 2020 | $9.35 | 764,157 |
| May 14, 2020 | $9.00 | 940,011 |
| May 15, 2020 | $9.32 | 442,678 |
| May 18, 2020 | $9.44 | 274,710 |
| May 19, 2020 | $9.35 | 386,121 |
| May 20, 2020 | $9.03 | 295,476 |
| May 21, 2020 | $9.04 | 340,480 |
| May 22, 2020 | $9.00 | 1,788,653 |
| May 26, 2020 | $9.43 | 655,545 |
| May 27, 2020 | $9.86 | 1,138,534 |
| May 28, 2020 | $9.60 | 521,779 |
| May 29, 2020 | $10.05 | 1,776,102 |
| June 1, 2020 | $9.49 | 321,577 |
| June 2, 2020 | $9.36 | 468,049 |
| June 3, 2020 | $9.46 | 532,550 |
| June 4, 2020 | $9.43 | 448,676 |
| June 5, 2020 | $9.98 | 821,953 |
| June 8, 2020 | $9.92 | 565,167 |
| June 9, 2020 | $9.80 | 270,760 |
| June 10, 2020 | $10.10 | 1,984,651 |
| June 11, 2020 | $9.67 | 455,690 |
| June 12, 2020 | $9.68 | 416,790 |
| June 15, 2020 | $10.00 | 604,600 |
| June 16, 2020 | $10.00 | 1,022,145 |
| June 17, 2020 | $10.44 | 2,110,290 |
| June 18, 2020 | $10.47 | 1,219,901 |
| June 19, 2020 | $10.85 | 2,854,595 |
| June 22, 2020 | $10.84 | 978,329 |
| June 23, 2020 | $10.78 | 1,300,470 |

| 360 DigiTech, Inc. April 30, 2020 – November 15, 2021 Source: Wall Street Journal | | |
|---|---|---|
| **Date** | **Closing Price** | **Volume** |
| June 24, 2020 | $10.76 | 446,165 |
| June 25, 2020 | $11.51 | 1,554,489 |
| June 26, 2020 | $11.26 | 703,922 |
| June 29, 2020 | $10.81 | 527,388 |
| June 30, 2020 | $10.71 | 321,123 |
| July 1, 2020 | $10.79 | 416,141 |
| July 2, 2020 | $11.45 | 971,543 |
| July 6, 2020 | $13.17 | 1,830,716 |
| July 7, 2020 | $13.32 | 1,165,639 |
| July 8, 2020 | $14.77 | 2,619,156 |
| July 9, 2020 | $15.59 | 3,366,020 |
| July 10, 2020 | $15.42 | 1,582,835 |
| July 13, 2020 | $14.46 | 1,481,001 |
| July 14, 2020 | $14.10 | 949,762 |
| July 15, 2020 | $14.73 | 1,202,795 |
| July 16, 2020 | $15.05 | 1,443,774 |
| July 17, 2020 | $15.11 | 1,314,895 |
| July 20, 2020 | $17.72 | 3,705,141 |
| July 21, 2020 | $17.64 | 1,868,644 |
| July 22, 2020 | $16.93 | 2,175,629 |
| July 23, 2020 | $13.61 | 7,349,277 |
| July 24, 2020 | $13.15 | 3,400,867 |
| July 27, 2020 | $14.19 | 1,552,224 |
| July 28, 2020 | $13.51 | 762,797 |
| July 29, 2020 | $13.64 | 553,692 |
| July 30, 2020 | $13.57 | 532,865 |
| July 31, 2020 | $13.86 | 942,013 |
| August 3, 2020 | $11.20 | 5,621,035 |
| August 4, 2020 | $12.16 | 5,039,928 |
| August 5, 2020 | $12.37 | 1,766,630 |
| August 6, 2020 | $12.88 | 1,487,256 |
| August 7, 2020 | $12.86 | 1,563,848 |
| August 10, 2020 | $13.19 | 1,320,153 |
| August 11, 2020 | $13.79 | 1,505,841 |
| August 12, 2020 | $13.49 | 626,097 |
| August 13, 2020 | $13.68 | 479,053 |
| August 14, 2020 | $13.56 | 449,967 |
| August 17, 2020 | $13.97 | 443,848 |

