# Exhibit Q

# LIONBRIDGE

STATE OF NEW YORK      )
                              )
                              )     ss
COUNTY OF NEW YORK    )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached Public Announcement from

Cybersecurity Review Office Regarding Activation of Cybersecurity Review of "Didi Travel,"

dated July 2, 2021.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this ___2nd___ day of ___March___, 20__22__.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

2/28/22, 11:59 AM Public Announcement from Cybersecurity Review Office Regarding Activation of Cybersecurity Review of "Didi Travel" - Office of the Central Cyberspace Affairs Commission
February 28, 2022 Monday                                                                          Set as Homepage | Add to Collection | Mobile Version | Traditional Chinese

 Office of the Central Cyberspace Affairs Commission

Please enter search keywords

| Homepage | Authoritative Publication | Administration Work | Network Security | Informatization | Network Communication | International Exchange | Local Network Informatization | Law Enforcement Supervision | Policies and Regulations | Interactive Center | Education and Training | Business Updates | Work Projects |

Current location: Homepage > Main Text

## Public Announcement from Cybersecurity Review Office Regarding Activation of Cybersecurity Review of "Didi Travel"

July 2, 2021 19:19   Source: Cyberspace Administration Web                    [Print] [Correction]

To prevent national data security risks, maintain national security, and protect public interests, Cybersecurity Review Office will implement cybersecurity review of "Didi Travel" in accordance with *Cybersecurity Review Measures* pursuant to *National Security Law of People's Republic of China* and *Cybersecurity Law of the People's Republic of China*. In order to accommodate cybersecurity review and prevent the expansion of risks, "Didi Travel" will stop registering new users during the review period.

Thus concludes this report.

Cybersecurity Review Office
July 2, 2021

Office of the Central Cyberspace Affairs Commission, State Internet Information Office of the People's Republic of China
© Copyright        Contact Us        Navigate the Website
Undertaking by: National Internet Emergency Center Technical support: Chang'an Communication Technology Co., Ltd.
Beijing ICP Filing No. 14042428    [seal:] Party and Politics-Related

www.cac.gov.cn/2021-07/02/c_1626811521011934.htm                                                           1/1

Case 1:21-cv-06013-AKH　Document 47-17　Filed 03/15/22　Page 5 of 5

2022年2月28日 星期一　　　　　　　　　　　　　　　　　　　　　　　　　设为首页　　　加入收藏　　　手机版　　　繁體



# 中共中央网络安全和信息化委员会办公室

## Office of the Central Cyberspace Affairs Commission

请输入检索关键词

首页　　权威发布　　办公室工作　　网络安全　　信息化　　网络传播　　国际交流　　地方网信　　执法督查　　政策法规　　互动中心　　教育培训　　业界动态　　工作专题

当前位置: 首页 > 正文

---

# 网络安全审查办公室关于对"滴滴出行"启动网络安全审查的公告

2021年07月02日 19:19　　　来源：中国网信网　　　　　　　　　　　　　　　　　【打印】【纠错】

---

为防范国家数据安全风险，维护国家安全，保障公共利益，依据《中华人民共和国国家安全法》《中华人民共和国网络安全法》，网络安全审查办公室按照《网络安全审查办法》，对"滴滴出行"实施网络安全审查。为配合网络安全审查工作，防范风险扩大，审查期间"滴滴出行"停止新用户注册。

特此公告。

网络安全审查办公室

2021年7月2日

---

中共中央网络安全和信息化委员会办公室　中华人民共和国国家互联网信息办公室 © 版权所有 联系我们 站内导航

承办：国家互联网应急中心 技术支持：长安通信科技有限责任公司 京ICP备14042428号

