# Exhibit R



July 7, 2021 · 3:51 AM GMT+8
Last Updated 8 months ago

Business

# China tech crackdown drives plunge in Didi Global

By Scott Murdoch and Thyagaraju Adinarayan                                    3 minute read

            



00:00  /  01:38

My View      Following      Saved

HONG KONG/NEW YORK, July 6 (Reuters) - Didi Global Inc **(DIDI.N)** shares fell as much as 25% in early U.S. trading on Tuesday in the first session since Chinese regulators ordered the company's app to be taken down days after its $4.4 billion listing on the New York Stock Exchange.

The ride-hailing giant's app was ordered to be removed from mobile app stores in China on Sunday by the Cyberspace Administration of China (CAC), which had said it was investigating Didi's handling of customer data.

The CAC on Monday also announced cybersecurity investigations into other Chinese companies whose parents have listed in the United States, and those parents' shares also slid.

Register now for FREE unlimited access to Reuters.com

**Register**

loading

Full Truck Alliance **(YMM.N)** was down about 18% and Kanzhun Ltd **(BZ.O)** was down about 12%.

The U.S. market was closed on Monday following the July 4 holiday.

Didi Global shares were last trading at about $11.97 - a fall of more than $17 billion in market capitalization from Friday - and well below their debut price of $16.65 on June 30.

The Wall Street Journal reported on Tuesday, citing sources, that the company had been warned by regulators to delay the initial public offering (IPO) and examine its network security.



My View     Following     Saved

loading

"With some news sources saying that Didi knew months in advance that a crackdown was coming, some people will start to have their doubts on governance of the company as well," said Sumeet Singh, Aequitas Research director who publishes on Smartkarma. "If the crackdown was indeed planned months in advance, that would imply that it's not going away soon."



1/4

The logo for Chinese ride-hailing company Didi Global Inc is pictured during the IPO on the New York Stock Exchange (NYSE) floor in New York City, U.S., June 30, 2021. REUTERS/Brendan McDermid/File Photo

**Read More**

Didi said on Monday that the app's ban would hurt its revenue in China, even though it remains available for existing users. It also told Reuters it had no knowledge of the investigation prior to the IPO.

My View    Following    Saved

loading

Didi shares were sold at $14 each in the IPO, which was the largest listing of a Chinese company in the United States since Alibaba raised $25 billion in 2014. The company had been valued at up to $75 billion as of Friday.

CAC said it had ordered stores to stop offering Didi's app after finding that the company had illegally collected users' personal data.

"Some investors may have taken comfort that going ahead with the listing was under the blessing of the authorities, when now we know it clearly wasn't," said Dave Wang, portfolio manager at Singapore's Nuvest Capital. Nuvest did not participate in Didi's IPO.

loading

Market watchers said the news could have other ramifications.

Mitchell Kim, an independent research analyst based in New York who publishes on Smartkarma told Reuters he was concerned about the potential regulatory overreach.

"Over the last few years, we have witnessed the Chinese government's gradual tightening of control over the new economy, in particular, the Internet sector."

Matthew Keator, managing partner in the Keator Group, a wealth management firm in Lenox, Massachusetts, said: "In light of some of the ... e looking at not just valuations of the company based on glob ... the back of their

My View    Following    Saved

mind that policies could go into effect and how will that affect companies here in the (United States)."

Register now for FREE unlimited access to Reuters.com

**Register**

Reporting by Scott Murdoch in Hong Kong, Thyagaraju Adinarayan in London and Tom Westbrook in Singapore; Additional reporting by Divya Chowdhury in Mumbai and Caroline Valetkevitch and Stephen Culp in New York; Editing by Sumeet Chatterjee, Jason Neely and Kevin Liffey

Our Standards: **The Thomson Reuters Trust Principles.**

## More from Reuters



Global markets steady after rout

Africa business: five stories making headlines

The Week in Num black Thursday

Russian skies: flights rerouted, UK airlines banned

J&J, distributors finalize $26 bln opioid settlement



My View **Business**

+ Aerospace & Defense    + Autos & Transportation    + Energy    + Environment    + Finance

+ Healthcare & Pharmaceuticals    + Media & Telecom

My View    Following    Saved    Apply

Case 1:21-cv-06013-AKH    Document 47-18    Filed 03/15/22    Page 7 of 18



## Daily Briefing

Subscribe to our newsletter to get all the news you need to start your day.

