# Exhibit S

# LIONBRIDGE

STATE OF NEW YORK     )
                             )
                             )    ss
                             )
COUNTY OF NEW YORK    )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the attached Report on Removal of the "Didi Travel" App, dated July 4, 2021.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this __2nd__ day of __March__, 20__22__.


_____

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

2/11/22, 3:28 PM      Report on Removal of the "Didi Travel" App - Office of the Central Cyberspace Affairs Commission

February 11, 2022, Friday                    Set as Homepage | Add to Collection | Mobile Version | Traditional Chinese



# Office of the Central Cyberspace Affairs Commission

[bilingual text]                              Please enter search keywords

Homepage | Authoritative Publication | Administration Work | Network Security | Informatization | Network Communication | International Exchange | Local Network Informatization | Law Enforcement Supervision | Policies and Regulations | Interactive Center | Education and Training | Business Updates | Work Projects

Current location: Homepage > Main Text

## Report on Removal of the "Didi Travel" App

July 4, 2021, 19:40    Source: Cyberspace Administration Web              [Print] [Correction]

According to complaints that have been verified by testing, the "Didi Travel" app has serious problems in terms of legal and regulatory violations in the collection and use of personal information. Pursuant to relevant requirements of *Cybersecurity Law of the People's Republic of China*, State Internet Information Office has notified app stores to remove the "Didi Travel" app, and has required Didi Travel Technology Co., Ltd. to strictly comply with legal requirements, refer to relevant national standards, diligently correct existing problems, and thoroughly protect the security of personal information of its numerous users.

Thus concludes this report.

State Internet Information Office

July 4, 2021

Office of the Central Cyberspace Affairs Commission, State Internet Information Office of the People's Republic of China
© Copyright   Contact Us     Navigate the Website
Undertaking by: National Internet Emergency Center      Technical support: Chang'an Communication Technology Co., Ltd.
Beijing ICP Filing No. 14042428      [seal:] Party- and Politics-Related

www.cac.gov.cn/2021-07/04/c_1627016782176163.htm

Case 1:21-cv-06013-AKH Document 47-19 Filed 03/15/22 Page 5 of 5

2022年2月11日 星期五



# 中共中央网络安全和信息化委员会办公室

## Office of the Central Cyberspace Affairs Commission

请输入检索关键词

当前位置: 首页 > 正文

# 关于下架"滴滴出行"App的通报

2021年07月04日 19:40　　来源：中国网信网　　　　　　　　　　　　　　　　　　【打印】【纠错】

根据举报，经检测核实，"滴滴出行"App存在严重违法违规收集使用个人信息问题。国家互联网信息办公室依据《中华人民共和国网络安全法》相关规定，通知应用商店下架"滴滴出行"App，要求滴滴出行科技有限公司严格按照法律要求，参照国家有关标准，认真整改存在的问题，切实保障广大用户个人信息安全。

特此通报。

国家互联网信息办公室

2021年7月4日

中共中央网络安全和信息化委员会办公室　中华人民共和国国家互联网信息办公室 © 版权所有　联系我们　站内导航



承办：国家互联网应急中心　技术支持：长安通信科技有限责任公司　京ICP备14042428号