# Exhibit T



STATE OF NEW YORK    )
                          )
                          )    ss

COUNTY OF NEW YORK    )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the attached Public Announcement from Cybersecurity Review Office Regarding Activation of Cybersecurity Review of "Yunmanman", "Full Truck Alliance," and "BOSS Direct Hire," dated July 5, 2021.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this ___4___ day of ___MARCH___, 20 _22_ .

_____

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

2/11/22, 3:39 PM   Public Announcement from Cybersecurity Review Office Regarding Activation of Cybersecurity Review of "Full Truck," "Full Truck Alliance," and "BOSS Zhipin" - Office of the Central Cyberspace Affairs Commission

February 11, 2022 Friday

Set as Homepage | Add to Collection | Mobile Version | Traditional Chinese

 Cyberspace Administration of China

Please enter search keywords

| Homepage | Authoritative Publication | Administration Work | Network Security | Informatization | Network Communication | International Exchange | Local Network Informatization | Law Enforcement Supervision | Policies and Regulations | Interactive Center | Education and Training | Business Updates | Work Projects |

Current location: Homepage > Main Text

---

Public Announcement from Cybersecurity Review Office Regarding Activation of Cybersecurity Review of "Yunmanman," "Full Truck Alliance," and "BOSS Zhipin"

July 5, 2021 09:16   Source: Cyberspace Administration Web                    [Print] [Correction]

---

To prevent national data security risks, maintain national security, and protect public interests, Cybersecurity Review Office will implement cybersecurity review of "Yunmanman," "Full Truck Alliance," and "BOSS Zhipin" in accordance with *Cybersecurity Review Measures* pursuant to *National Security Law of People's Republic of China* and *Cybersecurity Law of the People's Republic of China*. In order to accommodate cybersecurity review and prevent the expansion of risks, "Yunmanman," "Full Truck Alliance," and "BOSS Zhipin" will stop registering new users during the review period.

Thus concludes this report.

Cybersecurity Review Office
July 5, 2021

Office of the Central Cyberspace Affairs Commission, State Internet Information Office of the People's Republic of China
© Copyright   Contact Us   Navigate the Website
Undertaking by: National Internet Emergency Center   Technical support: Chang'an Communication Technology Co., Ltd.
Beijing ICP Filing No. 14042428      [seal:] Party and Politics-Related

Case 1:21-cv-06012-AKH　Document 47-20　Filed 03/15/22　Page 5 of 5

2022年2月11日 星期五

设为首页　　加入收藏　　手机版　　繁體



# 中华人民共和国国家互联网信息办公室

## Cyberspace Administration of China

请输入检索关键词

首页　权威发布　办公室工作　网络安全　信息化　网络传播　国际交流　地方网信　执法督查　政策法规　互动中心　教育培训　业界动态　工作专题

当前位置: **首页 > 正文**

---

# 网络安全审查办公室关于对"运满满""货车帮""BOSS直聘"启动网络安全审查的公告

2021年07月05日 09:16　　　来源：中国网信网　　　　　　　　　　　　　【打印】【纠错】

---

　　为防范国家数据安全风险，维护国家安全，保障公共利益，依据《中华人民共和国国家安全法》《中华人民共和国网络安全法》，网络安全审查办公室按照《网络安全审查办法》，对"运满满""货车帮""BOSS直聘"实施网络安全审查。为配合网络安全审查工作，防范风险扩大，审查期间"运满满""货车帮""BOSS直聘"停止新用户注册。

　　特此公告。

网络安全审查办公室

2021年7月5日

中共中央网络安全和信息化委员会办公室　中华人民共和国国家互联网信息办公室 © 版权所有　联系我们　站内导航

承办：国家互联网应急中心　技术支持：长安通信科技有限责任公司　京ICP备14042428号

