# Exhibit U



STATE OF NEW YORK )
)
) ss
)
COUNTY OF NEW YORK )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached Report on Removal of the 25

Apps Including "Didi Enterprise Edition" App, dated July 9, 2021.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this __7__ day of __march__, 20 _22_ .

_____

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

 Office of the Central Cyberspace Affairs Commission

Please enter search keywords

Homepage | Authoritative Publication | Administration Work | Network Security | Informatization | Network Communication | International Exchange | Local Network Informatization | Law Enforcement Supervision | Policies and Regulations | Interactive Center | Education and Training | Business Updates | Work Projects

Current location: Homepage > Main Text

## Report on Removal of the 25 Apps Including "Didi Enterprise Edition" App

July 9, 2021 22:00        Source: Cyberspace Administration Web                [Print] [Correction]

According to complaints that have been verified by testing, 25 apps including "Didi Enterprise Edition" have serious problems in terms of legal and regulatory violations in the collection and use of personal information. Pursuant to relevant requirements of *Cybersecurity Law of the People's Republic of China*, State Internet Information Office has notified app stores to remove these 25 apps, and has required relevant operators to strictly comply with legal requirements, refer to relevant national standards, diligently correct existing problems, and thoroughly protect the security of personal information of its numerous users. The websites and platforms shall not provide access and download services for the 25 apps including "Didi Travel" and "Didi Enterprise Edition," which have been removed from app stores.

Thus concludes this report.

State Internet Information Office
July 9, 2021

2/11/22, 3:27 PM

Report on Removal of 25 Apps Including "Didi Enterprise Edition" - Office of the Central Cyberspace Affairs Commission

| Serial | App name | Region | Sponsor entity |
|---|---|---|---|
| 1 | Didi Enterprise Edition | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 2 | Didi Driver | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 3 | Didi Hitchhiking | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 4 | Uber China | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 5 | Didi Driver Club | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 6 | Didi Driver – Rental Car Edition | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 7 | Didi Designated Driver | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 8 | Jushi Recorder | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 9 | Didi Finance | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 10 | Guyu | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 11 | Special Car Driver's Assistant | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 12 | Didi for Seniors | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 13 | Didi Cargo Driver | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 14 | Didi Delivery | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 15 | Didi Commercial | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 16 | Blue Whale | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 17 | Didi Escort | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 18 | D-Chat | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 19 | Xiaoju Smart | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 20 | Didi Minivan Driver | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 21 | Didi Public Transportation | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 22 | LIMO | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 23 | Xiaoju Gas Cashier Commercial Edition | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 24 | Jushi Smart Driving | Beijing | Beijing Xiaoju Technology Co., Ltd. |
| 25 | Didi Driver's Assistant | Beijing | Beijing Xiaoju Technology Co., Ltd. |

Office of the Central Cyberspace Affairs Commission, State Internet Information Office of the People's Republic of China

© Copyright    Contact Us    Navigate the Website

Undertaking by: National Internet Emergency Center    Technical support: Chang'an Communication Technology Co., Ltd.

Beijing ICP Filing No. 14042428    [seal:] Party- and Politics-Related



# 中共中央网络安全和信息化委员会办公室

## Office of the Central Cyberspace Affairs Commission

请输入检索关键词

首页　　权威发布　　办公室工作　　网络安全　　信息化　　网络传播　　国际交流　　地方网信　　执法督查　　政策法规　　互动中心　　教育培训　　业界动态　　工作专题

当前位置: 首页 > 正文

---

## 关于下架"滴滴企业版"等25款App的通报

2021年07月09日 22:00　　　　来源: 中国网信网　　　　　　　　　　　　　　【打印】【纠错】

---

根据举报，经检测核实，"滴滴企业版"等25款App（列表附后）存在严重违法违规收集使用个人信息问题。国家互联网信息办公室依据《中华人民共和国网络安全法》相关规定，通知应用商店下架上述25款App，要求相关运营者严格按照法律要求，参照国家有关标准，认真整改存在的问题，切实保障广大用户个人信息安全。各网站、平台不得为"滴滴出行"和"滴滴企业版"等上述25款已在应用商店下架的App提供访问和下载服务。

特此通报。

国家互联网信息办公室

2021年7月9日

| 序号 | App 名称 | 属地 | 主办单位 |
|------|----------|------|----------|
| 1 | 滴滴企业版 | 北京市 | 北京小桔科技有限公司 |
| 2 | 滴滴车主 | 北京市 | 北京小桔科技有限公司 |
| 3 | 滴滴顺风车 | 北京市 | 北京小桔科技有限公司 |
| 4 | Uber 优步中国 | 北京市 | 北京小桔科技有限公司 |
| 5 | 滴滴司机部落 | 北京市 | 北京小桔科技有限公司 |
| 6 | 滴滴司机-出租车版 | 北京市 | 北京小桔科技有限公司 |
| 7 | 滴滴代驾司机 | 北京市 | 北京小桔科技有限公司 |
| 8 | 桔视记录仪 | 北京市 | 北京小桔科技有限公司 |
| 9 | 滴滴金融 | 北京市 | 北京小桔科技有限公司 |
| 10 | 谷雨 | 北京市 | 北京小桔科技有限公司 |
| 11 | 专车司机助手 | 北京市 | 北京小桔科技有限公司 |
| 12 | 滴滴敬老版 | 北京市 | 北京小桔科技有限公司 |
| 13 | 滴滴货运司机 | 北京市 | 北京小桔科技有限公司 |
| 14 | 滴滴配送 | 北京市 | 北京小桔科技有限公司 |
| 15 | 滴滴商户 | 北京市 | 北京小桔科技有限公司 |
| 16 | 蓝鲸 | 北京市 | 北京小桔科技有限公司 |
| 17 | 滴滴护航 | 北京市 | 北京小桔科技有限公司 |
| 18 | D-Chat | 北京市 | 北京小桔科技有限公司 |
| 19 | 小桔智慧 | 北京市 | 北京小桔科技有限公司 |
| 20 | 滴滴小巴司机 | 北京市 | 北京小桔科技有限公司 |
| 21 | 滴滴公交 | 北京市 | 北京小桔科技有限公司 |
| 22 | LIMO | 北京市 | 北京小桔科技有限公司 |
| 23 | 小桔加油收银台商家版 | 北京市 | 北京小桔科技有限公司 |
| 24 | 桔视智行 | 北京市 | 北京小桔科技有限公司 |
| 25 | 滴滴司机助手 | 北京市 | 北京小桔科技有限公司 |

中共中央网络安全和信息化委员会办公室　中华人民共和国国家互联网信息办公室 © 版权所有　联系我们　站内导航

承办：国家互联网应急中心　技术支持：长安通信科技有限责任公司　京ICP备14042428号

