# Exhibit X

# LIONBRIDGE

STATE OF NEW YORK     )
                     )
                     )     ss
                     )
COUNTY OF NEW YORK    )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached article "Individual Network

Platform Finance Apps Subjected to Interviews Removed from App Stores," dated July 8, 2021.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this ___4___ day of ___MARCH___, 20_22_.

_____

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

1/19/22, 11:48 PM  Exclusive | Individual Network Platform Finance Apps Subjected to Interviews Removed from App Stores - 21st Century Business Herald

# Exclusive | Individual Network Platform Finance Apps Subjected to Interviews Removed from App Stores

21st Century Business Herald | HOU Xiaoyi and XIN Jizhao, July 8, 2021 15:19

Reporters of 21st Century Business Herald have learned exclusively that a core product under the 360 DigiTech banner, the 360 Jietiao app, has been removed from app stores. The reason for this may have been related to the Central Bank and other financial regulatory authorities conducting interviews with 13 fintech platforms to request improvements on April 29 of this year.

<span style="color:red">From what we have learned, the 13 fintech platforms subjected to regulatory interviews were: Tencent, Du Xiaoman Financial, JD Finance, ByteDance, Meituan Finance, Didi Finance, Lufax, Airstar, 360 DigiTech, Sina Finance, Suning Finance, Gome Fintech, and Ctrip Finance. The reporters of 21st Century Business Herald verified that as of press time, only 360 DigiTech's 360 Jietiao app had been removed from app stores; the other platforms could still be found in various major app stores.</span>

The 21st Century Business Herald reports sought verification from 360 DigiTech. The relevant person in charge did not deny that the app had been removed from app stores, but said that it was difficult to disclose more information regarding the reasons for the app's removal.

**The reform wave for fintech platforms**

21st Century Business Herald reporters interviewed several fintech professionals, and learned that on April 29, the Central Bank conducted interviews with fintech platforms, pointing out that online platform companies generally have serious violations such as being unlicensed, engaging in financial business beyond the scope of their licenses, having incomplete company governance mechanisms, conducting regulatory arbitrage, engaging in unfair competition, and damaging the lawful interests of consumers. The Central Bank also proposed seven improvement requests. The companies interviewed also undertook self-examination after the interviews, and gradually submitted rectification plans. Two months afterward, it was somewhat sudden for 360 Jietiao to be removed from app stores.

Considering the details of the seven rectification requirements, individuals in the industry have generally formed consensus interpretations as follows:

**First, insistence that financial activities are all incorporated into the financial regulatory purview.** The financial business must operate with licenses; this was the baseline. The reason that the state issues licenses is to supervise all financial activity, and now there would no longer be attempts to "escape" regulation by engaging in Fintech. The problem is that currently there is no specification regarding which fintech companies need to be incorporated into the scope of financial activities. For instance, joint loans are included, but it is not yet certain whether loan facilitation counts. After joint loans fell under strict control of leverage rates, many internet platforms simply turned to loan facilitation. However, if loan facilitation is also included in licensed management or cut off, the impact will be very significant.

**Second, return payments to the source, breaking the improper connections between payment tools and other financial products.** Some analysts believe that this point mainly focuses on business such as Huabei and Baitiao; payment and credit loans cannot be bundled and must be operated separately.

**Third, break the information monopoly, strictly and lawfully develop personal credit loan business via licensing credit reference institutions.** All personal information should be strictly handled by credit reference institutions; monopolistic actions by which information is collected in other business scenarios are not permitted

**Fourth, strengthen regulation of key matters such as shareholder qualifications, equity structures, capital, risk isolation, and related party transactions.**

**Fifth, develop internet deposits/loans in compliance with the regulations and with prudence,** mainly focusing on previous internet deposit business, strictly restricting banks to limited localized operations, with all old products being pulled offline.

**Sixth, regulate enterprises' issuance of securitized products based on trading assets and their activities in listing overseas.** In the future it will be difficult to realize adding several hundred times of leverage, or issuing ABS whenever they wish.

**Seventh, regulate the collection and use of personal information, marketing and promotional activities, and form contract texts.** This means that in the future marketing will be more difficult for fintech platforms, since all rhetoric must be strictly compliant.

One senior individual in the fintech industry told the 21st Century Business Herald reporter that while the companies may have different problems, they all have problems, and the difference is in degrees. As the internet has developed to gradually achieve scale in terms of scenarios and volume, various apps in the daily life services have brought the finance business online; netizens have joked that "at the end of the internet is the disbursement of loans." Even though each of the 7 rectification measures is important, the ones that have received the most attention are in the two aspects of business models and personal information protection.

