# Exhibit Y



STATE OF NEW YORK        )
                         )
                         )            ss
COUNTY OF NEW YORK       )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached article "360 Jietiao APP was

Removed From [App Stores] as Rectification Plan for the Illegal Collection and Use of Personal

Information was Not Completed on Time," dated July 8, 2021.


_____

Lynda Green, Senior Managing Editor
Lionbridge


Sworn to and subscribed before me

this  7  day of _march_____, 20_22_.


_____

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023


259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

Case 1:21-cv-06013-AKH    Document 47-25    Filed 03/15/22    Page 3 of 11

2/3/22, 11:50 AM          360 Jietiao APP was Removed From [App Stores] as Rectification Plan for the Illegal Collection and Use of Personal Information was Not Completed on Time_Related

# 360 Jietiao APP was Removed From [App Stores] as Rectification Plan for the Illegal Collection and Use of Personal Information was Not Completed on Time

2021-07-08 18:21



**Publisher | Sohu Finance**

**Author | Feng Zitong**

According to market news, the 360 Jietiao APP, a product of 360 DigiTech, has been removed from app stores on July 8.

Sohu Finance asked a related 360 DigiTech individual about this news and received an affirmative answer.

At the same time, the individual said that 360 Jietiao can still provide normal services, and based on relevant requirements and user experience optimization of functions of the 360 Jietiao app, it is gradually being iteratively upgraded.

Sohu Finance has searched several major app stores, and 360 Jietiao has not been seen.

Regarding the reason for the removal, a relevant 360 DigiTech business manager replied to Sohu Finance that because on May 10, the Cyberspace Administration of China reported the illegal collection and use of personal information by 84 security and online lending apps, including 360 Jietiao.

On May 10, the Cyberspace Administration of China issued the "Announcement on the Illegal Collection and Use of Personal Information by 84 Apps such as Tencent Mobile Manager." According to the report, 36 security management apps including Tencent Mobile Manager, Cheetah's Cleanup Master, 360 Mobile Safe, Baidu Mobile Guard, as well as 48 online lending apps including 360 Jietiao, Ping An Haodai, and Ping An Consumer Finance, collected and used Personal Information in violation of laws and regulations.

Among them, the main issues of 360 Jietiao are: violating the principle of necessity and the "Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application," collecting Personal Information irrelevant to its services and collecting and using Personal Information without user consent, etc.

| No. | App Name | Version | Operator | Currently Existing Issues |
|---|---|---|---|---|
| 1 | 360 Jietiao | 1.8.5 0 | Shanghai Qiyu Information Technology Co., Ltd. | Violating the principle of necessity and the "Provisions on the Scope of Necessary Personal Information Required for Common Types of Mobile Internet Application," collecting personal information irrelevant to its services and collecting and using personal information without user consent, etc. |

The "Announcement" also stated that in response to the problems found in the inspection, the relevant app operators should complete the rectification within 15 business days from the date of this notice, and those who fail to complete the rectification within the prescribed time will be dealt with in accordance with the law.

Yet, the removal of 360 Jietiao this time is also related to the advancement of the rectification plan. "Due to the negligence of our staff, we missed a certain step of the rectification within the prescribed time and were asked to be removed from some app stores. We have submitted a new rectification plan and accelerated the rectification, so we apologize for the negative experience."

360 DigiTech, formerly known as 360 Finance, was established in July 2016. It is an artificial intelligence-driven financial technology platform and a financial partner of the 360 Group. Its products include 360 Jietiao, 360 Small and Micro Loans, and 360 Installments. On December 14, 2018, 360 DigiTech successfully landed on the NASDAQ in the U.S. and was listed on the NASDAQ, with an issue price of US$16.5, and the current price is US$33.14.

According to the latest 2021 quarterly report data released by 360 DigiTech, the operating income of 360 DigiTech in the first quarter was 3.59 billion yuan, a year-on-year increase of 13.1%, and its net profit was 1.447 billion yuan, a year-on-year increase of 635.4%. The loan transaction volume reached 74.149 billion yuan, a year-on-year increase of 40.4%. Return to search, view more

Disclaimer: The opinions of this article only represent those of the author. Sohu is an information publishing platform and Sohu only provides information storage space services.

