**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re 360 DigiTech, Inc. Securities Litigation | No. 1:21-cv-06013-AKH<br><br>Judge Alvin K. Hellerstein<br><br><u>CLASS ACTION</u><br><br>ORAL ARGUMENT REQUESTED |

**LEAD PLAINTIFF'S MOTION TO STRIKE CERTAIN EXHIBITS**
**FROM DEFENDANT 360 DIGITECH, INC.'S MOTION TO DISMISS THE**
**<u>AMENDED CONSOLIDATED CLASS ACTION COMPLAINT</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Court-appointed Lead Plaintiff Gad Sorek ("Plaintiff") shall move this Court, before the Honorable Alvin K. Hellerstein, United Sates District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, Courtroom 14D, New York, New York 10007, on a date and time to be determined by the Court, for an Order striking certain exhibits attached to the Declaration of Robert A. Fumerton (ECF No. 47), which were improperly submitted in support of Defendant 360 Digitech, Inc.'s Motion to Dismiss the Amended Consolidated Class Action Complaint pursuant to Rule 12(b)(6) (the "Motion") (ECF No. 45), and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Rule 6.1(b), opposition papers to this motion shall be served "within fourteen days after service of the moving papers," and reply papers shall be served "within seven days after service of the answering papers."

DATED: Friday, April 29, 2022

Respectfully submitted,

*/s/ James W. Johnson*
**LABATON SUCHAROW LLP**
James W. Johnson
Michael H. Rogers

David J. Schwartz
James T. Christie
Robert S. Rowley
140 Broadway
New York, NY 10005
T: 212-907-0700
F: 212-818-0477
jjohnson@labaton.com
mrogers@labaton.com
dschwartz@labaton.com
jchristie@labaton.com
rrowley@labaton.com

*Counsel for Lead Plaintiff Gad Sorek*
*and the Proposed Class*

2