UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
                                                              :
                                                              :   **ORDER REGULATING**
                                                              :   **PROCEEDINGS**
                                                              :
In re 360 DigiTech, Inc. Securities Litigation                :   21 Civ. 6013 (AKH)
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are hereby ordered to appear for oral argument of the pending motions to dismiss on July 25, 2022, at 2:30 p.m., which will be held in Courtroom 14D, 500 Pearl Street, New York, NY.

      Finally, no later than July 22, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:    June 3, 2022                                /s/ Alvin K. Hellerstein
           New York, New York               ALVIN K. HELLERSTEIN
                                               United States District Judge