UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                      :

IN RE 360 DIGITECH, INC. SECURITIES
LITIGATION

**ORDER ENTERING JUDGMENT AND CLOSING THE CASE**

21 Civ. 6013 (AKH)

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendants' motion to dismiss plaintiff Gad Soren's complaint having been granted by my order of July 26, 2022, ECF 70, with leave to file an amended complaint by September 26, 2022, and plaintiff Sorek having failed timely to file an amended complaint and having represented that it does not intend to do so, the Clerk shall enter judgment against Sorek and tax costs.

       SO ORDERED.

Dated:    September 28, 2022                                     /s/ Alvin K. Hellerstein
              New York, New York                             ALVIN K. HELLERSTEIN
                                                                     United States District Judge