**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE 360 DIGITECH, INC. SECURITIES
LITIGATION

21 **CIVIL** 6013 (AKH)

**JUDGMENT**

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2022, Defendants' motion to dismiss plaintiff Gad Soren's complaint having been granted by order dated July 26, 2022, ECF 70, with leave to file an amended complaint by September 26, 2022, and plaintiff Sorek having failed timely to file an amended complaint and having represented that it does not intend to do so, judgment is entered against Sorek with tax costs.

**Dated:**  New York, New York
         September 29, 2022

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**   *K. Mango*
_____
**Deputy Clerk**