| 360 DigiTech, Inc.<br>April 30, 2020 – November 15, 2021<br>Source: Wall Street Journal | | |
|---|---|---|
| Date | Closing Price | Volume |
| August 18, 2020 | $12.97 | 1,426,308 |
| August 19, 2020 | $12.15 | 2,063,091 |
| August 20, 2020 | $13.76 | 5,129,887 |
| August 21, 2020 | $14.64 | 4,435,410 |
| August 24, 2020 | $14.09 | 3,171,231 |
| August 25, 2020 | $12.20 | 2,337,567 |
| August 26, 2020 | $12.94 | 2,588,271 |
| August 27, 2020 | $12.71 | 1,742,783 |
| August 28, 2020 | $12.28 | 971,475 |
| August 31, 2020 | $12.50 | 1,240,265 |
| September 1, 2020 | $12.49 | 1,118,931 |
| September 2, 2020 | $12.01 | 1,261,104 |
| September 3, 2020 | $11.51 | 1,620,487 |
| September 4, 2020 | $11.44 | 1,455,599 |
| September 8, 2020 | $11.49 | 1,252,795 |
| September 9, 2020 | $11.43 | 602,747 |
| September 10, 2020 | $10.91 | 1,365,928 |
| September 11, 2020 | $10.66 | 1,695,841 |
| September 14, 2020 | $11.64 | 1,238,900 |
| September 15, 2020 | $11.57 | 1,833,642 |
| September 16, 2020 | $11.34 | 1,744,799 |
| September 17, 2020 | $11.24 | 922,389 |
| September 18, 2020 | $11.90 | 4,433,425 |
| September 21, 2020 | $11.68 | 832,682 |
| September 22, 2020 | $11.66 | 986,357 |
| September 23, 2020 | $11.55 | 563,382 |
| September 24, 2020 | $11.72 | 632,210 |
| September 25, 2020 | $11.86 | 319,147 |
| September 28, 2020 | $11.98 | 326,661 |
| September 29, 2020 | $11.90 | 588,239 |
| September 30, 2020 | $11.94 | 534,144 |
| October 1, 2020 | $12.49 | 482,773 |
| October 2, 2020 | $12.25 | 286,799 |
| October 5, 2020 | $12.57 | 807,474 |
| October 6, 2020 | $12.32 | 628,168 |
| October 7, 2020 | $12.50 | 284,418 |
| October 8, 2020 | $12.50 | 321,289 |
| October 9, 2020 | $12.55 | 382,167 |

| 360 DigiTech, Inc. April 30, 2020 – November 15, 2021 Source: Wall Street Journal | | |
|---|---|---|
| **Date** | **Closing Price** | **Volume** |
| October 12, 2020 | $12.51 | 411,228 |
| October 13, 2020 | $11.77 | 687,619 |
| October 14, 2020 | $11.89 | 317,504 |
| October 15, 2020 | $11.56 | 267,993 |
| October 16, 2020 | $12.02 | 394,548 |
| October 19, 2020 | $12.13 | 219,714 |
| October 20, 2020 | $12.44 | 346,483 |
| October 21, 2020 | $12.36 | 265,254 |
| October 22, 2020 | $12.14 | 418,707 |
| October 23, 2020 | $12.49 | 357,498 |
| October 26, 2020 | $11.81 | 231,614 |
| October 27, 2020 | $11.99 | 466,711 |
| October 28, 2020 | $11.16 | 519,962 |
| October 29, 2020 | $11.56 | 483,141 |
| October 30, 2020 | $11.52 | 284,439 |
| November 2, 2020 | $10.75 | 877,956 |
| November 3, 2020 | $10.49 | 1,531,966 |
| November 4, 2020 | $10.87 | 640,341 |
| November 5, 2020 | $11.10 | 455,410 |
| November 6, 2020 | $12.07 | 740,067 |
| November 9, 2020 | $12.20 | 1,101,990 |
| November 10, 2020 | $11.52 | 1,631,216 |
| November 11, 2020 | $11.99 | 737,346 |
| November 12, 2020 | $12.38 | 960,608 |
| November 13, 2020 | $12.95 | 1,541,589 |
| November 16, 2020 | $12.29 | 891,798 |
| November 17, 2020 | $12.50 | 808,158 |
| November 18, 2020 | $12.23 | 521,670 |
| November 19, 2020 | $12.38 | 1,570,935 |
| November 20, 2020 | $12.45 | 3,262,009 |
| November 23, 2020 | $13.43 | 2,094,409 |
| November 24, 2020 | $13.66 | 1,636,425 |
| November 25, 2020 | $13.66 | 1,639,687 |
| November 27, 2020 | $13.19 | 697,595 |
| November 30, 2020 | $12.40 | 885,932 |
| December 1, 2020 | $12.88 | 563,348 |
| December 2, 2020 | $12.77 | 689,963 |
| December 3, 2020 | $12.53 | 745,287 |