**Sign up**

## Sponsored Content

Dianomi



**Get the card that automatical adapts to you.**

Sponsored by Ci Custom Cash℠



**Join EMBA-NY and grow without leaving a dynamic business environment**

Sponsored by Columbia Busine



**Wondering where to invest $1,000 right now?**

Sponsored by The Motley Fool



**$33 Trillion Market Rally — Details on the #1 stock to play this boom.**

Sponsored by Banyan

## Business



My View    Following    Saved

China tech crackdown drives plunge in Didi Global | Reuters

# Canada's CIBC, National Bank profits beat estimates on lending, markets units

February 25, 2022

Canadian Imperial Bank of Commerce (CIBC) and National Bank of Canada both comfortably beat analysts' estimates for quarterly earnings on Friday, driven by loan and fee growth, as well as strength in their capital markets businesses.

---

Business

**Spain's Amadeus stays cautiously optimistic about recovery**

February 25, 2022

---

Business

**Valeo gives cautious 2022 outlook amid global uncertainties**

February 26, 2022

---

Business

**Swiss Re swings to 2021 profit but still feels pandemic effect**

February 25, 2022

---

Business

**BASF ready to push Wintershall Dea IPO against co-owner's opposition**

February 25, 2022



My View    Following    Saved

## Sponsored Content

Dianomi



### Searching for unicorns? OurCrowd members have seen 21...
Sponsored by OurCrowd



### Motley Fool Issues Rare "All In" Buy Alert
Sponsored by The Motley Fool



### Limited time cash bonus offer.
Sponsored by Activities EARN UP TO $1,500 WITH Required. Member FDIC.



### The best online savings accounts of 2021 in one place.
Sponsored by Wealth.allet

## Sponsored Content

Dianomi



### The Only Options Trade You Need to Build Up A Small Account
Sponsored by TradeWins



### 5 Elements of a Smart Trade Plan
Sponsored by Charles Schwab



### $33 Trillion Real Estate Rally - The Investment of the Decade
Sponsored by Bonner & Partners



### How will inflation shape 2022?
Sponsored by Invesco Kristina Hooper shares market outlook

## Sponsored Content

Dianomi



### How do I invest? Turn to the...



### Reimagine and shape the future of



### Earn 2% Cash Back. 1% on



### Is your

My View    Following    Saved

Sponsored by
**Nerds**
your wallet
**to get**
started.

business
Sponsored by
**with**
Columbia
**EMBA-NY**
EMBA-School

purchases.
Sponsored by
Double Dip,
**1% as you**
buy for cash
**pay for**
**them.**

**investor**
**audience?**
Sponsored by
Dianomi

Latest

Home

Media

 Videos

 Pictures

 Graphics

Browse

World

Business

Legal

Markets

Breakingviews

Technology

Investigations

Lifestyle

About Reuters

About Reuters

Careers

Reuters News Agency

Brand Attribution Guidelines

Reuters Leadership

Reuters Fact Check

Reuters Diversity Report

Stay Informed

Download the App

Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    


My View     Following     Saved

Thomson Reuters Products

**Westlaw**

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**

The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

**Refinitiv Workspace**

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Refinitiv Data Catalogue**

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**Refinitiv World-Check**

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us     Advertising Guidelines**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies     Terms of Use     Privacy     Digital Accessibility     Corrections     Site Feedback**

© 2022 Reuters. All rights reserved

My View          Following          Saved

Case 1:21-cv-06013-AKH    Document 47-18    Filed 03/15/22    Page 12 of 18

Case 1:21-cv-06013-AKH    Document 47-18    Filed 03/15/22    Page 13 of 18

Case 1:21-cv-06013-AKH    Document 47-18    Filed 03/15/22    Page 14 of 18

Case 1:21-cv-06013-AKH Document 47-18 Filed 03/15/22 Page 15 of 18

Case 1:21-cv-06013-AKH    Document 47-18    Filed 03/15/22    Page 16 of 18

Case 1:21-cv-06013-AKH    Document 47-18    Filed 03/15/22    Page 17 of 18

Case 1:21-cv-06013-AKH    Document 47-18    Filed 03/15/22    Page 18 of 18