The issue of personal information protection is especially important. In recent years, as financial services and user data have become closely connected in the internet age, data security and privacy protection have become unavoidable issues in the process of financial technological innovation. Regulatory policies have been continuously strengthened in regard to personal information protection on the internet, and *Civil Code of the People's Republic of China* has elevated the right to privacy and personal information protection to unprecedented heights.

On May 10 of this year, Cyberspace Administration of China issued a notice stating that 84 apps were engaged in the collection and use of personal information in violation of laws and regulations. These included 36 security management apps and 48 online lending apps. They were asked to complete rectification with 15 business days. There was a partial overlap with 13 interviewed fintech platforms, which included 360 Jietiao.

However, from what the reporters at 21st Century Business Herald have learned, the 360 Jietiao app may not have been removed for information protection reasons.

### Rapid increase in Q1 business performance of 360 DigiTech

In the personal consumer credit loan market on the internet, the competitive situation has gradually become more diverse. Those in the market include BATJ [Baidu, Alibaba, Tencent, and JD], financial technology subsidiaries of traditional banks, and digitized services companies focused on financial institutions. These mainly include Ant Group, Lufax, WeBank, JD Digital, 360 DigiTech, Lexin, Du Xiaoman, and XWBank, among others. According to statistics from CLSA, in 2019 the top eight internet consumer loan companies held 92% of the market share. Under the loan facilitation model, the main participants are 360 DigiTech, Lexin, Qudian, and Finv, among others. Of these companies, 360 DigiTech is in a relatively advantageous position.

Having been listed in the United States, 360 DigiTech released its financial statement for the first quarter of 2021 on May 27, showing that in the first quarter it realized net revenue of RMB 3,599,200,000, growing 13.1% over the same quarter last year. Its net profit was RMB 1,347,200,000, growing 635.4% over the same quarter last year.

Specifically, it has mainly oriented itself in the loan facilitation business. In the first quarter of 2021, the total amount of loan transactions facilitated was RMB 74,149,000,000, growing 40.4% over the same quarter last year. In terms of users, as of March 31, 2021, the company has 169,100,000 potential users, growing 19.4% over the same quarter last year. The users issued credit reached 32,700,000 people, growing 25.1% over the same quarter last year. The number of users whose loans were facilitated reached 21,000,000 people, growing 24.9% over the same quarter last year. The trend of growth is good.

The small and micro business is currently a new point of business growth for 360 DigiTech. In the first quarter, its new small and micro loans issued reached RMB 5,800,000,000, growing 67% over the previous quarter. It currently has coverage of partners at the top (such as Yonyou, Baiwang, etc.).

In addition, 360 DigiTech indicated in its financial statement in the first quarter that its financing cost in the first quarter was RMB 79,100,000, whereas it was RMB 158,600,000 in the same period last year, and RMB 131,400,000 in the previous quarter. The financing costs further declined because of increase in low-cost ABS and provided small credit loans. As of this year, RMB 210,000,000 in ABS had been issued.

However, industry personnel have pointed out that in terms of regulatory rectification approaches to fintech platforms, subsequent ABS issuance in the industry may be affected.

As of market closing on July 7, 360 DigiTech closed on the American exchange at USD 33.14; its market value was approximately US$ 5,050,000,000.

(Authors: HOU Xiaoyi and XIN Jizhao; editor: MA Chunyuan)

# 独家｜个别曾被约谈网络平台金融App下架

21世纪经济报道 侯潇怡,辛继召 2021年7月8日 15:19

21世纪经济报道记者独家获悉，360数科旗下核心产品360借条APP已经下架，下架原因或与今年4月29日央行等金融监管部门约谈13家互联网金融平台并要求整改有关。

据悉，被监管约谈的13家互联网金融平台为：腾讯、度小满金融、京东金融、字节跳动、美团金融、滴滴金融、陆金所、天星数科、360数科、新浪金融、苏宁金融、国美金融科技和携程金融，经21世纪经济报道记者核实，截至发稿，只有360数科旗下360借条APP被下架，其他平台依然可在各大应用商店搜索到。

对此21世纪经济报道记者向360数科求证，相关负责人未否认下架，但对下架原因表示不方便透露更多信息。

**互金平台整改潮**

21世纪经济报道记者采访多位互联网金融业务人士获悉，4月29日央行约谈互金平台，并指出网络平台企业普遍存在无牌或超许可范围从事金融业务、公司治理机制不健全、监管套利、不公平竞争、损害消费者合法权益等严重违规问题，并提出了七条整改要求。而被约谈企业也都在约谈后进行了自查，并陆续提交了整改方案，时隔2月余，360借条下架有些突然。