[…]

Case 1:21-cv-06013-AKH　Document 47-25　Filed 03/15/22　Page 5 of 11

🏠　　新闻　体育　汽车　房产　旅游　教育　时尚　科技　财经　娱乐　更多　无障碍　　👤 登录

# 因违规收集使用个人信息整改方案未按时完成，360借条APP遭下架

2021-07-08 18:21

大家都在搜：中青年干部培训班金句



**出品 | 搜狐财经**

**作者 | 冯紫彤**

7月8日，据市场消息，360数科旗下产品360借条APP已经下架。

搜狐财经就此消息询问360数科相关人士，得到肯定答复。

同时，该人士表示，360借条仍可提供正常服务，基于相关要求及对APP各项功能的用户体验优化，正在逐步迭代升级。

搜狐财经搜索几大应用商店，已无360借条身影。

关于下架原因，360数科相关业务负责人回复搜狐财经，因为5月10日网信办通报的包括360借条在内的84款安全和网络借贷类APP违规收集和使用个人信息情况。

5月10日，国家网信办发布了《关于腾讯手机管家等84款App违法违规收集使用个人信息情况的通报》。通报显示，腾讯手机管家、猎豹清理大师、360手机卫士、百度手机卫士等36款安全管理类App，以及360借条、平安好贷、平安消费金融等48款网络借贷类App存在违法违规收集使用个人信息情况。

其中，360借条存在的主要问题为：违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其服务无关的个人信息，未经用户同意收集使用个人信息等。

| 序号 | App名称 | 版本 | 运营者 | 存在的主要问题 |
|---|---|---|---|---|
| 1 | 360借条 | 1.8.50 | 上海淇毓信息科技有限公司 | 违反必要原则和《常见类型移动互联网应用程序必要个人信息范围规定》，收集与其提供的服务无关的个人信息；未经用户同意收集使用个人信息等。 |

《通报》同时表示，针对检测发现的问题，相关App运营者应当于本通报发布之日起15个工作日内完成整改，逾期未完成整改的将依法予以处置。

而360借条此次被до下架也正与整改方案的推进有关，"由于我们工作人员疏忽，在规定时间内遗漏了某一个环节的整改，被要求从部分应用商店下架。我们已提交了新的整改方案并加紧推进整改，因此造成不好的体验我们深表歉意"。

360数科原名360金融，成立于2016年7月，是人工智能驱动的金融科技平台，360集团的金融合作伙伴。其旗下产品有360借条、360小微贷、360分期。2018年12月14日，360数科成功登陆美国纳斯达克挂牌上市，发行价为16.5美元，现价33.14美元

360数科最新发布的2021年一季度数据显示，360数科第一季度营业收入为35.9亿元，同比增长13.1%，净利润为14.47亿元，同比增长635.4%。促成贷款成交量共741.49亿元，同比增长40.4%。　返回搜狐，查看更多

声明：该文观点仅代表作者本人，搜狐号系信息发布平台，搜狐仅提供信息存储空间服务。

👍 首赞　　　　　　　　　　　　　　　　　阅读 (30万)

**热门精选**

美女网红喘老公出轨后离婚，男方约起400名女性，自封"百人斩"_周小_时间_对方

**Breast Reduction**
Breast Reduction | Search Ads

"小龙女"陈妍希也很有料，穿橘色抹胸裙显凹凸线条，真让人心动_身材_带看_美的

女人40岁后，尽量常吃这6种食物，避免发胖和贫血，还保养卵巢_女性_作用_身体

Do This Once Every Morning To Clear Toenail…
Fungus Eliminator

Promoted Links by Taboola

**24小时热文**

1　撤侨可带外籍配偶！中国驻乌大使馆：请准时集合
934万 阅读

2　太惊艳！这些身材与美貌并存的美女，真让人心动
100万 阅读

3　战争进入第七天，这5件事很不寻常！
1048万 阅读

第25届世界表演艺术锦标赛吉林赛区启动仪式今日启动
117万 阅读

乌克兰危机中，中国人要始终站稳中国立场
573万 阅读

**搜狐号推荐**

功夫财经
国民财商提升者，中国优秀财经新媒体平台。

中新经纬
"中新经纬"是中国新闻社携旗下中国新闻网创办的财经新媒体，以权威、前…

经济观察报
在最恰当的时点与您分享最有价值的财经资讯和商业思想。

华商韬略官方账号
【微信公众号：hstl8888】华商人物与企业新媒体第一殿堂

小白读财经
微信公众号：小白读财经。跟着小白读财经，财经从此so easy！这里有最接地气…

返回首页

用户反馈



Hit in Virtual Reality
WIN Reality

Learn More

Breast Reduction
Breast Reduction | Search Ads

Do This Once Every Morning To Clear Toenail Fungus
Fungus Eliminator

[pics] Ranked: The Prettiest Women - In The World
Vitaminews

This landlord decides to teach a lesson to the tenants who trashed his flat
Trendscatchers