| 360 DigiTech, Inc. April 30, 2020 – November 15, 2021 Source: Wall Street Journal | | |
|---|---|---|
| Date | Closing Price | Volume |
| December 4, 2020 | $11.83 | 889,089 |
| December 7, 2020 | $11.85 | 986,451 |
| December 8, 2020 | $11.93 | 912,156 |
| December 9, 2020 | $11.93 | 906,393 |
| December 10, 2020 | $11.56 | 553,323 |
| December 11, 2020 | $11.74 | 579,895 |
| December 14, 2020 | $11.30 | 680,740 |
| December 15, 2020 | $11.47 | 1,039,250 |
| December 16, 2020 | $11.51 | 928,804 |
| December 17, 2020 | $11.33 | 436,580 |
| December 18, 2020 | $11.36 | 730,743 |
| December 21, 2020 | $11.15 | 463,735 |
| December 22, 2020 | $10.71 | 947,605 |
| December 23, 2020 | $10.97 | 410,964 |
| December 24, 2020 | $10.84 | 264,322 |
| December 28, 2020 | $10.39 | 700,274 |
| December 29, 2020 | $10.69 | 903,611 |
| December 30, 2020 | $11.57 | 798,181 |
| December 31, 2020 | $11.79 | 931,352 |
| January 4, 2021 | $12.01 | 815,628 |
| January 5, 2021 | $12.76 | 1,852,533 |
| January 6, 2021 | $12.29 | 748,284 |
| January 7, 2021 | $12.03 | 572,455 |
| January 8, 2021 | $12.97 | 642,552 |
| January 11, 2021 | $12.53 | 454,943 |
| January 12, 2021 | $12.65 | 900,554 |
| January 13, 2021 | $12.85 | 498,873 |
| January 14, 2021 | $13.68 | 652,355 |
| January 15, 2021 | $14.26 | 3,160,703 |
| January 19, 2021 | $14.76 | 2,368,775 |
| January 20, 2021 | $14.94 | 1,699,545 |
| January 21, 2021 | $15.93 | 2,996,839 |
| January 22, 2021 | $15.99 | 1,413,067 |
| January 25, 2021 | $16.41 | 3,285,791 |
| January 26, 2021 | $16.08 | 1,335,896 |
| January 27, 2021 | $16.31 | 1,132,751 |
| January 28, 2021 | $17.41 | 2,695,290 |
| January 29, 2021 | $17.40 | 2,829,714 |