从七条整改要求细则来看，业内人士普遍有了共性解读：

**一是坚持金融活动全部纳入金融监管。**金融业务必须持牌经营这个是底线，国家发牌照就是为了监管住所有金融活动，想借Fintech来"逃脱"监管，不会再有了。问题在于目前未明确目前互联网金融企业哪些是属于需要纳入金融活动的范围。比如联合贷已经纳入了，但助贷算不算仍未确定。联合贷受到杠杆率的严格管控后，很多互联网平台都直接转助贷了。但若助贷也纳入牌照监管或被掐断，影响将很大。

**二是支付回归本源，断开支付工具和其他金融产品的不当连接。**有分析人士认为，这一条主要是针对类花呗、白条等业务，支付和信贷不能打包，必须分割经营。

**三是打破信息垄断，严格通过持牌征信机构依法合规开展个人征信业务。**所有个人信息严格在征信机构处理，不允许通过其他业务场景收集信息后的垄断市场行为。

**四是加强对股东资质、股权结构、资本、风险隔离、关联交易等关键环节的规范。**

**五是合规审慎开展互联网存贷款，**主要针对之前的互联网存款业务，严格仅限银行有限本地化经营，老产品全部下线。

**六是规范企业发行交易资产证券化产品以及赴境外上市行为。**随便加几百倍杠杆，随意发ABS，以后都很难实现。

**七是规范个人信息采集使用、营销宣传行为和格式文本合同。** 这意味着互金平台以后做营销更困难了，所有话术都必须严格合规。

一位互联网金融资深业务人士告诉21世纪经济报道记者，各家问题或许不尽相同，但或多或少都存在问题。随着互联网的发展，场景和流量逐渐形成规模，各类生活服务类的APP都上线了金融业务，也被网友调侃"互联网的尽头是放贷"。虽然7条整改条条重要，但最受关注的主要有两个方面，一个是业务模式，二就是个人信息保护。

尤其是个人信息保护，近年来，随着互联网时代金融服务与用户数据紧密相连，数据安全和隐私保护已经成为金融科技创新过程中不可回避的问题，针对互联网个人信息保护的监管政策不断加码，《中华人民共和国民法典》更将隐私权和个人信息保护提到了前所未有的高度。

今年5月10日，国家互联网信息办公室发布通告称，84款APP违法违规收集使用个人信息，包括36款安全管理类APP，以及48款网络借贷类APP，要求15个工作日内完成整改。其中与13家被约谈互金平台亦有部分重叠，360借条也在其中。

但据21世纪经济报道记者了解，此次下架或并非信息保护原因。

## 360数科Q1业绩猛增

在互联网个人消费信贷市场，竞争格局逐渐多样化，入局者包括BATJ、传统银行旗下金融科技子公司、以及专注于金融机构的数字化服务公司，其中主要包括蚂蚁集团、陆金所、微众银行、京东数科、360数科、乐信、度小满、新网银行等，根据里昂证券的统计，前八家的互联网消费贷款市场份额在2019年达到92%。在助贷模式下，参与者主要包括360数科、乐信、趣店、信也等，其中，360数科处于相对领先地位。

赴美上市的360数科于5月27日发布了2021年第一季度财报，显示其第一季度实现净收入为35.992亿元人民币，同比增长13.1%，净利润为13.472亿元，同比增长635.4%。

具体来看，其主要布局助贷业务，2021年一季度促成贷款交易总额为741.49亿元，同比增长40.4%，用户方面，截至2021年3月31日，公司潜在用户数为1.691亿人，同比增长19.4%，授信用户达3270万人，同比增长25.1%，助贷用户达2100万人，同比增长24.9%，发展势头良好。

小微业务正成为360数科新的业绩增长点，其一季度小微业务新增授信金额达58亿元，相比上个季度环比增长67%，目前已经覆盖28家头部合作伙伴（如用友，百旺等）。

此外，360数科还在一季度财报中指出，其第一季度融资成本为7910万元人民币，去年同期为1.586亿元，上一季度为1.314亿元。融资成本进一步降低，原因在于低成本的ABS和小额信贷提供的贷款量增加，今年为止ABS累计发行了21亿。

但有业内人士指出，从监管对互金平台整改方向看，行业后续ABS发行或受影响。

截至7月7日收盘，360数科美股收盘价为33.14美元，市值约为50.50亿美元。

(作者：侯潇怡,辛继召 编辑：马春园)