Folding Beds For Any Sized Room - Huge Clearance Sales
Murphy Beds | Search Ads

我来说两句                                    **0**人参与，**0**条评论

来说两句吧……                                         登录并发表

搜狐"我来说两句"用户公约

## 推荐阅读

男女各有家室，发生关系后，最好的结局只有这种
社会能量哥 · 02-28 03:37                          4

郭沫若用4字骂鲁迅，鲁迅加1字回骂，世人笑称，这便是老郭的一生
沟崖在则 · 昨天 02:11

婚内"出轨"的女人，最怕老公检查三样，第三个抹不掉！真的准
时尚银鸿飞 · 今天 01:02

山西女市委副书记通奸受贿，曾是落马省纪委书记下属
搜狐城市-忻州 · 昨天 09:17                         156

《人世间》乔春燕上吊自杀，遗物暴露隐藏一生的秘密，德宝崩溃
天空说娱乐 · 昨天 17:11

历史上真实的方世玉：武功高强却嚣张跋扈，24岁被一尼姑踢肛而死
红尘画卷 · 昨天 03:02                              9

"母亲生病小姑子借给八万，五年后去还钱，她拿出借条笑了"
美食灵阳说 · 昨天 09:49

59岁蔡明近照，隐瞒了34年的才子儿子，原来是我们熟悉的他
追剧少女猫 · 昨天 02:10                             37

乌克兰会成为世界第八个永久中立国吗？对比前七个国家您就明白了
煞羽yim · 昨天 03:06                               57

A股：重要的投资机会，现阶段你敢满仓操作买A股吗？
晟哥动漫说 · 今天 01:01

两大中场有没有机会？看看是前面教练的问题，还是球员自身问题？
彩虹屁娱乐 · 今天 00:58                             5

1岁就敢戴钻戒背LV，兰博基尼、豪宅作玩具，网友：这是什么家庭
CBA篮球迷孙世伟 · 昨天 01:52                        42

返回
首页

用户
反馈

因违规收集使用个人信息且改方案未按时完成，360借条等APP遭下架通知



妇?

趣趣大盘点 · 02-28 13:02

国家一级演员，27次上春晚，从万人捧到万人踩，今脸部僵硬不敢认

鑫鑫娱 · 02-28 11:50   💬 2

张嘉倪一看就是贵妇！穿毛绒大衣走机场美艳高调，媚到了骨子里

小叮当文学记 · 今天 05:07   💬 14

严惩！建议开除！广州恒大主帅再遭质疑，这是一点脸也不要了

壹号体坛 · 02-28 06:41   💬 14

拒绝再听摆布，法国走在了英德前面：中法达成共识，痛打美第一拳

前卫新视角 · 02-28 12:07   💬 94

宰相写"青鹅"二字被灭族，众人想不明白，武则天：把字拆开来看

大胃王 · 今天 07:20   💬 7

一代女皇武则天，身为唐太宗的才人，为何伴君多年，仍没有升迁？

礼雪爱生活 · 昨天 06:51   💬 14

白送5亿美金，换中国家门口大乱：美连出2拳，我西南边拉响警报

强国视角 · 今天 01:07   💬

桔多多主体变为桔子数科，14家资金机构曝光，借款年利率达36%

开甲读财 · 02-15 01:32   💬

54岁妮可基德曼终于老了！穿黑裙走红毯，180身高把老公衬成保镖

时尚丽人风行 · 02-28 12:12   💬 3

水落石出，刘强东赢到了最后

惬意小资 · 昨天 11:38   💬

"亏大了"！虎年首只破发新股3天跌14%，追买者被坑了？

德林社 · 今天 04:13   💬

曹德旺：我调研了100个家庭，没有一个是幸福的，都是生存需要

圆圆聊体育 · 02-27 13:54   💬 425

齐达内玄学发威，却有点太扯了，梅西都不知道，姆巴佩也影响不了？

女汉子娱乐 · 今天 05:00   💬 7

泽连斯基引狼入室，俄或陷入泥潭！危急关头，普京走一步险棋

强国视角 · 今天 05:34   💬 8

乌克兰倒下，西方还没解决俄罗斯，就开始内斗！基辛格一语成真

前沿锐评 · 今天 02:36   💬 9

衡阳男子借给好友68万元，打了借条却输了官司





因违规收集使用个人信息总整改方案未按时完成，360借条APP遭下架相关





搜狐
SOHU.com

搜狐
SOHU.com

搞笑GIF趣图：这个价格，吓死我了，我还是快走吧

心心每一天 · 昨天 03:29

山东男篮惨败广东，球迷怒斥高速与输球罪人，解说数次质疑徐长锁

sports 体坛炮哥 · 昨天 14:38

已经到底了

返回
首页

用户
反馈