| 360 DigiTech, Inc. April 30, 2020 – November 15, 2021 Source: Wall Street Journal | | |
|---|---|---|
| Date | Closing Price | Volume |
| February 1, 2021 | $18.51 | 5,566,547 |
| February 2, 2021 | $19.00 | 3,140,547 |
| February 3, 2021 | $18.97 | 3,448,184 |
| February 4, 2021 | $19.96 | 3,754,252 |
| February 5, 2021 | $19.91 | 2,511,229 |
| February 8, 2021 | $20.46 | 3,385,610 |
| February 9, 2021 | $23.78 | 8,639,919 |
| February 10, 2021 | $25.94 | 7,386,030 |
| February 11, 2021 | $26.15 | 2,721,061 |
| February 12, 2021 | $27.56 | 3,508,198 |
| February 16, 2021 | $30.98 | 6,480,905 |
| February 17, 2021 | $26.70 | 5,266,598 |
| February 18, 2021 | $29.65 | 5,320,680 |
| February 19, 2021 | $30.64 | 4,087,913 |
| February 22, 2021 | $28.91 | 4,991,461 |
| February 23, 2021 | $27.01 | 6,957,756 |
| February 24, 2021 | $25.69 | 2,572,213 |
| February 25, 2021 | $23.84 | 2,734,093 |
| February 26, 2021 | $23.43 | 2,958,412 |
| March 1, 2021 | $25.75 | 2,327,646 |
| March 2, 2021 | $24.88 | 1,519,408 |
| March 3, 2021 | $25.32 | 1,676,983 |
| March 4, 2021 | $23.04 | 3,537,776 |
| March 5, 2021 | $22.23 | 6,542,923 |
| March 8, 2021 | $20.99 | 1,888,404 |
| March 9, 2021 | $25.22 | 2,167,269 |
| March 10, 2021 | $26.61 | 2,822,472 |
| March 11, 2021 | $31.16 | 4,208,661 |
| March 12, 2021 | $31.49 | 4,318,310 |
| March 15, 2021 | $29.15 | 5,844,080 |
| March 16, 2021 | $31.73 | 8,236,538 |
| March 17, 2021 | $32.54 | 2,607,648 |
| March 18, 2021 | $33.58 | 8,505,996 |
| March 19, 2021 | $30.86 | 3,928,803 |
| March 22, 2021 | $29.00 | 3,010,910 |
| March 23, 2021 | $27.47 | 3,401,420 |
| March 24, 2021 | $23.50 | 5,811,584 |
| March 25, 2021 | $24.18 | 4,487,242 |

| 360 DigiTech, Inc. April 30, 2020 – November 15, 2021 Source: Wall Street Journal | | |
|---|---|---|
| **Date** | **Closing Price** | **Volume** |
| March 26, 2021 | $24.22 | 3,117,913 |
| March 29, 2021 | $23.59 | 3,980,407 |
| March 30, 2021 | $26.01 | 3,784,480 |
| March 31, 2021 | $26.01 | 1,900,139 |
| April 1, 2021 | $25.62 | 1,678,289 |
| April 5, 2021 | $24.85 | 1,397,954 |
| April 6, 2021 | $25.11 | 2,144,761 |
| April 7, 2021 | $24.82 | 2,151,124 |
| April 8, 2021 | $26.78 | 1,554,822 |
| April 9, 2021 | $26.50 | 1,162,956 |
| April 12, 2021 | $24.79 | 2,000,940 |
| April 13, 2021 | $24.00 | 2,193,370 |
| April 14, 2021 | $24.24 | 1,634,141 |
| April 15, 2021 | $22.72 | 1,946,606 |
| April 16, 2021 | $23.76 | 2,175,346 |
| April 19, 2021 | $25.32 | 2,628,454 |
| April 20, 2021 | $24.01 | 2,049,754 |
| April 21, 2021 | $25.41 | 1,632,447 |
| April 22, 2021 | $25.71 | 1,259,411 |
| April 23, 2021 | $26.90 | 1,414,773 |
| April 26, 2021 | $28.07 | 2,144,787 |
| April 27, 2021 | $27.07 | 1,882,162 |
| April 28, 2021 | $28.08 | 1,600,919 |
| April 29, 2021 | $26.48 | 1,393,614 |
| April 30, 2021 | $25.61 | 2,325,063 |
| May 3, 2021 | $24.94 | 1,699,182 |
| May 4, 2021 | $24.27 | 1,474,713 |
| May 5, 2021 | $24.32 | 1,195,137 |
| May 6, 2021 | $23.55 | 1,463,709 |
| May 7, 2021 | $23.67 | 1,029,216 |
| May 10, 2021 | $22.52 | 1,313,552 |
| May 11, 2021 | $22.83 | 1,180,933 |
| May 12, 2021 | $22.42 | 1,624,924 |
| May 13, 2021 | $21.83 | 1,368,171 |
| May 14, 2021 | $23.68 | 1,670,566 |
| May 17, 2021 | $24.51 | 1,791,433 |
| May 18, 2021 | $24.93 | 2,101,623 |
| May 19, 2021 | $25.66 | 1,545,524 |

| 360 DigiTech, Inc. April 30, 2020 – November 15, 2021 Source: Wall Street Journal | | |
|---|---|---|
| **Date** | **Closing Price** | **Volume** |
| May 20, 2021 | $26.84 | 2,801,672 |
| May 21, 2021 | $26.99 | 2,837,461 |
| May 24, 2021 | $27.43 | 2,049,535 |
| May 25, 2021 | $28.98 | 3,398,983 |
| May 26, 2021 | $28.73 | 2,849,627 |
| May 27, 2021 | $29.59 | 11,045,290 |
| May 28, 2021 | $28.07 | 3,489,115 |
| June 1, 2021 | $33.76 | 7,538,420 |
| June 2, 2021 | $33.82 | 3,798,028 |
| June 3, 2021 | $31.21 | 3,318,973 |
| June 4, 2021 | $36.57 | 7,924,361 |
| June 7, 2021 | $35.36 | 5,940,344 |
| June 8, 2021 | $36.56 | 2,916,679 |
| June 9, 2021 | $39.21 | 5,071,958 |
| June 10, 2021 | $38.90 | 3,980,556 |
| June 11, 2021 | $40.35 | 4,363,988 |
| June 14, 2021 | $42.25 | 6,088,464 |
| June 15, 2021 | $42.87 | 4,594,972 |
| June 16, 2021 | $41.58 | 4,145,567 |
| June 17, 2021 | $44.05 | 4,528,600 |
| June 18, 2021 | $43.20 | 3,133,845 |
| June 21, 2021 | $40.43 | 2,953,203 |
| June 22, 2021 | $43.09 | 2,710,099 |
| June 23, 2021 | $43.33 | 2,091,872 |
| June 24, 2021 | $42.92 | 1,768,847 |
| June 25, 2021 | $42.08 | 1,597,235 |
| June 28, 2021 | $41.72 | 2,055,102 |
| June 29, 2021 | $42.55 | 4,292,572 |
| June 30, 2021 | $41.84 | 2,360,520 |
| July 1, 2021 | $38.79 | 3,395,961 |
| July 2, 2021 | $35.74 | 3,641,709 |
| July 6, 2021 | $34.28 | 5,184,636 |
| July 7, 2021 | $33.14 | 3,583,503 |
| July 8, 2021 | $26.02 | 23,449,131 |
| July 9, 2021 | $26.31 | 11,161,450 |
| July 12, 2021 | $26.70 | 4,892,047 |
| July 13, 2021 | $27.96 | 5,016,580 |
| July 14, 2021 | $28.97 | 5,434,779 |

8

| 360 DigiTech, Inc. April 30, 2020 – November 15, 2021 Source: Wall Street Journal | | |
|---|---|---|
| **Date** | **Closing Price** | **Volume** |
| July 15, 2021 | $30.22 | 2,805,738 |
| July 16, 2021 | $29.59 | 3,142,207 |
| July 19, 2021 | $29.41 | 2,803,615 |
| July 20, 2021 | $27.92 | 4,264,908 |
| July 21, 2021 | $29.56 | 2,634,975 |
| July 22, 2021 | $28.36 | 1,466,431 |
| July 23, 2021 | $25.97 | 4,717,449 |
| July 26, 2021 | $25.00 | 3,665,050 |
| July 27, 2021 | $23.14 | 5,941,843 |
| July 28, 2021 | $26.62 | 4,970,984 |
| July 29, 2021 | $21.98 | 8,742,229 |
| July 30, 2021 | $21.25 | 6,414,756 |
| August 2, 2021 | $21.31 | 4,046,231 |
| August 3, 2021 | $20.97 | 2,527,787 |
| August 4, 2021 | $21.48 | 1,954,531 |
| August 5, 2021 | $20.83 | 2,764,251 |
| August 6, 2021 | $19.99 | 2,085,147 |
| August 9, 2021 | $21.71 | 4,432,198 |
| August 10, 2021 | $20.75 | 2,524,518 |
| August 11, 2021 | $19.77 | 2,189,361 |
| August 12, 2021 | $19.37 | 2,048,355 |
| August 13, 2021 | $18.70 | 1,637,544 |
| August 16, 2021 | $17.03 | 4,722,218 |
| August 17, 2021 | $17.47 | 2,914,621 |
| August 18, 2021 | $17.63 | 2,931,373 |
| August 19, 2021 | $16.90 | 3,363,716 |
| August 20, 2021 | $19.45 | 10,268,260 |
| August 23, 2021 | $18.64 | 4,437,082 |
| August 24, 2021 | $21.44 | 5,531,100 |
| August 25, 2021 | $21.98 | 4,183,166 |
| August 26, 2021 | $22.02 | 2,442,376 |
| August 27, 2021 | $22.22 | 3,149,170 |
| August 30, 2021 | $21.87 | 2,619,610 |
| August 31, 2021 | $22.80 | 2,278,874 |
| September 1, 2021 | $23.70 | 2,686,684 |
| September 2, 2021 | $24.86 | 2,167,558 |
| September 3, 2021 | $25.01 | 1,737,961 |
| September 7, 2021 | $26.28 | 3,715,300 |

| 360 DigiTech, Inc. April 30, 2020 – November 15, 2021 Source: Wall Street Journal | | |
|---|---|---|
| **Date** | **Closing Price** | **Volume** |
| September 8, 2021 | $25.06 | 4,077,936 |
| September 9, 2021 | $25.25 | 1,579,008 |
| September 10, 2021 | $24.44 | 1,634,326 |
| September 13, 2021 | $21.96 | 3,634,998 |
| September 14, 2021 | $21.66 | 1,242,330 |
| September 15, 2021 | $21.88 | 1,267,983 |
| September 16, 2021 | $21.01 | 1,354,955 |
| September 17, 2021 | $20.77 | 3,255,253 |
| September 20, 2021 | $19.54 | 3,217,830 |
| September 21, 2021 | $20.93 | 2,255,448 |
| September 22, 2021 | $21.74 | 1,776,789 |
| September 23, 2021 | $21.93 | 1,385,872 |
| September 24, 2021 | $21.11 | 1,050,727 |
| September 27, 2021 | $21.13 | 1,882,733 |
| September 28, 2021 | $19.78 | 1,291,493 |
| September 29, 2021 | $19.83 | 976,865 |
| September 30, 2021 | $20.32 | 1,452,618 |
| October 1, 2021 | $19.85 | 941,676 |
| October 4, 2021 | $18.27 | 1,875,852 |
| October 5, 2021 | $18.76 | 1,366,652 |
| October 6, 2021 | $18.38 | 903,755 |
| October 7, 2021 | $19.95 | 2,226,000 |
| October 8, 2021 | $21.25 | 1,471,406 |
| October 11, 2021 | $21.39 | 1,515,105 |
| October 12, 2021 | $21.00 | 837,077 |
| October 13, 2021 | $22.09 | 1,064,466 |
| October 14, 2021 | $20.92 | 2,760,291 |
| October 15, 2021 | $20.48 | 1,236,403 |
| October 18, 2021 | $20.88 | 624,809 |
| October 19, 2021 | $21.95 | 1,063,412 |
| October 20, 2021 | $23.12 | 1,633,386 |
| October 21, 2021 | $23.51 | 1,017,143 |
| October 22, 2021 | $23.16 | 929,411 |
| October 25, 2021 | $23.89 | 844,085 |
| October 26, 2021 | $22.34 | 1,739,927 |
| October 27, 2021 | $22.10 | 588,190 |
| October 28, 2021 | $21.42 | 1,035,215 |
| October 29, 2021 | $20.41 | 918,435 |

| 360 DigiTech, Inc. April 30, 2020 – November 15, 2021 Source: Wall Street Journal | | |
|---|---|---|
| **Date** | **Closing Price** | **Volume** |
| November 1, 2021 | $21.80 | 947,343 |
| November 2, 2021 | $20.86 | 615,730 |
| November 3, 2021 | $21.09 | 417,799 |
| November 4, 2021 | $21.21 | 739,075 |
| November 5, 2021 | $20.56 | 898,448 |
| November 8, 2021 | $21.29 | 462,636 |
| November 9, 2021 | $22.63 | 1,058,114 |
| November 10, 2021 | $23.68 | 2,112,380 |
| November 11, 2021 | $25.08 | 1,897,346 |
| November 12, 2021 | $26.04 | 1,396,082 |
| November 15, 2021 | $26.29 | 2,030,288 |